NORESCO
*Your energy solutions partner*

January 5, 2001

Ms. Dorinda Keene
State of Rhode Island
Department of Administration
Minority Business Enterprise Compliance Office
C/O Economic Development Corporation
One West Exchange Street, 5th Floor
Providence, RI 02903

Re: MBE/WBE Compliance Plan – MHRH cogeneration facility RFP #1619

Dear Ms. Keene:

Enclosed is a copy of our MBE Subcontracting Plan for the above referenced project. At this time, we request approval of this Plan. Noresco will submit amendments containing specific contractors, service providers and contract amounts to demonstrate a good faith effort at compliance with General Law 37-14.1.

Coordination of all Noresco activity will be handled by:

Valerie A. Moran
Contracts Administrator
c/o Noresco
One Research Drive, Suite 400C
Westborough, MA 01581
Phone: 508-898-8665 ext. 1028
Fax: 508-836-9988
Email: vmoran@noresco.com

We trust this meets with the needs of your agency and we look forward to a productive working relationship over the course of the project. If there are any questions please do not hesitate to contact me.

Respectfully submitted,

Valerie A Moran

Valerie A. Moran

cc: Frank Wolak

An EQUITABLE RESOURCES Company
One Research Drive
Suite 400 C • Westborough, MA 01581
Phone: 508-614-1000 • Fax: 508-836-9988

f) any other data or analysis reasonably requested by the OWNER to be included in such report; and

g) a statement as to whether the CONTRACTOR intends to conduct additional Acceptance Tests and an estimated schedule of such testing.

<u>2. Inspection</u>
Upon completion of the Acceptance Tests, the OWNER and the OWNER's representatives shall have the right, but not the obligation, to inspect any portions of the Facility that the OWNER chooses, including without limitation, internal equipment and components.

# ATTACHMENT VI

## DRAWDOWN SCHEDULE
## AND
## MILESTONE SCHEDULE

### PART A. DRAWDOWN SCHEDULE

Monthly Payments:

All Applications for Payment by the CONTRACTOR to NORESCO shall be based upon the accomplishment of milestones and events, each of which represents a specific percentage of the Guaranteed Maximum Price and the costs associated with the allowances. The value of each milestone and allowance and determination of attainment of each shall be as specified in Part B of this Attachment VI.

Retainage:

Any amounts permitted to be paid pursuant to this Attachment VI shall be reduced by the amount of retainage required pursuant to Section 6.4 of the Agreement.

### PART B. MILESTONE SCHEDULE

1. Milestones for Preset Price = $11,312,235

| | Elements of Work | Percentage of Preset Price | | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|---|---|
| B.3 | Combustion Equipment | | | |
| B.3.a | Heat Recovery Steam Generators (HRSG) | 1.46% | 4. | HRSGs set in permanent position, verified by visual inspection. |
| B.3.b | Auxiliary Boiler No. 8 | 0.88% | 4. | Boiler No. 8 set in permanent position verified by visual inspection. |
| B.4 | Stacks | 0.35% | 7. | Installation of ductwork/breaching from gas turbines and HRSGs, verified by visual inspection. |
| | | 0.33% | 8. | Commencement of treatment of existing stack, verified by visual inspection. |

| | Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|---|
| B.5 | Gas Turbine Generator | 0.99% | 5. Installation of gas turbine generators on pedestals completed, verified by visual inspection. |
| B.6 | Balance of Equipment | 0.18% | 3. Mechanical installation of boiler feedwater pumps, verified by visual inspection. |
| | | 0.47% | 6. Mechanical installation of deaerator and condensate tank system, verified by visual inspection. |
| | | 0.23% | 9. Mechanical installation of unit substation, verified by visual inspection. |
| | | 0.23% | 12. Mechanical installation of MCCs, verified by visual inspection. |
| | | 0.12% | 15. Mechanical installation of air compressors, verified by visual inspection. |
| | | 0.29% | 21. Mechanical installation of Gas Compressor system, verified by visual inspection. |
| | | 0.35% | 24. Mechanical installation of City Water Booster Pump, verified by visual inspection. |
| | | 0.06% | 27. Mechanical installation of Water Treatment system, verified by visual inspection. |
| | | 0.23% | 30. Mechanical installation of Switchboard #4, verified by visual inspection. |
| B.7 | Construction | 0.00 | |
| B.7.a | Mobilization | 4.28% | 1. The Civil/Site Work Subcontractor mobilizes on site, verified by visual inspection. |
| B.7.b | Site Work | 0.60% | 1. Site clearing initiated. |
| | | 1.21% | 2. Rough grading of site complete. |
| | | 3.32% | 3. Foundation and underground utilities excavation complete. |
| | | 0.91% | 4. Roads and parking complete. |
| | | 0.24% | 5. Landscaping complete. |
| | | | Verification of Site Work milestones will be by visual inspection. |

| | Elements of Work | Percentage of Preset Price | | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|---|---|
| B.7.c | Foundation Work | 0.90% | 1. | Building foundation forms in place. |
| | | 1.58% | 2. | Building floor slab poured. |
| | | 1.35% | 3. | Stack foundation poured. |
| | | 2.25% | 4. | All equipment pads poured. |
| B.7.d | Structural Steel | 0.24% | 1. | Award of structural steel order, verified by unpriced signed purchase order. |
| | | 0.55% | 2. | Structural steel delivered to site, verified by signed delivery receipt, calculated at each payment application as a percentage of the total weight of structural steel forecasted to be delivered to the site. |
| | | 0.79% | 3. | Structural steel erected, verified by visual inspection, calculated at each payment application as a percentage of the total weight of structural steel forecasted to be delivered to the site. |
| B.7.e | Mechanical and Piping | 1.95% | 1. | Award of Mechanical/Piping subcontract, verified by signed unpriced purchase order. |
| | | 3.90% | 2. | Start on-site installation of High Pressure Header, verified by visual inspection. |
| | | 3.90% | 3. | Mechanical completion of High to Intermediate Pressure Reducing Station, verified by visual inspection. |
| | | 3.12% | 4. | Start on-site installation of Intermediate Pressure Header, verified by visual inspection. |
| | | 3.12% | 5. | Mechanical completion of Intermediate to Low Pressure Reducing Station, verified by visual inspection. |
| | | 3.12% | 6. | Start on-site installation of Low Pressure piping, verified by visual inspection. |
| | | 3.12% | 7. | Mechanical completion of Potable water piping, verified by visual inspection. |

| Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|
| | 1.56% | 8. Mechanical completion of process water treatment system, verified by visual inspection. |
| | 0.32% | 9. Mechanical completion of Fire Sprinkler piping, verified by visual inspection. |
| | 1.56% | 12. Mechanical completion of natural gas supply piping, verified by visual inspection. |
| | 1.17% | 13. Mechanical completion of compressed air piping, verified by visual inspection. |
| B.7.f Buildings | 0.92% | 1. Award of Building subcontract. |
| | 0.92% | 2. Completion of siding on new building. |
| | 0.92% | 3. Completion of roofing on new building. |
| | 0.92% | 4. Completion of interior finishing in new building. |
| | 9.00% | 5.a Mechanical completion in new building. |
| | 3.48% | 5.b Mechanical completion of HVAC and plumbing in new building. |
| | 1.00% | 6.a Commencement of asbestos removal from existing building. |
| | 3.13% | 6.b Completion of asbestos removal in the Boiler No. 7 area. |
| | 1.00% | 6.c Completion of asbestos removal in the turbine hall area. |
| | 0.92% | 7. Building subcontractor demobilizes. |
| | 2.75% | 8. Completion of renovations to existing building. |
| | 0.92% | 9. Active/Non-Active dividing wall complete. |
| | 0.92% | 10. Offices complete. |
| | | Verification will be visual inspection and comparison with approved design. |

| Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|
| B.7.g Control System/Electrical | 3.05% | 2. Control System installed and calibrated as evidenced by calibration logs. |
| | 2.47% | 3. Award of Electrical subcontract, verified by signed unpriced purchase order. |
| | 1.64% | 4. Feeders from Substation to Switchboard #4 installed, verified by visual inspection. |
| | 1.64% | 5. Power available to Switchboard #4 verified by visual inspection. |
| | 3.29% | 6. Power available to Motor Control Center verified by visual inspection. |
| | 3.29% | 7. Switchgear relay testing and calibration completed as evidenced by signed test certificates. |
| | 4.11% | 8. Electrical systems operational, as evidenced by electric utility approval to operate in parallel. |
| B.7.h Painting/Insulation | 0.10% | 1. Award of painting subcontract, verified by signed unpriced purchase order. |
| | 0.10% | 2. Award of insulation subcontract, verified by signed unpriced purchase order. |
| | 0.25% | 3. Completion of painting, verified by visual inspection. |
| | 0.19% | 4. Completion of installation of insulation, verified by visual inspection. |
| B.8 Startup & Commissioning | 0.18% | 1. Submittal of Test protocols by CONTRACTOR to NORESCO. |
| | 0.92% | 2. Facility passes Acceptance Tests, verified by NORESCO's acknowledgement of Certificate of Substantial Completion. |

| Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|
| | 0.28% | 4. Delivery by CONTRACTOR to NORESCO of Operation and Maintenance Manuals. |
| | 0.46% | 5. Delivery by CONTRACTOR to NORESCO of the complete set of "As Built" drawings and conformed specifications. |
| Total | 100% | |

2. Allowances = $ 1,052,870

The allowances, of a value of $1,052,870, are shown in the contract section 6.1.1.a. The allowances will be paid out based on section 6.1.1b of the contract.

3. Fixed Price = $12,365,105

The Fixed Price as described in contract section 6.1 is the combination of the Preset Price of $11,312,235 and the Allowances of $1,052,870 which equals $12,365,105

## ATTACHMENT VII PERFORMANCE AND PAYMENT BOND

The AIA performance and payment bond is attached to this section.

# *NORESCO* Subcontracting Plan

It is *NORESCO*'s policy, consistent with Chapter 37-14.1 of the General Laws of Rhode Island, that Minority Business Enterprise (MBE), Disadvantaged Business Enterprise (DBE), and Women-Owned Business Enterprise (WBE), shall mean a small business concern (SBC), owned and controlled by one or more minorities or women certified by the Rhode Island Department of Economic Development. Qualified MBE's, DBE's, and WBE's shall be provided with the maximum practicable opportunity to participate as *NORESCO*'s subcontractors, particularly in regards to contracts let by Federal, State or local agencies. As a component of this policy, *NORESCO* incorporates procedures to ensure the timely payment of amounts due its subcontractors, consistent with the terms of the specific subcontract agreement. The intent of this policy is to award appropriate subcontracts to qualified MBE's, DBE's and WBE's consistent with efficient contract performance.

*NORESCO* and its management have developed this subcontracting plan in accordance with the requirements of Chapter 37-14.1 of the General Laws of Rhode Island to guide its efforts in meeting the intent of this policy.

J. E. O'Brien
President

Subcontracting Plan

Article 1 - Percentage Goals
The following goals (expressed as percentages of total planned subcontracting dollars) will be applied to the total award as may be revised as a result of contract changes. These goals include subcontracted direct costs only, and do not include subcontracted indirect costs.

1.1 Minority Business Enterprise (MBE), Disadvantaged Business Enterprise (DBE), Women-Owned Business Enterprise (WBE): Target minimum of 10% of the total contract value under this solicitation will be awarded to subcontractors that qualify as MBE's, DBE's, and/or WBE's, according to Rhode Island Department of Economic Development.

1.2 Percentage of categories to be applied to the goals shall be:

100% Contract price of qualified MBE, DBE and/or WBE subcontractors and sub-tier contractors.

60% Materials and supplies required under this contract and obtained from MBE, DBE, and/or WBE vendor.

100% Expenditures of materials and supplies required under this contract and obtained from WBE, DBE and/or WBE manufacturers.

1.3 All percentages shall be monitored and adjusted as necessary throughout the contract to reflect any changes in scope, quantity or cost of any qualified MBE, DBE and/or WBE purchases, subcontracts, or sub-tier contracts.

**Article 2 - Principal Types of Supplies and Services to be Subcontracted**

2.1 *NORESCO* plans to subcontract a variety of supplies and/or services to facilitate the execution of this contract. Areas of subcontract responsibility shall include, but not be limited to, the following:

2.1.1 Geotechnical Services
2.1.2 Civil/Structural Equipment & Supplies
2.1.3 Civil/Structural Construction Services
2.1.4 Electrical Equipment and Supplies
2.1.5 Electrical Construction Services
2.1.6 Mechanical Equipment and Supplies
2.1.7 Mechanical Construction
2.1.8 Control System Components
2.1.9 Control System Installation Services
2.1.10 Professional Engineering and Architectural Services, specifically specialty services not covered in-house.
2.1.11 Waste Handling, Remediation, and Disposal Services
2.1.12 Material Handling and Rigging Services
2.1.13 Testing and Commissioning Services

2.2 Subcontracted Supplies and Services to MBE's, DBE's and/or WBE's.

2.2.1 All supplies and services described in Article 3.1 above are possible areas for subcontracting to MBE's, DBE's and/or WBE's. In the past, *NORESCO* has conducted significant portions of it's total subcontracting dollars with MBE's, DBE's and or WBE's.

**Article 3 - Methods to Identify Potential Subcontractors**

3.1 Historically, *NORESCO* has used a variety of methods to identify and solicit participation for suitable potential subcontractors. In any geographic region where *NORESCO* has existing qualified subcontractors, we anticipate continuing successful subcontracting relationships. In addition, we continually attempt to include other qualified potential subcontractors. Methods that will be employed to identify potential subcontractors include:

3.1.1 Use of source lists maintained by government agencies including the Procurement Automated Source System ("PASS") of the Small Business Administration ("SBA"), the National Minority Purchasing Council Vendor Information Service, the Minority Business Development Agency of the Department of Commerce.

3.1.2 Use of source lists maintained by state agencies including those which *NORESCO* is already familiar with and utilizes on an on-going basis (i.e. *NORESCO* specifically uses the State Office of Minority and Women

Business Assistance ("SOMWBA") in the Commonwealth of Massachusetts).

3.1.3 Recommendations or lists obtained from cognizant personnel at the facility.

3.1.4 Lists available from Rhode Island Chamber of Commerce, R.I. Vendor Information Program, and local Trade Associations.

3.1.5 Firms identified through attendance at conferences and trade fairs.

3.1.6 Contact with organizations which may be familiar with suitable subcontractors such as Economic Development organizations, etc.

3.1.7 Contact with equipment vendors who may be familiar with qualified installation subcontractors.

**Article 4 - Subcontracting Plan Administration**

4.1 The subcontracting plan will be administered by the following individual:

Valerie Moran
Contract Administrator
*NORESCO*
1 Research Drive
Westborough, MA 01581
(508) 898-8665

4.2 The administrator's responsibilities include, but are not limited to:

4.2.1 Searching, obtaining and maintaining source lists from all appropriate agencies such as the SBA, Department of Commerce, local Chamber of Commerce, etc.

4.2.2 Participating in vendor surveys to determine capabilities.

4.2.3 Providing guidance and assistance to MBE's, DBE's and WBE's to clarify *NORESCO*'s requirements and encourage participation.

4.2.4 Assuring inclusion of MBE's, DBE's, and/or WBE's in all solicitations where appropriate.

4.2.5 Providing guidance and training to internal personnel regarding timely development and expansion of MBE's, DBE's, and/or WBE's subcontracting.

4.2.6 Monitoring attainment of proposed goals and preparing periodic reports for management review.

4.2.7 Reviewing solicitations to remove statements, clauses, etc., which may be obstacles to participation by otherwise qualified MBE's, DBE's and/or WBE's.

4.2.8 Including the applicable MBE's DBE's, and/or WBE's clauses/provisions in subcontracts where required.

4.2.9 Providing assistance, guidance and review of first tier subcontract programs to include appropriate MBE, DBE, and WBE subcontracting goals and programs to lower tier subcontractors.

4.2.10 Maintaining records of solicitations and awards to MBE's, DBE's, and/or WBE's including reasons for non-awards as appropriate.

4.2.11 Participating in and providing necessary information for participation in periodic studies and surveys regarding MBE, DBE, and WBE subcontracting.

4.2.12 Obtaining the assistance of others as necessary to perform the above duties.

**Article 5 - Assuring Equitable Opportunity to Compete for Subcontracts**

5.1 Outreach efforts will be made as follows:

5.1.1 Contacts with SBA (PASS)

5.1.2 Contacts with Minority and Small Business Trade Associations

5.1.3 Contacts with business development organizations

5.1.4 Attendance at Small and Minority Business procurement conferences and trade fairs.

5.2 The following internal efforts will be made to guide and encourage internal personnel with decision making responsibility:

5.2.1 Workshops, seminars and training will be conducted on a regular basis.

5.2.2 Activities will be monitored to evaluate compliance and progress towards goals.

5.2.3 Sources lists will be maintained, updated and distributed to responsible decision makers.

5.2.4 Potential obstacles to participation by MBE's, DBE's, and/or WBE's will be reviewed, discussed and removed where appropriate.

5.3 When requested, *NORESCO* will review unsuccessful responses from MBE's, DBE's, and/or WBE's with respondent for guidance on revisions to increase likelihood for future success.

**Article 6 - Compliance by Subcontractors**

6.1 *NORESCO* agrees that "Minority Business Enterprise Utilization" will be included in all subcontracts which offer further subcontracting opportunities, and that all subcontractors (except MBE's, DBE's and/or WBE's) that receive subcontracts in excess of $100,000 will be required to adopt a subcontracting plan similar to this one.

6.2 The following procedures will be followed in reviewing, approving, and monitoring such plans.

6.2.1 The subcontracting plan will be part of the agreement with the subcontractor.

6.2.2 The subcontractor will be monitored for performance.

6.2.3 *NORESCO* may terminate subcontractors that fail to perform its obligations under the subcontracting plan.

## Article 7 - Surveys and Reports

7.1 *NORESCO* agrees to:

7.1.1 Cooperate with any studies or surveys related to small business subcontracting as may be required.

7.1.2 Submit periodic reports which allow the State to determine the extent of *NORESCO*'s compliance with the subcontracting plan.

7.1.3 Submit Subcontracting Report for Individual Contracts, and/or Summary Subcontract Report in accordance with the Contract requirements.

7.1.4 Ensure that its subcontractors agree to submit Forms as required.

## Article 8 - Records and Documents

*NORESCO* agrees that it will maintain at least the following types of records to document compliance with this subcontracting plan.

8.1 MBE, DBE, and WBE source lists, guides and other data identifying possible MBE, DBE and WBE vendors.

8.2 Organizations contacted for sources.

8.3 Records of all subcontract solicitations indicating on each solicitation (1) whether MBE was solicited, and if not, why not; (2) whether DBE was solicited, and if not, why not, (3) whether WBE was solicited, and if not, why not, and (4) reasons for failure of solicited MBE, DBE or WBE to receive the subcontract award.

8.4 Records to support outreach efforts undertaken, including contacts with trade associations, business development organizations, and conference and trade fairs attended to help locate MBE's, DBE's and WBE's.

8.5 Records of efforts to support internal activities to guide and encourage buyers and monitoring of progress towards goals and compliance with the subcontracting plan.

8.6 Records to support award data submitted to the State to include name and address of subcontractors.

## ATTACHMENT XVII SAMPLE EQUIPMENT CHECK LISTS

The CONTRACTOR is expected to follow the startup check lists and procedures provided by the *NORESCO* pre-purchase equipment vendors. In lieu of these check lists and procedures the CONTRACTOR shall follow check lists similar to those provided in this section for:

1. Pumps
2. Fans
3. Piping

# Pastore Center Cogeneration Project

## PRE-COMMISSIONING CHECKLIST
## FANS

Fan No.: ____________________

System: ____________________

Location: ____________________

Service: ____________________

P: PASTORE REPRESENTATIVE
N: NORESCO REPRESENTATIVE
Q: CHIEF QUALITY CONTROL
M: MECHANICAL REPRESENTATIVE
E: ELECTRICAL REPRESENTATIVE
I/C: INSTRUMENT/CONTROL REP.

| INSTALLATION DETAILS | P | N | Q | M | E | I/C |
|---|---|---|---|---|---|---|
| (1) VIBRATION ISOLATION DEVICES INSTALLED | | | | | | |
| (2) INSPECTION AND ACCESS DOORS ARE OPERABLE | | | | | | |
| (3) CASING UNDAMAGED | | | | | | |
| (4) INSULATION UNDAMAGED | | | | | | |
| (5) CONDENSATE DRAINAGE IS UNOBSTRUCTED | | | | | | |
| (6) FAN BELT ADJUSTED | | | | | | |
| (7) MANUFACTURER'S REQ'D MAINT. CLEARANCE PROVIDED | | | | | | |
| (8) CONTRUCTION FILTERS REMOVED AND REPLACED IF APPLICABLE | | | | | | |
| ELECTRICAL | | | | | | |
| (1) POWER AVAILABLE TO UNIT DISCONNECT | | | | | | |
| (2) POWER AVAILABLE TO UNIT CONTROL PANEL | | | | | | |
| (3) PROPER MOTOR ROTATION VERIFIED | | | | | | |
| (4) VERIFY POWER DISCONNECT IS LOCATED WITHIN SIGHT OF THE UNIT | | | | | | |
| CONTROLS | | | | | | |
| (1) DAMPERS/ACTUATORS PROPERLY INSTALLED | | | | | | |
| (2) DAMPERS/ACTUATORS OPERABLE | | | | | | |
| (3) VERIFY PROPER LOCATION AND INSTALLATION OF THERMOSTAT | | | | | | |

| COMMENTS & NOTES |
| --- |
| |
| NOTE: REFER TO MANUFACTURER'S MANUALS AS REQUIRED |

# Pastore Center Cogeneration Project

## PRE-COMMISSIONING CHECKLIST
## PUMPS

System:____________________

Location:____________________

Service:____________________

P: PASTORE REPRESENTATIVE
N: NORESCO REPRESENTATIVE
Q: CHIEF QUALITY CONTROL
M: MECHANICAL REPRESENTATIVE
E: ELECTRICAL REPRESENTATIVE
I/C: INSTRUMENT/CONTROL REP.

| INSTALLATION DETAILS | P | N | Q | M | E | I/C |
|---|---|---|---|---|---|---|
| (1) PUMPS GROUTED IN PLACE | | | | | | |
| (2) PUMP VIBRATION ISOLATION DEVICES FUNCTIONAL | | | | | | |
| (3) PUMP/MOTOR COUPLING ALIGNMENT VERIFIED | | | | | | |
| (4) PIPING SYSTEM INSTALLED | | | | | | |
| (5) PIPING SYSTEM PRESSURE TESTED | | | | | | |
| (6) PUMP NOT LEAKING | | | | | | |
| (7) FIELD ASSEMBLED COUPLINGS ALIGNED TO MEET MANUF. PRESCRIBED TOLERANCES | | | | | | |
| (8) PRESSURE/TEMPERATURE GAUGES INSTALLED | | | | | | |
| (9) PIPING SYSTEM CLEANED | | | | | | |
| (10) CHEMICAL WATER TREATMENT COMPLETE | | | | | | |
| **ELECTRICAL** | | | | | | |
| (1) POWER AVAILABLE TO PUMP DISCONNECT | | | | | | |
| (2) PUMP ROTATION VERIFIED | | | | | | |
| (3) CONTROL SYSTEM INTERLOCKS FUNCTIONAL | | | | | | |
| (4) VERIFY POWER DISCONNECT IS LOCATED WITHIN SIGHT OF THE UNIT IT CONTROLS | | | | | | |

COMMENTS & NOTES

NOTE: REFER TO MANUFACTURER'S MANUALS AS REQUIRED

# Pastore Center Cogeneration Project

## PRE-COMMISSIONING CHECKLIST
## PIPING

System:____________________

Location:____________________

Service:____________________

P: PASTORE REPRESENTATIVE
N: NORESCO REPRESENTATIVE
Q: CHIEF QUALITY CONTROL
M: MECHANICAL REPRESENTATIVE
E: ELECTRICAL REPRESENTATIVE
I/C: INSTRUMENT/CONTROL REP.

| INSTALLATION DETAILS | P | N | Q | M | E | I/C |
|---|---|---|---|---|---|---|
| (1) PIPING COMPLETE | | | | | | |
| (2) AS-BUILT SHOP DRAWINGS SUBMITTED | | | | | | |
| (3) PIPING FLUSHED AND CLEANED | | | | | | |
| (4) STRAINERS CLEANED | | | | | | |
| (5) VALVES INSTALLED AS REQUIRED | | | | | | |
| (6) HYDROSTATIC TEST COMPLETE | | | | | | |
| (7) PIPING INSULATED AS REQUIRED | | | | | | |
| (8) THERMOMETERS AND GAUGES INSTALLED AS REQUIRED | | | | | | |
| (9) VALVE OPERATION VERIFICATION | | | | | | |
| (10) AIR VENTS INSTALLED AS SPECIFIED | | | | | | |
| (11) FLEXIBLE CONNECTORS INSTALLED AS SPECIFIED | | | | | | |
| (12) VERIFY THAT PIPING HAS BEEN LABELED AND VALVES IDENTIFIED AS SPECIFIED | | | | | | |

COMMENTS & NOTES

NOTE: REFER TO MANUFACTURER'S MANUALS AS REQUIRED

## ATTACHMENT XVIII DESIGN DOCUMENTS

Refer to Attachment I for details and references to Design Documents

## ATTACHMENT XX EXCLUSIONS AND CLARIFICATIONS

Revision #7 dated 3/22/02 is attached and details all applicable exclusions and clarifications. Provided by ADP Marshall.

ADP MARSHALL - A Fluor Daniel Company

*** ** *********************************************************************

PROJECT: RHODE ISLAND DEPARTMENT OF MENTAL HEALTH, RETARDATION AND HOSPITALS
PASTORE CENTER COGENERATION PROJECT
EXCLUSIONS AND CLARIFICATIONS

LOCATION: CRANSTON, R.I.

ARCH/ENG: N.K. ENGINEERS / J.R. LORING
BID DATE: MARCH 31, 1997 - MCI COST TO ERI MARCH 29, 1997. [redacted]
SUMMARY BY: SMK / ETM
CHECKED BY: JM APPROVED BY: JM

*** ** *********************************************************************

GENERAL REQUIREMENTS
- WE HAVE NOT INCLUDED ARCHITECTURAL AND ENGINEERING SERVICES.
- WE HAVE NOT INCLUDED ANY ENGINEERING SERVICES FOR THE PROCESS/SYSTEM WORK. [redacted]
- WE HAVE INCLUDED PERFORMANCE & PAYMENT BOND
- WE HAVE INCLUDED BUILDER'S RISK INSURANCE FOR ONE YEAR (STARTING MARCH 1, 2002)
- WE HAVE INCLUDED AN ALLOWANCE FOR THE BUILDING PERMIT FEES
- WE HAVE EXCLUDED INSPECTION & TESTING SERVICES / FEES. [redacted]
- WE HAVE EXCLUDED PROPERTY LINE SURVEY / SOIL BORING TESTING
- WE HAVE EXCLUDED SALES TAX BOND [redacted]
- WE HAVE INCLUDED AN ALLOWANCE FOR TEMPORARY HEAT, ENCLOSURES & WINTER PROTECTION
- WE HAVE EXCLUDED WATCHMEN & SECURITY SERVICES
- WE HAVE INCLUDED A TEMPORARY CONSTRUCTION FENCE
- WE HAVE INCLUDED A SIGNAGE ALLOWANCE
- WE HAVE EXCLUDED OVERTIME PREMIUMS, EXCEPT AT UTILITY SHUT DOWN / TIE-IN
- WE HAVE EXCLUDED SUBDIVISION APPROVALS OR ZONING VARIANCES [redacted]
- WE HAVE EXCLUDED REGULATORY APPROVALS REQUIRED BY EPA, DEM, WETLANDS, FEDERAL, STATE OR LOCAL AUTHORITIES

SITEWORK
- WE HAVE EXCLUDED ROCK EXCAVATION REQUIRING DRILLING OR BLASTING
- WE HAVE NOT INCLUDED GROUNDWATER PUMPING, DEWATERING & WELL POINT SYSTEMS
- WE HAVE EXCLUDED EXCAVATION OR REMOVAL OF HAZARDOUS MATERIALS
- WE HAVE EXCLUDED SEWERAGE EJECTOR PUMP & PIT
- WE HAVE EXCLUDED ANY IMPACT FEES IMPOSED BY LOCAL UTILITIES.
- WE HAVE EXCLUDED ANY ENVIRONMENTAL CONSIDERATIONS IMPOSED BY GOVERNING AUTH. - i.e. DETENTION PONDS, SWALES, ETC. [redacted]
- WE HAVE EXCLUDED ALL CURBING; CAPE CODE BERM IS INCLUDED
- WE HAVE INCLUDED AN ALLOWANCE OF $15 K FOR ALL LANDSCAPING.
- WE HAVE EXCLUDED PILINGS, CAISSONS OR UNDERPINNING [redacted]
- WE HAVE EXCLUDED SITE FIRE LOOP & HYDRANTS
- WE HAVE EXCLUDED FOUNDATION / SUB DRAIN SYSTEMS
- WE HAVE EXCLUDED SANITARY LIFT STATION [redacted]
- WE HAVE EXCLUDED GAS SERVICE BEFORE METER. [redacted]

DEMOLITION / ABATEMENT
- WE HAVE EXCLUDED ASBESTOS ABATEMENT OUTSIDE THE AREA TO REMAIN ACTIVE IN THE EXIST'G BLDG.
- WE HAVE EXCLUDED ASBESTOS ABATEMENT ON U.G. PIPING; SPOT ABATEMENTS ARE INCLUDED FOR TIE-INS
- WE HAVE INCLUDED A 2 HR/ FIRE WALL SEPARATING RENOVATED / ABANDONED AREAS
- WE HAVE EXCLUDED ALL DEMOLITION OF ITEMS WITHIN THE ABANDONED AREAS NOT REFRENCED IN EXHIBIT I

CONCRETE
- WE HAVE INCLUDED A 6 MIL VAPOR BARRIER UNDER SLAB ON GRADE
- WE HAVE EXCLUDED FIBROUS REINFORCEMENT [redacted]
- WE HAVE EXCLUDED ANY COLORED CONCRETE.
- WE HAVE EXCLUDED SLAB ON METAL DECK ON ROOF

MASONRY

WE HAVE EXCLUDED SPECIALTY MASONRY. etc. GLASS BLOCK, SPLIT FACED, SPLIT FACED RIBBED, COLORED
WE HAVE EXCLUDED ANY STRUCTURAL FACING TILE.
WE HAVE EXCLUDED ANY STONE, MARBLE, SLATE
WE HAVE INCLUDED A DIVIDER/LIMIT OF WORK WALL AT BOILER ROOM #3 AND TURBINE ROOM AS DEFINED ON THE GENERAL ARRANGEMENT PROVIDED BY J.R.LORING
WE HAVE EXCLUDED ANY REFURBISHING OF THE EXISTING BOILER No. 7 STACK.
WE HAVE INCLUDED AN ALLOWANCE TO COAT THE SOUTHERN STACK TO ENCASE ASBESTOS.

STRUCTURAL STEEL & MISCELLANEOUS IRON

WE HAVE EXCLUDED ANY STRUCTURAL UPGRADES TO THE EXISTING BUILDING.
WE HAVE EXCLUDED STRUCTURAL STEEL ANALYSIS OF EXISTING BUILDING
WE HAVE INCLUDED AN ALLOWANCE FOR REMOVAL & REPLACEMENT OF EXISTING METAL DECKING
WE HAVE EXCLUDED PAINTING STRUCTURAL STEEL TNEMEC-ZINC 90-97.
WE HAVE INCLUDED STANDARD RED OXIDE PAINT AS MANUFACTURED BY TNEMEC.
WE HAVE INCLUDED FIREPROOFING, AS SHOWN IN THE OFFICE AREA
WE HAVE EXCLUDED UNPINNING AND / OR SUPPLEMENTARY SUPPORT SYSTEMS
WE HAVE EXCLUDED SLAB ON METAL DECK AT THE ROOF LEVEL

EXTERIOR ENCLOSURE

WE HAVE EXCLUDED ANY ASBESTOS ABATEMENT OF THE EXISTING ROOFING SYSTEM.
WE HAVE EXCLUDED ANY HAZARDOUS MATERIALS AND/OR ASBESTOS ABATEMENT OF THE U.G. PIPING
[redacted]
WE HAVE EXCLUDED ANY ACOUSTICAL AND / OR SOUND CONTROLS
WE HAVE EXCLUDED BOXED IN / Canopies AT ALL DOORS EXCEPT CANOPY @ MAIN ENTRY DOOR
WE HAVE EXCLUDED 3" COMPOSITE WALL PANELS.

FINISHES

WE HAVE INCLUDED STANDARD ENAMEL PAINT ONLY
[redacted]
WE HAVE EXCLUDED PAINTING EXPOSED CEILINGS PER NORESCO REQUEST.
[redacted]
WE HAVE INCLUDED LEAD PAINT ABATEMENT AS PART OF THE ASBESTOS OPERATION

BUILDING SPECIALTIES

WE HAVE EXCLUDED FURNISHINGS & DRAPERIES
WE HAVE EXCLUDED TRASH COMPACTOR OR DUMPSTER
WE HAVE EXCLUDED ELEVATOR / VERTICAL TRANSPORT SYSTEM.
[redacted]
WE HAVE EXCLUDED MOVEABLE OR DEMOUNT. PTNS.
WE HAVE EXCLUDED LABORATORY EQUIPMENT
WE HAVE EXCLUDED PEDESTAL FLOOR
WE HAVE EXCLUDED MECHANICAL EQUIPT. ROOF SCREEN
[redacted]

PRE-ENGINEERED STRUCTURE

[redacted]
WE HAVE INCLUDED ROOF DESIGN BASED ON A DEFLECTION OF L/180
WE HAVE INCLUDED MEZZANINE FRAMING BASED ON A DEFLECTION OF L/180
WE HAVE INCLUDED COMPOSITE METAL WALL PANELS 2" THICK, 36" WIDE, 26 ga. INNER & OUTER PNLS.
WE HAVE INCLUDED GUTTER AND DOWNSPOUTS DRAINING TO PAVEMENT AREAS
WE HAVE INCLUDED THE STEEL FRAMING WITH A STANDARD RED OXIDE FINISH (1 MIL DFT)
[redacted]

EQUIPMENT

WE HAVE EXCLUDED OVERHEAD CRANES, HOISTS, RAILS, TRACTORS
WE HAVE EXCLUDED CONTINUOS EMISSIONS MONITORING
WE HAVE EXCLUDED CONVEYING SYSTEMS
MATERIAL HAND. EQUIPT. & STORAGE RACKS
SPECIAL PITS &/OR TRENCHES FOR OWNER'S
MAT'L HANDL'G EQUIPT.
RACK STORAGE SYSTEM
WE HAVE EXCLUDED REHAB OF EXISTING EQUIPMENT

SPRINKLERS

FIRE STORAGE TANK OR RESERVOIR IS EXCLUDED
WE HAVE INCLUDED SPRINKLERS IN OFFICE AREAS ONLY, ALL OTHER AREAS ARE EXCLUDED
[redacted]
PROCESS WASTE,FILTRATION &/OR RECLAIM SYSTEM IS EXCLUDED
WASTE TREATMENT IS EXCLUDED
SEWERAGE EJECTOR PUMPS/PIT OR WET WELLS ARE EXCLUDED
GAS COMPANY CHARGES ARE EXCLUDED
OIL TANK SYSTEMS - FIRE PROTECTION EXTERNAL TO BUILDING ARE EXCLUDED

MECHANICAL

[redacted]
WE HAVE EXCLUDED REFURBISHING THE EXISTING PRV'S
WE HAVE EXCLUDED MISC. REPAIRS, CONNECTIONS, & REPLACEMENT OF BOILER No. 7 PIPING.
WE HAVE INCLUDED COMPLETELY RE-INSULATING THE BOILER No. 7 ROOM AFTER ABATEMENT.
WE HAVE INCLUDED A 4" STEAM LINE TO THE EXISTING WAREHOUSE, EXCLUDING EXCAVATION & BACKFILL.
WE HAVE INCLUDED ALL DRAINAGE & UNDERGROUND WORK AT THE FUEL OIL CONTAINMENT AREA.
[redacted]
WE HAVE INCLUDED PLUMBING ASSOCIATED WITH THE NEW ADDITION AND OFFICES.
WE HAVE INCLUDED FURNISHING (13) STEAM FLOW METERS and (2) STEAM PRV STATIONS.
WE HAVE INCLUDED SITE DISTRIBUTION STEAM & CONDENSATE BETWEEN THE GARAGE & LAUNDRY, PER NORESCO
WE HAVE INCLUDED CONDENSATE PUMPS and CONNECTIONS AT THE LAUNDRY & GARAGE PER NORESCO
WE HAVE INCLUDED INSTALLATION OF THE GAS TURBINE ALLOY METAL BY-PASS STACK, AS SUPPLIED BY NORESCO
[redacted]
WE HAVE INCLUDED WORK ASSOCIATED WITH THE #6 FUEL OIL SKID AND THE WORK AT THE CONTAINMENT.
WE HAVE INCLUDED WORK ASSOCIATED WITH THE CITY WATER BOOSTER PUMPS.

ELECTRICAL

WE HAVE INCLUDED ALL REQUIREMENTS PRESENTED ON THE LORING ONE-LINE DIAGRAM 58-05-E1.
ELECTRIC COMPANY CHARGES ARE EXCLUDED
[redacted]
WE HAVE EXCLUDED THE FURNISHING OF THE FOLLOWING ITEMS PROVIDED BY NORESCO:

- 2.4 kV SWITCHGEAR AND MODIFICATIONS TO EXISTING
- MOTOR CONTROL CENTERS and TRANSFORMERS
- REACTORS
- DCS EQUIPMENT
- LOAD SHED SYSTEM
- POWER MONITORING SYSTEM

WE HAVE EXCLUDED THE 175 KVA EMERGENCY GENERATOR WHICH WAS DELETED.
WE HAVE INCLUDED WIRING FOR THE #6 FUEL OIL SKID, CITY WATER BOOSTER PUMPS, & THIRD REACTOR.
WE HAVE INCREASED THE 1000 KVA TRANSFORMER TO TWO (2) 2000 KVA TRANSFORMERS.
WE HAVE INCREASED THE MOTOR CONTROL CENTERS FROM ONE (1) 1200 AMP to TWO (2) AT 2500 AMP.
WE HAVE INCLUDED A 2500 AMP SECONDARY TIE AND THE WIRING FOR THE ADDITIONAL EQUIPMENT.
WE HAVE INCLUDED A 25 KVA UPS SYSTEM
WE HAVE INCLUDED THE 125V DC SYSTEM.
WE HAVE INCLUDED THE FIRE ALARM SYSTEM.
WE HAVE INCLUDED THE ALLOWANCE FOR AN INTERCOM SYSTEM.
[redacted]
WE HAVE INCLUDED THE COST ASSOCIATED WITH RELOCATING THE NECO INCOMING FEEDER.
WE HAVE INCLUDED COST FOR MISCELLANEOUS 120/208V AND 277/480V PANELS FOR GENERAL LIGHTING AND POWER.
WE HAVE INCLUDED THE COST ASSOCIATED WITH CONNECTING TO THE EXISTING GENERATOR.
WE HAVE EXCLUDED THE ELECTRICAL TIE BREAKER