UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., *Plaintiff,* | |
| vs. | C.A. No. 07-129 ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, *Defendants.* | |

**AFFIDAVIT CERTIFYING TO SERVICE PURSUANT TO RULE 4**

I, Brian J. Lamoureux, under oath hereby depose and state as follows:

1. I am counsel of record to Defendants and Third-Party Plaintiffs Noresco, LLC and Lumbermen's Mutual Casualty Company in the above-captioned action.

2. On June 11, 2007, I caused the Third-Party Complaint in this action to be filed with this Court.

3. On or about June 20, 2007, I caused copies of the Third-Party Summons and Third-Party Complaint to be mailed **by regular mail and by certified mail, return receipt requested** to Third-Party Defendant St. Paul Fire and Marine Insurance Company, 385 Washington Street, St. Paul, Minnesota 55102.

4. Said third-party summons and third-party complaint was acknowledged to have been delivered to St. Paul Fire and Marine Insurance Company on June 22, 2007, as evidence by the green card attached and made a part hereof as Exhibit A.

5. Said service was effectuated in accordance with Rule 4 of the Federal Rules of Civil Procedure.

Dated: July 2, 2007

Brian J. Lamoureux, Esq. (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me in Providence, this 2nd day of July, 2007.

Notary Public
My Commission expires: 8-13-09

# 50228441 v1 - MEDEIRD - 080908/0004

# EXHIBIT A

2. Article Number

7160 3901 9846 0523 9236

3. Service Type CERTIFIED MAIL

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

St. Paul Fire and Marine Insurance
Company
385 Washington Street
St. Paul, MN 55102

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery JUN 2 2 2007

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

PS Form 3811, January 2005 Domestic Return Receipt

---

7160 3901 9846 0523 9236

US Postal Service
**Certified Mail Receipt**
*Domestic Mail Only*
*No Insurance Coverage Provided*

| | |
|---|---|
| Postage | $ 6.55 |
| Certified Fee | 2.65 |
| Return Receipt Fee (Endorsement Required) | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| **Total Postage & Fees** | $ 11.35 |

Postmark: BOX SECTION 02904 USPS JUN 20 2007

Sent To:
St. Paul Fire and Marine Insurance
Company
385 Washington Street
St. Paul, MN 55102

PS Form 3800, January 2005 US Postal Service **Certified Mail Receipt**

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

PLAINTIFF

ADP MARSHALL, INC., a Division of Fluor NE, Inc.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY

## THIRD PARTY SUMMONS IN A CIVIL ACTION

Case Number: 07-129-ML

V. THIRD PARTY DEFENDANT

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, et al.

To: Name and address of Third Party Defendant

St. Paul Fire and Marine Insurance Company
385 Washington Street
St. Paul, MN 55102

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Andrew J. Tine, Esq.
Law Office of Andrew J. Tine
345 Thames Street
Bristol, RI 02809

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

William M. Dolan III, Esq.
Brian J. Lamoureux, Esq.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

an answer to the third-party complaint which is herewith served upon you within 20 days after the service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK

(By) DEPUTY CLERK [signature]

DATE June 20, 2007