**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ADP MARSHALL, INC., a Division of Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**STIPULATION TO EXTEND TIME FOR RESPONSE TO THIRD PARTY COMPLAINT BY THIRD PARTY DEFENDANTS ST. PAUL FIRE AND MARINE INSURANCE COMPANY'S AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND'S**

The undersigned counsel on behalf of the above named Plaintiffs and Defendants, hereby agree to extend the time by which Third Party Defendants, St. Paul Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland may respond to the Third Party Complaint filed on June 11, 2007 to Friday, July 27, 2007.

Respectfully submitted,

**ADP MARSHALL, INC.,**
**a Division of Fluor NE, Inc.,**

By its Attorney,

/s/ Andrew J. Tine
Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002
(401) 396-9479 Fax

**NORESCO, LLC and**
**LUMBERMENS MUTUAL CASUALTY COMPANY,**

By their Attorneys,

/s/ Brian J. Lamoureaux
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Of Counsel:*

Cheryl B. Pinarchick
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

July 12, 2007

## CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that on July 12, 2007 a copy of the foregoing was filed electronically and served by mail on Brian J. Lamoureux and Cheryl B. Pinarchick, Brown Rudnick Berlack Israels, LLP, One Financial Center, Boston, MA 02111.