**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ADP MARSHALL, INC., a Division of Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**JOINT RULE 26(f) STATEMENT AND PROPOSED PRE-TRIAL SCHEDULE**

Now come the parties, after conferring pursuant to Fed. R. Civ. P. 26(f), and hereby propose the following pre-trial schedule for this action:

(1) The parties will each make the disclosures required by Fed. R. Civ. P. 26(a)(1)(C) on or before July 19, 2007;

(2) The parties will complete their initial disclosures as required by Fed. R. Civ. P. 26(a)(1) on or before July 27, 2007;

(3) All written discovery shall be completed by June 2, 2008. The parties are required to submit responses within the time set forth in the Federal Rules unless the

opposing party has consented to an extension of time or leave of Court has been obtained. Limits placed on written discovery by the Federal Rules shall apply.

(4) All fact witness depositions shall be completed by September 1, 2008. All parties agree that the limits on the number of depositions set forth by the Federal Rules shall initially apply in this matter, subject to motion of any party to enlarge.

(5) The parties shall disclose expert witnesses by August 15, 2008. Reports of experts are to be produced within 20 days after disclosure of experts. All parties agree to make their experts available for deposition on a mutually agreeable date following the disclosure of each expert's report. Depositions of experts shall be completed by October 1, 2008 but cannot be commenced prior to the conclusion of the fact depositions.

(6) Dispositive motions, if any, shall be filed by the moving party by November 3, 2008.

(7) Final pre-trial conference by January 5, 2009.

Respectfully submitted,

**ADP MARSHALL, INC.,**
**a Division of Fluor NE, Inc.,**

By its Attorney,

/s/ Andrew J. Tine

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002
(401) 396-9479 Fax

**NORESCO, LLC and**
**LUMBERMENS MUTUAL CASUALTY COMPANY,**

By their Attorneys,

/s/ Brian J. Lamoureux

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Of Counsel:*

Cheryl B. Pinarchick
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

July 18, 2007

**Certificate of Service**

I hereby certify that on July 18, 2007, I caused this document to be electronically filed with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF system, where the document is available for viewing and downloading. The following participants have received notice electronically:

Andrew Tine, Esq. (atine@tinelaw.com)

/s/ Brian J. Lamoureux
Brian J. Lamoureux

# 1506449 v1 - 080908/0004