**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

ADP MARSHALL, INC., a division of Fluor NE, Inc.,
*Plaintiff,*

vs.

NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,
*Defendants.*

C.A. No. 07-129 ML

## MOTION FOR ADMISSION PRO HAC VICE

Defendants Noresco, LLC and Lumbermens Mutual Casualty Company hereby move that Cheryl B. Pinarchick, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

/s/ William M. Dolan III
Defendants

By: William M. Dolan III
Bar ID No.: 4524
Brown Rudnick Berlack Israels LLP — Address: 121 South Main Street, Providence, RI 02903
DATED: August 9, 2007

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts, New Jersey and Pennsylvania and of the following Federal District Court and/or Court of Appeals Bar(s): United States District Court for the District of Massachusetts, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Ninth Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. (If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation).

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation).

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Cheryl B. Pinarchick MA BBO #636208
Print Name State Bar ID #
Brown Rudnick Berlack Israels LLP
Firm Name
One Financial Center, Boston, MA 02111
Business Address

617-856-8247 617-856-8201
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it related to the participation and responsibilities of local counsel.

/s/ William M. Dolan III
Signature of Local Counsel
William M. Dolan III 4524
Print Name R.I. Bar ID #

Brown Rudnick Berlack Israels LLP
Firm and Business Address
121 South Main Street
Providence, RI 02903

Tel. # 401-276-2600 Fax # 401-276-2601

---

**ORDER**

This motion is hereby ______________________.

______________________
District Judge

Date:

# 50227370 v1