**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | ) | |
| v. | ) | C.A. No.: 07-129-ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | ) | |

**PLAINTIFF'S AND THIRD PARTY DEFENDANTS' RULE 16 FACTUAL SUMMARY AND IDENTIFICATION OF LEGAL ISSUES**

**FACTUAL SUMMARY**

NORESCO, LLC signed a Design and Construction Agreement with the State of Rhode Island on September 25, 2000. NORESCO was engaged to provide design review and comments, permit, build, install, start-up, test and train operators for a cogeneration facility to be located at the Pastore Center in Cranston, Rhode Island. In turn, NORESCO hired ADP Marshall, Inc. ("ADPM") to provide comprehensive construction services, and procurement services, in the construction of the facility, and support for its start-up and testing. ADPM's contract with NORESCO is dated March 22, 2002.

In the course of the project NORESCO failed to fairly review and approve change orders for: 1) delays caused by NORESCO and/or the State of Rhode Island; and for 2) changes in ADPM's and its subcontractors' scope of work. NORESCO has also failed to make timely payments in accordance with the contract between the parties. NORESCO's failure to approve and/or pay for change orders as well as failure to make timely progress payments has resulted in many subcontractor claims against ADPM's and NORESCO's

payment bonds and, ultimately, to several lawsuits. NORESCO and ADPM settled out most of the subcontractor payment claims. ADPM seeks fair and reasonable compensation for the services it provided to NORESCO.

A financial breakdown of the money owed to ADPM is as follows:

| | | |
|---|---|---|
| Contract Value to CO 4 | - | $13,478,924 |
| Change Order 6 | - | $130,110 |
| Change Order 7 | - | $34,122 |
| Open Deviations | - | $1,647,214 |
| Deviation #378 | - | not yet quantified |
| Paid | - | ($12,415,451) |
| **Due** | - | **$2,874,919 (plus interest)** |

It can not be disputed that NORESCO has failed to timely pay ADPM at least $1,227,705, as this amount relates to signed change order work and base contract work for which payment was guaranteed. NORESCO has breached the contract by failing to pay for $1,227,705 in approved work and for refusing to sign for $1,647,214 in change order work, although ADPM was directed to install said work.

**LEGAL ISSUES**

1. Did NORESCO breach its contract with ADPM by failing to pay for base contract work, signed change order work and/or requested change order work?

2. Is ADPM entitled to recover for the value of the work installed on the project, at the direction of and for the benefit of NORESCO?

3. Did NORESCO breach its contract with ADPM and/or interfere with ADPM's subcontracts in negotiating with and/or settling payment disputes directly with ADPM's subcontractors, to the exclusion of ADPM?

Dated this 15 day of August 2007.

Plaintiff and Third Party Defendants,
By their attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.

**CERTIFICATE OF SERVICE**

I, Andrew J. Tine, hereby certify that on August 15, 2007 a copy of the foregoing was served by mail on Brian J. Lamoureux and Cheryl Pinarchick, Brown Rudnick, One Financial Center, Boston, MA 02111.