UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADP MARSHALL, INC., a Division of Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**DEFENDANTS/COUNTERCLAIM –PLAINTIFFS/THIRD-PARTY PLAINTIFFS' RULE 16 STATEMENT**

Defendants/Counterclaim-Plaintiffs/Third-Party Plaintiffs, NORESCO, LLC ("Noresco") and Lumbermens Mutual Casualty Company ("Lumbermens") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this Rule 16 Statement.

## I. FACTUAL SUMMARY

This case arises from a September 25, 2000 contract between Noresco and the State of Rhode Island Department of Mental Health, Retardation and Hospitals (the "Prime Contract") for the construction and renovation of an energy cogeneration facility at the Pastore Centre in Cranston, Rhode Island (the "Project"). Lumbermens acted as Noresco's surety on the Project.

In preparing its bid to the State for the Prime Contract, Noresco worked exclusively with ADP Marshall, Inc. ("ADPM") and relied upon ADPM's estimation of construction costs. After Noresco's bid had been submitted to the State, ADPM informed Noresco that its cost of labor increased, and, as a result, ADPM's cost estimate would not provide sufficient funds for the Project's construction. As a result, ADPM resolved with Noresco to "value engineer" the Project so that it could be completed for the bid amount. Although the design documents for the Project were not yet complete, on March 22, 2002, ADPM and Noresco entered into a contract pursuant to which ADPM became the general contractor on the Project (the "Subcontract").

Thereafter, ADPM materially breached numerous terms and conditions of the Subcontract, including, but not limited to, its obligation to indemnify and hold Noresco harmless for claims brought by ADPM's subcontractors against the Defendants (the "Subcontractor Claims") (all of which have now been resolved at considerable expense to the Defendants). Additionally, ADPM's sureties on the Project, St. Paul Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland, breached their obligations to Noresco under bonds issued by them by failing to indemnify and hold Noresco harmless from the Subcontractor Claims. As a result of ADPM's breach of the Subcontract and its sureties' breach of the bonds, the Defendants have suffered significant damages and the Project has yet to be completed.

ADPM has asserted claims against the Defendants for monies it claims are owed under the Subcontract. Any damages allegedly suffered by ADPM are the result of its own poor management of the Project and failure to comply with the terms and conditions of the Subcontract. As a result, Noresco is entitled to set-offs, back-charges and/or liquidated damages in an amount in excess of $2,900,000.

## II. LEGAL ISSUES WHICH MAY ARISE

1. Did ADPM materially breach the Subcontract?

2. As a result of ADPM's breach of the Subcontract, is Noresco entitled to set-offs, back-charges and/or liquidated damages and if so, in what amount?

3. Is Noresco entitled to specific performance of certain of ADPM's obligations under the Subcontract?

4. Are ADPM and/or its sureties required to indemnify the Defendants for fees and expenses incurred by the Defendants in resolving the subcontractor claims?

Date: August 27, 2007

**NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,**

By their Attorneys,

/s/ William M. Dolan III
William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Pro Hac Vice*:
Cheryl B. Pinarchick
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

/s/ William M. Dolan III
William M. Dolan III