**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | |
| v. | C.A. No.: 07-129 ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Now comes the Plaintiff ADP Marshall, Inc., and by and through its attorney, hereby moves pursuant to F.R.C.P. Rule 15(a) for leave to amend its Complaint to add a claim of tortuous interference with contractual relations against Defendant Noresco, LLC. In support of this Motion for Leave, Plaintiff submits a Memorandum of Law. Attached hereto is the proposed First Amended Complaint.

WHEREFORE, Plaintiff requests this honorable Court grant its Motion for Leave to Amend its Complaint.

Respectfully submitted,
ADP Marshall, Inc.,
By his attorney,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, Rhode Island 02809

**CERTIFICATE OF SERVICE**

I, Andrew J. Tine, hereby certify that I served a copy of the foregoing on all counsel of record this 21 day of December 2007 via US Mail, postage prepaid.

____________________