**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | ) | |
| v. | ) | C.A. No.: 07-129 ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND AFFIRMATIVE DEFENSES TO NORESCO, LLC'S AND LUMBERMEN'S AMENDED COUNTERCLAIM**

Now comes the Plaintiff, ADP Marshall, Inc., and by and through its attorney, hereby moves pursuant to F.R.C.P. Rule 15 for leave to amend its Answer to add an affirmative defense in response to NORESCO, LLC's disclosure during discovery of its intention to pursue liquidated damages that had neither been assessed nor properly submitted to contractually required arbitration during the construction project which is the subject of this litigation. In support of this Motion for Leave, Plaintiff submits a Memorandum of Law. Attached hereto is the proposed Amended Answer to NORESCO, LLC's and Lumbermen's Mutual Casualty Company's Amended Counterclaim.

WHEREFORE, Plaintiff requests this honorable Court grant its Motion for Leave to Amend its Answer and affirmative defenses to NORESCO, LLC's and Lumbermen's Mutual Casualty Company's Amended Counterclaim.

Respectfully submitted,
ADP Marshall, Inc.,
By his attorney,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, Rhode Island 02809

**CERTIFICATE OF SERVICE**

I, Andrew J. Tine, hereby certify that I served a copy of the foregoing on all counsel of record this 27 day of December 2007 via US Mail, postage prepaid.