# EXHIBIT C

**Hearing Date: January 19, 2006**

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

PROCESS CONSTRUCTION MANAGEMENT, INC. :

vs. : C.A. No. PC 04-3378

ADP MARSHALL, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY :

**DEFENDANTS, ADP MARHSALL INC., ST PAUL FIRE AND MARINE INSURANCE COMPANY AND FIDELITY AND DEPOSIT COMPANY OF MARYLAND'S OBJECTION TO NORESCO AND LUMBERMENS' MOTION TO DISMISS**

Now come the Defendants ADP Marshall, Inc., St. Paul and Marine Insurance Company and Fidelity and Deposit Company of Maryland (hereinafter, "Defendants" or collectively referred to as "ADPM") by and through their attorneys in the above-entitled matter and hereby object to Noresco LLC and Lumbermens Mutual Casualty Company's (collectively referred to as "Noresco") Motion to Dismiss Plaintiff's Complaint.

As grounds for the objection, ADPM submits that the motion will affect material and substantial rights of ADPM going forward. In order for ADPM to make an informed decision regarding the motion and any potential claims which ADPM may in turn have against Plaintiff it is imperative for ADPM to review the Settlement Agreement – referred to by Noresco in its motion - entered into between Noresco and the Plaintiff, who is a subcontractor of ADPM.

The Settlement Agreement was formally requested on December 19, 2005. See Exhibit A, December 19, 2005 Correspondence to Attorney Dolan. Noresco's only response to the request came on January 9, 2006 when it re-filed its motion to dismiss with a cover letter from its attorney attempting to condition the production of this non-privileged and relevant document on ADPM's immediate consent to dismissal of the pending litigation. See Exhibit B, January 9, 2006 Correspondence from Attorney Dolan. The Settlement Agreement is of particular importance in the pending litigation because Noresco has asserted claims against ADPM and has held money owed to ADPM on the basis of liquidated damages, work related to punchlist, and other items; claims which ADPM may properly pass through as counterclaims against the Plaintiff and other subcontractors with which Noresco has purportedly entered into Settlement Agreements. If Noresco has not taken the liquidated damages, punch list and other items it is asserting against ADPM into consideration in the undisclosed Settlement Agreement with Plaintiff or other ADPM subcontractors, then ADPM must, of necessity, assert counterclaims against Plaintiff and the other ADPM subcontractors. If this is the case then Noresco's Settlement with Plaintiff will not bring a conclusion to litigation involving these parties, including the other subcontractors.

An additional basis for ADPM's objection is that this motion is a dispositive motion and Noresco and Lumbermens have filed it on a non-dispositive motion day and without assignment by the clerk. The timing and Noresco's refusal to disclose the Settlement Agreement make it impossible for ADPM to properly respond to the motion. This motion to dismiss should be consolidated with the other motions now pending on the dispositive motion calendar.

Accordingly, your Defendants pray that this Honorable Court deny and dismiss Noresco LLC and Lumbermens Mutual Casualty Company's Motion to Dismiss Plaintiff's Complaint.

Defendants, by their attorneys,

William A. Poore, Esq. (#1436)
Christopher J. O'Connor, Esq. (#5078)
POORE & ROSENBAUM LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-2600 – telephone
(401) 831-2220 – facsimile

Hearing Date: January 19, 2006

CERTIFICATION

I hereby certify that on this 18th day of January 2006, I mailed a true copy of the within, regular mail, postage prepaid, to the following:

William M. Dolan III, Esq.
Brown Rudnick Berlack & Israels
121 South Main Street
Providence, RI 02903

David M. Campbell, Esq.
Visconti & Boren
55 Dorrance Street
Providence, RI 02903

# EXHIBIT A

# POORE & ROSENBAUM LLP

ATTORNEYS AT LAW

WILLIAM A. POORE
STEVEN ROSENBAUM*

NICHOLAS A. LAMBROS*
CHRISTOPHER J. O'CONNOR

*Also licensed in MA

Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02901-1117
Telephone (401) 831-2600
Fax (401) 831-2220

20

December 19, 2005

William M. Dolan III, Esq.
Brown Rudnick Berlack & Israels
121 South Main Street
Providence, RI 02903

**Re: Noresco**

Dear Bill:

I am writing regarding the various subcontractors' claims which are the subject of Noresco and Lumbermens' motions filed on the Providence County Motion Calendar.

First, with respect to the three subcontractors (R.P. Iannuccillo, D'Ambra and Process Construction Management) that are the subject of motions to dismiss scheduled for Tuesday, January 3, 2006, both motions reference an Exhibit 1 (a proposed form of order); however, there is no Exhibit 1 or proposed order attached to the motion. Would you please forward copies to my attention? Additionally, both motions reference settlements - which include release of claims - between RPI, D'Ambra, PCM and Noresco and Lumbermens. Please accept this as ADP Marshall, Inc.'s request for production pursuant to the Superior Court Rules of Civil Procedure for copies of the settlement documents, including releases, exchanged between RPI, PCM and Noresco and Lumbermens. Would you please forward copies to my attention prior to the hearing date scheduled for these motions? Lastly, I note that the January 3, 2006 is a Tuesday; was this date issued by the Clerk?

Second, with respect to the remainder of the civil actions now pending on the dispositive motion calendar for February 14, 2006, would you likewise forward copies of the settlement agreements, including any release of claims, in the actions involving the following subcontractors: Arden, Unique Metals, Atlantic and Hydrochem? Once again, this request is made pursuant to the Rhode Island Superior Court Rules of Civil Procedure.

I look forward to your reply. Please do not hesitate to contact me if you have any questions or wish to discuss.

Very truly yours,

Christopher J. O'Connor

Christopher J. O'Connor

CJO/hja
*Dictated but not read*

# EXHIBIT B

BROWNRUDNICK

*WILLIAM M. DOLAN III*
*401-276-2611*
*wdolan@brownrudnick.com*

121
South Main
Street
Providence
Rhode Island
02903
*tel* 401.276.2600
*fax* 401.276.2601

January 9, 2006

**VIA HAND DELIVERY**

Christopher J. O'Connor, Esq.
Poore & Rosenbaum
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Re: R.P. Iannuccillo & Sons Construction Co. v. ADP Marshall, Inc., et al., C.A. No. PC 05-984
D'Ambra Construction Company, Inc. v. R.P. Iannuccillo & Sons Construction Company, et al., C.A. No. PC 05-4197
Process Construction Management, Inc. v. ADP Marshall, Inc., et al., C.A. No. PC 04-3378

Dear Chris:

I am writing in response to your letter of December 19, 2005.

Enclosed please find a copy of my letter of even date herewith to all counsel together with copies of the Motions to Dismiss and proposed Orders thereon. My client will provide you with executed copies of the Settlement Agreements with the various subcontractors on the following conditions:

1. ADP Marshall shall immediately consent to entry of the Orders dismissing the Plaintiff's claims so that the settlements with Iannuccillo, D'Ambra and PCM may be consummated; and

2. ADP Marshall shall acknowledge that production of the aforesaid Settlement Agreements shall be without wavier of any rights that Noresco may have to object to the introduction of the Settlement Agreements in any proceeding on relevancy or other evidentiary grounds.

BR



Upon receipt of your written assent to the foregoing conditions, Noresco shall provide copies of the Settlement Agreements.

Very truly yours,

**BROWN RUDNICK BERLACK ISRAELS LLP**

By: ______________________
William M. Dolan III

WMD/br
Enclosures