# EXHIBIT D

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

PROCESS CONSTRUCTION MANAGEMENT, INC.,

*Plaintiff,*

vs.

C.A. No. PC 04-3378

ADP MARSHALL, INC., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

*Defendants.*

**ORDER GRANTING MOTION TO DISMISS**

This matter came before the Court on the Motion of Noresco, LLP ("Noresco") to Dismiss Plaintiff's Complaint. Good cause having been shown, it is thereupon:

**ORDERED, ADJUDGED and DECREED:**

1. Noresco's Motion shall be and is hereby granted.

2. Plaintiff's Complaint shall be and is hereby dismissed with prejudice.

3. The dismissal is entered only with respect to Plaintiff's claims against Defendants. It does not apply to any of the claims, counterclaims or third party claims that may have been plead in this matter by and between ADP Marshall, Inc., St. Paul Fire and Marine Insurance Co., Fidelity and Deposit Company of Maryland, Noresco, LLC and Lumbermens Mutual Casualty Company and such claims shall remain extant. Moreover, it does not affect any claims that ADP Marshall, St. Paul or Fidelity may now or in the future have against Plaintiff

and dismissal of Plaintiff's claims shall not act as a waiver of any such potential claims and any such potential claims shall also remain extant and may be the subject of further litigation.

**ENTER:**

Date: February 16, 2006

**ORDER:**

**Presented by:**

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorneys for Noresco, LLC and Lumbermens
Mutual Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2006, I served a true copy of the within document by first class mail, postage prepaid, upon the following:

John E. Bulman, Esq.
Joseph P. Quinn, Esq.
Little, Medeiros, Kinder, Bulman & Whitney
72 Pine Street
Providence, RI 02903

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Nicholas A. Lambros, Esq.
Poore & Rosenbaum
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Brian J. Lamoureux

# 50220608 v1

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

R.P. IANNUCCILLO & SONS CONSTRUCTION COMPANY,

*Plaintiff,*

vs.

ADP MARSHALL, INC., a division of Fluor NE, Inc., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

*Defendants.*

C.A. No. PC 05-984

D'AMBRA CONSTRUCTION COMPANY, INC.,

*Plaintiff,*

vs.

R.P. IANNUCCILLO & SONS CONSTRUCTION COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND and LUMBERMENS MUTUAL CASUALTY COMPANY,

*Defendants.*

C.A. No. PC 2005-4197

**ORDER GRANTING MOTION TO DISMISS**

This matter came before the Court on the Motion of Noresco, LLP ("Noresco") to Dismiss Plaintiff's Complaint. Good cause having been shown, it is thereupon:

**ORDERED, ADJUDGED and DECREED:**

1. Noresco's Motion shall be and is hereby granted.

2. Plaintiff's Complaint shall be and is hereby dismissed with prejudice.

3. The dismissal is entered only with respect to Plaintiff's claims against Defendants. It does not apply to any of the claims, counterclaims or third party claims that may have been plead in this matter by and between ADP Marshall, Inc., St. Paul Fire and Marine Insurance Co., Fidelity and Deposit Company of Maryland, Noresco, LLC and Lumbermens Mutual Casualty Company and such claims shall remain extant. Moreover, it does not affect any claims that ADP Marshall, St. Paul or Fidelity may now or in the future have against Plaintiff and dismissal of Plaintiff's claims shall not act as a waiver of any such potential claims and any such potential claims shall also remain extant and may be the subject of further litigation.

**ENTER:**

____________________________

Date: February 16, 2006

**ORDER:**

____________________________

**Presented by:**

____________________________

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorneys for Noresco, LLC and Lumbermens
Mutual Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2006, I served a true copy of the within document by first class mail, postage prepaid, upon the following:

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Poore & Rosenbaum
Commerce Center
30 Exchange Terrace
Providence, RI 02903

David M. Campanella, Esq.
Campanella & Mills, Ltd.
222 Jefferson Boulevard
Warwick, RI 02888

Brian J. Lamoureux

# 50220607 v1

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

NORTHEAST STEEL CORPORATION, INC.,

*Plaintiff,*

vs.

ADP MARSHALL, INC., a division of Fluor NE, Inc., ST. PAUL FIRE AND MARINE INSURANCE COMPANY, FIDELITY AND DEPOSIT COMPANY OF MARYLAND, NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

*Defendants.*

C.A. No. PC 05-983

**ORDER GRANTING MOTION TO DISMISS**

This matter came before the Court on the Motion of Noresco, LLP ("Noresco") to Dismiss Plaintiff's Complaint. Good cause having been shown, it is thereupon:

**ORDERED, ADJUDGED and DECREED:**

1. Noresco's Motion shall be and is hereby granted.

2. Plaintiff's Complaint shall be and is hereby dismissed with prejudice.

3. The dismissal is entered only with respect to Plaintiff's claims against Defendants. It does not apply to any of the claims, counterclaims or third party claims that may have been plead in this matter by and between ADP Marshall, Inc., St. Paul Fire and Marine Insurance Co., Fidelity and Deposit Company of Maryland, Noresco, LLC and Lumbermens Mutual Casualty Company and such claims shall remain extant subject to disposition of

Noresco's pending Motion to Dismiss the crossclaims of ADP Marshall Inc. and its sureties.

**ENTER:**

Date: July ___, 2006

**ORDER:**

7-14-06

**Presented by:**

William M. Dolan III (#4524)
Brian J. Lamoureux (#6211)
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax
Attorneys for Noresco, LLC and Lumbermens
Mutual Casualty Company

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2006, I served a true copy of the within document by facsimile and first class mail, postage prepaid, upon the following:

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

William A. Poore, Esq.
Christopher J. O'Connor, Esq.
Poore & Rosenbaum
Commerce Center
30 Exchange Terrace
Providence, RI 02903

Brian J. Lamoureux

# 50221862 v1 - MEDEIRD - 080908/0004