**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc.,<br>Plaintiff,<br><br>v.<br><br>NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,<br>Defendants. | C.A. No.: 07-129 ML |

**PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO NORESCO, LLC'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF, FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

Now comes the Plaintiff, ADP Marshall, Inc., and by and through its attorney, hereby moves for an extension through February 11, 2008 to respond to NORESCO, LLC's First Request for Admissions to Plaintiff, First Set of Interrogatories, and First Request for Production of Documents and Things, served on or about December 11, 2007. This thirty (30) day extension is sought as a result of the length and complexity of the discovery requests. This matter is a complex, multi-million dollar construction dispute involving numerous records and fact witnesses. Plaintiff requires additional time to review its records and interview witnesses in order to respond to written discovery.

Plaintiff has requested Defendant's assent to this motion, but has not yet received any response.

WHEREFORE, Plaintiff requests that this Honorable Court grant it an extension through February 11, 2008 to respond to the aforementioned discovery.

Respectfully submitted,
ADP Marshall, Inc.,
By his attorney,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, Rhode Island 02809

## CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that I served a copy of the foregoing on all counsel of record this 8th day of January 2008 via US Mail, postage prepaid.