**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | |
| v. | C.A. No.: 07-129 ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | |

**PLAINTIFF'S WITHDRAWAL OF ITS MOTION TO EXTEND TIME TO RESPOND TO NORESCO, LLC'S FIRST REQUEST FOR ADMISSIONS TO PLAINTIFF, FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS**

Now comes the Plaintiff, ADP Marshall, Inc., and by and through its attorney, hereby withdraws its motion for an extension through February 11, 2008 to respond to NORESCO, LLC's First Request for Admissions to Plaintiff, First Set of Interrogatories, and First Request for Production of Documents and Things (Docket Entry #23). Plaintiff and Defendants intend on filing a Joint Motion to extend the applicable timeframes for discovery responses.

Respectfully submitted,
ADP Marshall, Inc.,
By his attorney,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, Rhode Island 02809
(401) 396-9002

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine