**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ADP MARSHALL, INC., a Division of Fluor NE, Inc.,<br><br>Plaintiff/Counterclaim-Defendant,<br>v.<br><br>NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,<br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Third-Party Defendants. | C.A. No. 07-129-ML |

**JOINT MOTION TO EXTEND TIME TO RESPOND TO DISCOVERY REQUESTS**

The Plaintiff, ADP Marshall, Inc., a Division of Fluor NE, Inc. ("ADPM"), and the Defendants, NORESCO, LLC ("Noresco") and Lumbermens Mutual Casualty Company ("Lumbermens"), hereby jointly request that this Honorable Court extend the time for the service of responses to outstanding written discovery requests by thirty (30) days. ADPM, Noresco, and Lumbermens each assent to the requested extension of time.

As reason for this extension, ADPM, Noresco and Lumbermens state that the facts underlying each parties' claims are complex, and responding to the outstanding discovery requests requires extensive review of records and witness interviews.

WHEREFORE, ADPM, Noresco, and Lumbermens, hereby jointly request that the deadlines for responses to outstanding discovery be extended as follows:

1. ADPM's Answers to Noresco's First Set of Interrogatories are due February 11, 2008;

2. ADPM's Responses to Noresco's First Request for the Production of Documents and Things are due February 11, 2008;

3. ADPM's Responses to Noresco's First Request for Admissions are due February 11, 2008;

4. Noresco's Answers to ADPM's First Set of Interrogatories are due February 12, 2008;

5. Lumbermens' Answers to ADPM's First Set of Interrogatories are due February 12, 2008;

6. Noresco's Responses to ADPM's First Request for the Production of Documents and Things are due February 21, 2008; and,

7. Noresco's Responses to ADPM's First Request for Admissions are due February 28, 2008.

**ADP MARSHALL, INC.,**
**DIVISION OF FLUOR NE, INC.**
By its Attorney,

/s/ Andrew J. Tine

Andrew J. Tine (#6756)
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, RI 02809
(401) 396-9002

Dated: January 8, 2008

**NORESCO, LLC and LUMBERMENS A MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux

William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Pro Hac Vice:*
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

/s/ Brian J. Lamoureux

# 1536272 v1 - 080908/0004