**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ADP MARSHALL, INC., a Division of Fluor NE, Inc.,<br><br>Plaintiff/Counterclaim-Defendant,<br>v.<br><br>NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,<br><br>Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,<br>v.<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Third-Party Defendants. | C.A. No. 07-129-ML |

**DEFENDANTS' STATEMENT OF NO OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND ITS ANSWER AND AFFIRMATIVE DEFENSES TO NORESCO, LLC'S AND LUMBERMENS' AMENDED COUNTERCLAIM**

Defendants NORESCO, LLC ("Noresco") and Lumbermens Mutual Casualty Company ("Lumbermens") (collectively "Defendants") hereby respond to *Plaintiff's Motion for Leave to Amend Its Answer and Affirmative Defenses to Noresco, LLC's and Lumbermen's [sic] Amended Counterclaim* ("Plaintiff's Motion for Leave").

While the Defendants do not object to Plaintiff's Motion for Leave, the Defendants believe that Plaintiff's additional affirmative defense is without merit, and therefore Defendants reserve their rights to dispute all assertions in *Plaintiff's Amended Answer to Noresco, LLC and Lumbermens Mutual Casualty Company's First Amended Counterclaims* during the course of this litigation.

**NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Dated: January 14, 2008

*Pro Hac Vice:*
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

/s/ Brian J. Lamoureux

# 1537232 v1 - 080908/0004