**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ADP MARSHALL, INC., a Division of Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/
Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S REPLY IN RESPONSE TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to L.R. Cv. 7(b)(3), defendants NORESCO, LLC and Lumbermens Mutual Casualty Company (collectively, "Defendants") hereby request that this Court grant them leave to file a responsive pleading to *Plaintiff's Reply in Response to Defendants' Objection to Plaintiff's Motion for Leave to Amend Complaint*.

Defendants file their memorandum in support of this motion contemporaneously herewith.

Pursuant to L.R. Cv. 7(e), Defendants state that they do not request oral argument in connection with this motion.

**NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux

William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Dated: January 18, 2008

*Pro Hac Vice*:
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

/s/ Brian J. Lamoureux

# 1538171 v1 - 080908/0004