**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ADP MARSHALL, INC., a Division of Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S REPLY IN RESPONSE TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to L.R. Cv. 7(b)(3), defendants NORESCO, LLC ("Noresco") and Lumbermens Mutual Casualty Company ("Lumbermens") (collectively, "Defendants") hereby request that this Court grant them leave to file a responsive pleading to *Plaintiff's Reply in Response to Defendants' Objection to Plaintiff's Motion for Leave to Amend Complaint* ("Plaintiff's Reply").

Defendants seek leave to respond to Plaintiff's Reply to alert the Court to a recent decision of the Supreme Court of the United States which controls the arguments set forth

in Plaintiff's Reply, but is not referenced in Plaintiff's Reply. Specifically, Plaintiff's Reply raises for the first time the proposition that "the issue of 'futility' in bringing a motion for leave to amend should be analyzed under the liberal standards of an F.R.C.P. Rule 12(b)(6) motion." Plaintiff's Reply, at 3. However, the Plaintiff ignores the Supreme Court of the United States' May 21, 2007 opinion in Bell Atlantic Corp. v. Twombly, 127 S. Ct. 1955 (2007). In Twombly, the Supreme Court abrogated the liberal Rule 12(b)(6) pleading standard that Plaintiff relies upon in favor of the more stringent requirement that claims asserted demonstrate "plausibility" of success. Twombly, 127 S. Ct. at 1965-1966. For the reasons set forth in Defendants' proposed *Response to Plaintiff's Reply in Response to Defendants' Objection to Plaintiff's Motion for Leave to Amend Complaint*, attached hereto as Exhibit A, the Plaintiff's proposed amendment is futile under the applicable Twombly standard. Furthermore, Plaintiff's Reply is rife with mischaracterizations of the arguments set forth in support of *Defendants' Objection to Plaintiff's Motion for Leave to Amend Complaint.*

WHEREFORE, defendants NORESCO, LLC and Lumbermens Mutual Casualty Company hereby request, pursuant to L.R. Cv. 7(b)(3), that this Court grant them leave to file a responsive pleading to *Plaintiff's Reply in Response to Defendants' Objection to Plaintiff's Motion for Leave to Amend Complaint*, in the form of Exhibit A hereto.

**NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux

William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Dated: January 18, 2008

*Pro Hac Vice:*
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

/s/ Brian J. Lamoureux

# 1537786 v1 - 080908/0004