UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | |
| v. | C.A. No.: 07-129 ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | |

**PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR EXPERT WITNESS DISCLOSURES REQUIRED BY F.R.CIV.P. 26(a)(2)**

Plaintiff ADP Marshall, Inc. ("Plaintiff") hereby moves this Honorable Court for an extension of the deadline for expert witness disclosures required by F.R.Civ.P. 26(a)(2) as set forth in this Court's September 10, 2007 Pretrial Order.

In support of this motion, Plaintiff states as follows:

1. This matter was commenced by Plaintiff on April 6, 2007.

2. The Rule 16 Conference was held on September 7, 2007.

3. The parties mediated with Magistrate Judge Robert W. Lovegreen on November 14, 2007.

4. Neither party propounded formal discovery prior to the mediation. Plaintiff did not propound discovery in hopes of resolving this matter through mediation without incurring unnecessary litigation costs.

5. On January 8, 2008, this Court granted the parties joint motion to extend the time to respond to outstanding written discovery. Plaintiff's responses are now due mid-February and Defendant's responses are now due mid to late February.

6. Plaintiff's Rule 26(a)(2) expert witness disclosures are due on March 3, 2008. Defendant's expert witness disclosures are due on April 15, 2008.

7. Given the delay in getting discovery underway due to mediation, and anticipating complete discovery responses by the end of February, Plaintiff seeks an extension of time through May 15, 2008 for its expert to complete its report for Rule 26(a)(2) disclosures. Likewise, Plaintiff believes an extension through June 15, 2008 for Defendant to provide its Rule 26(a)(2) disclosures would make sense.

8. In this type of complex construction dispute, the expert's analysis is largely a product of a review of factual information provided by both litigants to reconstruct events on the project, which can only be accomplished once that information is made available to the expert. Thus, an extension is required to allow Plaintiff's expert to digest Defendant's discovery responses.

9. Plaintiff also seeks clarification as to whether Noresco, LLC, as a Plaintiff-in-Counterclaim, is also required to make its disclosures as a "Plaintiff" by the deadline for Plaintiff's expert disclosures. Plaintiff believes affirmative claims for recovery should meet the Pretrial's "Plaintiff's deadlines" to allow Defendant-in-Counterclaim to adequately prepare its defense.

10. Plaintiff has conferred with Defendant as to this motion and Defendant does not assent to same.

11. There has not been excessive delay in the prosecution of this matter and Defendant will not be prejudiced by an extension of these deadlines.

WHEREFORE, Plaintiff seeks an extension of Plaintiff's expert witness disclosures to May 15, 2008 and an extension of Defendant's expert witness disclosures to June 15, 2008. Also, Plaintiff seeks clarification as to whether the Plaintiff's expert disclosures include those advanced by way of counterclaim.

Plaintiff,
ADP Marshall, Inc.,
By its attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that this 8 day of February 2008 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

William M. Dolan, III
wdolan@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

Brian J. Lamoureux
blamoureux@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

/s/ Andrew J. Tine________