UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | |
| v. | C.A. No.: 07-129 ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | |

**PLAINTIFF'S REPLY IN RESPONSE TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO EXTEND THE DEADLINE FOR EXPERT WITNESS DISCLOSURES REQUIRED BY F.R.CIV.P. 26(a)(2)**

Plaintiff ADP Marshall, Inc. ("Plaintiff") hereby submits this reply in response to Defendant's objection to Plaintiff's motion to extend the deadline for expert witness disclosures.

Defendant NORESCO, LLC's primary basis for its objection is that Plaintiff has been dilatory in retaining an expert and in investigating its claims. Contrary to this assertion, Plaintiff retained an expert, Henderson Consulting, at a much earlier date, apparently sometime in 2004, prior to the involvement of present counsel. Plaintiff's counsel disclosed the existence of Henderson Consulting's report, in its privilege log, in its recent responses to NORESCO, LLC's document requests. Further, Plaintiff's counsel told NORESCO, LLC's counsel last week that Mr. Henderson was diagnosed with cancer and as a result he could not act as Plaintiff's testifying expert in this litigation.

Plaintiff's counsel told NORESCO, LLC's counsel that ADP Marshall, Inc. did not want to make Mr. Henderson's health issues the subject of the motion to extend the time for expert witness disclosures, as such, that basis was not stated in the original motion. However, given NORESCO, LLC's strong objection to the requested extension, even after being advised of Mr. Henderson's health problems, Plaintiff has no choice but to state these additional facts as a basis for substitution of its expert and the requested extension.

Plaintiff has retained a substitute expert, Coppi & Associates, who is developing a report for purposes of expert disclosures.

For the foregoing reasons, Plaintiff seeks an extension of time of six (6) weeks from March 3, 2008 to complete its expert disclosures.

Plaintiff,
ADP Marshall, Inc.,
By its attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that this 26 day of February 2008 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

William M. Dolan, III
wdolan@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

Brian J. Lamoureux
blamoureux@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

/s/ Andrew J. Tine