**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc.,<br>Plaintiff,<br><br>v.<br><br>NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,<br>Defendants. | ) | C.A. No.: 07-129 ML |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE**

Plaintiff, ADP Marshall, Inc. n/k/a Fluor NE, Inc., is wholly owned by Fluor Enterprises, Inc.

Plaintiff,
ADP Marshall, Inc. n/k/a Fluor NE, Inc.,
By its attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

## CERTIFICATE OF SERVICE

I hereby certify that this 27 day of February 2008 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

William M. Dolan, III
wdolan@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

Brian J. Lamoureux
blamoureux@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

/s/ Andrew J. Tine