UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADP MARSHALL, INC., a division of
Fluor NE, Inc.

v. CA 07-129 ML

NORESCO, LLC and LUMBERMEN'S
MUTUAL CASUALTY COMPANY

# ORDER

This matter is before the Court on Plaintiff's Motion to Extend the Deadline for Expert Witness Disclosures Required by F. R .Civ. P. 26(a). Plaintiff seeks an extension from the due date of March 3, 2008 to May 15, 2008. Defendants object.

Plaintiff's motion is granted in part and denied in part. Plaintiff shall make its expert disclosures on or before April 3, 2008. Defendants shall make their expert disclosures on or before May 5, 2008. All other deadlines in the pretrial order are extended by thirty (30) days. No further extensions will be granted.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
February 27 , 2008