**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc.,<br>Plaintiff,<br><br>v.<br><br>NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,<br>Defendants. | C.A. No.: 07-129 ML |

**PLAINTIFF'S MOTION TO CORRECT MISNOMER OF PARTY**

Plaintiff, ADP Marshall, Inc. n/k/a Fluor NE, Inc., hereby moves this Honorable Court for leave to change the caption and future pleadings in this matter to identify the Plaintiff as "ADP Marshall, Inc. n/k/a Fluor NE, Inc."

Mistakenly, this lawsuit was brought by Plaintiff as "ADP Marshall, Inc., a division of Fluor NE, Inc." It was recently learned by Plaintiff's counsel that ADP Marshall, Inc.'s name was actually changed to Fluor NE, Inc., as opposed to ADP Marshall, Inc. becoming a division of Fluor NE, Inc. See Exhibit A hereto. Plaintiff has confirmed that this was a mistake and oversight on its behalf.

Defendant will not suffer prejudice as a result of this correction because Defendant has never disputed that it contracted with ADP Marshall, Inc. and a change in name does not vary any of its rights. Further, the identification of the Plaintiff, however incorrect, still placed Defendant on notice of the existence of a relationship of both Fluor NE, Inc. and ADP Marshall, Inc. to the subject litigation although the legal relationship

between the two names was confused by the mistaken belief that one was a division of the other.

Plaintiff's counsel has conferred with Defendant's counsel concerning this motion on February 26th and 27th and has not yet heard back from Defendant's counsel as to whether they plan on objecting to this motion.

WHEREFORE, Plaintiff requests leave to correct future pleadings to identify "ADP Marshall, Inc. n/k/a Fluor NE, Inc." as the proper named Plaintiff.

Plaintiff,
ADP Marshall, Inc. n/k/a Fluor NE, Inc.,
By its attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

**CERTIFICATE OF SERVICE**

I hereby certify that this 29th day of February 2008 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

William M. Dolan, III
Brian J. Lamoureux
Cheryl B. Pinarchick
**BROWN RUDNICK BERLACK ISRAELS, LLP**
121 South Main Street
Providence, RI 02903

/s/ Andrew J. Tine

**State of Rhode Island and Providence Plantations**
**Office of the Secretary of State**

Corporations Division
148 W. River Street
Providence, Rhode Island 02904-2615
Telephone: (401) 222-3040

Help with this form

## *Fluor NE, Inc.* Summary Screen

Request a Certificate

**The exact name of the Foreign Corporation:** Fluor NE, Inc.

**The name was changed from:** ADP Marshall, Inc. **on** 1/2/2004
**The name was changed from:** ADP FLUOR DANIEL, INC. **on** 12/3/1997

**Merged with :** MARSHALL CONTRACTORS INC.Algonquin Builders, Inc. and Rumford Builders Inc.Merged into Marshall Contractors on 12/29/86 **on** 7/31/1997

**Entity Type:** Foreign Corporation

**Identification Number:** 000095511

**Date of Qualification in Rhode Island:** 06/11/1997

**The Foreign Corporation is organized under the laws of:** State: AZ Country: USA

**The location of its principal office:**
No. and Street: 6700 LAS COLINAS BLVD
City or Town: IRVING State: TX Zip: 75039 Country: USA

**The mailing address or specified office:**
No. and Street:
City or Town: State: Zip: Country:

**Agent Resigned:** N **Address Maintained:** Y

**Name and address of the Registered Agent:**
No. and Street: 222 JEFFERSON BOULEVARD, SUITE 200
City or Town: WARWICK State: RI Zip: 02888
Name: CORPORATION SERVICE COMPANY

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address<br>Address, City or Town, State, Zip Code, Country |
|---|---|---|
| PRESIDENT | S B DOBBS | 6700 LAS COLINAS BLVD |

Ex. A

| | | |
|---|---|---|
| | | IRVING, TX 75039 USA |
| TREASURER | J M OLIVA | 6700 LAS COLINAS BLVD<br>IRVING, TX 75039 USA |
| SECRETARY | C M HERNANDEZ | 6700 LAS COLINAS BLVD<br>IRVING, TX 75039 USA |
| VICE PRESIDENT | J M OLIVA | 6700 LAS COLINAS BLVD<br>IRVING, TX 75039 USA |
| DIRECTOR | C M HERNANDEZ | 6700 LAS COLINAS BLVD<br>IRVING, TX 75039 USA |

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Series of Stock | Par Value Per Share | Total Authorized Shares *Num of Shares* | Total Issued and Outstanding *Num of Shares* |
|---|---|---|---|---|
| CWP | | $10.00 | 100,000.00 | 4,040.00 |

**Purpose**

GENERAL CONTRACTORS OF COMMERCIAL/INDUSTRIAL AND ALL TYPES OF REAL ESTATE STRUCTURES AND CONTRACTING MANAGEMENT.

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Annual Report
Application for Amended Certificate of Authority
Application for Certificate of Authority
Application for Certificate of Withdrawal

Click Here to access 2006 and 2007 annual reports filed and imaged prior to July 25, 2007. Identification Number is Required

View Filings | New Search

© 2007 - 2008 State of Rhode Island and Providence Plantations
All Rights Reserved

Help

Ex. A