**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP MARSHALL, INC., a Division of Fluor NE, Inc., | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | C.A. No. 07-129-ML |
| v. | ) | |
| NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY, | ) | |
| Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs, | ) | |
| v. | ) | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, | ) | |
| Third-Party Defendants. | ) | |

**JOINT MOTION FOR PROTECTIVE ORDER**

The parties hereby jointly request, pursuant to Fed. R. Civ. P. 26(c), that this Honorable Court issue a Protective Order, in the form attached hereto as Exhibit A.

In support of this motion, the parties rely on the memorandum of law filed herewith.

Pursuant to L.R. Cv. 7(e), the parties state that they do not request oral argument in connection with this motion.

**ADP MARSHALL, INC.,**
By its Attorney,

/s/ Andrew J. Tine
Andrew J. Tine (#6756)
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, RI 02809
(401) 396-9002

Dated: June 2, 2008

**NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
**BROWN RUDNICK LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Pro Hac Vice:*
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
Matthew P. Sgro
msgro@brownrudnick.com
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

# 1565634 - 080908/0004

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

/s/ Brian J. Lamoureux