UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADP MARSHALL, INC., a Division of Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR PROTECTIVE ORDER**

The parties hereby jointly request, pursuant to Fed. R. Civ. P. 26(c), that this Honorable Court issue a Protective Order, in the form attached to the parties' motion as Exhibit A, governing confidential information exchanged among the parties during this litigation.

In support of this motion, the parties state that during the course of discovery, each party has produced, and will likely further produce, certain confidential business documents and information. The future business of the producing party could be damaged if the confidential information was revealed to competitors. Accordingly, the parties have agreed to the terms of the attached proposed Protective Order so that all

relevant information can be produced during discovery without the risk of confidential business information of either party being used for purposes unrelated to the litigation.

Therefore, the parties hereby jointly request that this Honorable Court issue a Protective Order in the form attached to the parties' motion as Exhibit A.

**ADP MARSHALL, INC.,**
By its Attorney,

/s/ Andrew J. Tine
Andrew J. Tine (#6756)
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, RI 02809
(401) 396-9002

**NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
**BROWN RUDNICK LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Dated: June 2, 2008

*Pro Hac Vice:*
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
Matthew P. Sgro
msgro@brownrudnick.com
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

/s/ Brian J. Lamoureux