UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,<br><br>Defendants/Counterclaim-Plaintiffs/Third Party Plaintiffs,<br><br>v.<br><br>ST. PAUL FIRE AND MARINE INS. CO. and FIDELITY AND DEPOSIT CO. OF MARYLAND,<br>Third Party Defendants. | CIVIL ACTION NO. 07-129-ML |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of Third Party Defendants, St. Paul Fire and Marine Ins. Co. and Fidelity and Deposit Co. of Maryland, in the above-entitled action.

Respectfully submitted,

ST. PAUL FIRE AND MARINE INS. CO. and FIDELITY AND DEPOSIT CO. OF MARYLAND

By Their Attorneys,

*/s/ CharCretia V. Di Bartolo*

CharCretia V. Di Bartolo, No. 5862
HINSHAW & CULBERTSON LLP
155 South Main Street
Suite 304
Providence, RI 02903
401-751-0842
401-273-8543 (facsimile)

Dated: June 3, 2008

**CERTIFICATE OF SERVICE**

I, CharCretia V. Di Bartolo, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 3, 2008.

*/s/ CharCretia V. Di Bartolo*
CharCretia V. Di Bartolo