Date: ________________

# 1565317

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ADP MARSHALL, INC., a Division of Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/
Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**CONFIDENTIALITY ACKNOWLEDGEMENT**

I certify that I have carefully read the Protective Order in the above-captioned case and that I fully understand the Protective Order. I recognize that I am bound by the terms of the Protective Order, and I agree to comply with those terms. I hereby consent to the personal jurisdiction of the United States District Court for the District of Rhode Island for any proceedings involving the enforcement of the Protective Order.

Executed this ____ day of __________, 2008

Name: ______________________________
Affiliation: ______________________________
Business Address: ______________________________
Home Address: ______________________________
Signature: ______________________________