UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ADP MARSHALL, INC., n/k/a
Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS
MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/
Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and FIDELITY AND DEPOSIT
COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE AND PRETRIAL SCHEDULE**

The Plaintiff, ADP Marshall, Inc., n/k/a Fluor NE, Inc. ("ADPM"), the Defendants, NORESCO, LLC ("Noresco") and Lumbermens Mutual Casualty Company ("Lumbermens") and St. Paul Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland (collectively "Third-Party Defendants"), hereby jointly request that this Honorable Court extend the time for the completion of discovery forty-five (45) days, through September 15, 2008, and likewise extend all subsequent pretrial deadlines approximately forty-five (45) days. ADPM, Noresco, Lumbermens and the Third Party Defendants each assent to the requested extension of time.

As reason for this extension, ADPM, Noresco, Lumbermens and the Third Party Defendants state that the facts underlying each parties' claims are complex, that numerous

depositions still need to be conducted, including the depositions of the ADPM project managers who worked on the construction project underlying the parties' disputes. Many of the witnesses to be deposed are non-party former employees of either Noresco or ADPM, which complicates the scheduling of their depositions. The parties must also conduct expert witness depositions. The parties believe they will be unable to complete the remaining discovery before the current discovery deadline of July 30, 2008. The requested extension of time will not prejudice any party.

WHEREFORE, ADPM, Noresco, Lumbermens, and the Third Party Defendants hereby jointly request that the deadlines in this matter be extended as follows:

1. All discovery completed by September 15, 2008;
2. Dispositive motions due by October 1, 2008; and
3. Pretrial memoranda submitted 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by October 17, 2008.

**ADP MARSHALL, INC.,**
**DIVISION OF FLUOR NE, INC.**
By its Attorney,

/s/ Andrew J. Tine
Andrew J. Tine (#6756)
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames St., 2nd Floor
Bristol, RI 02809
(401) 396-9002

**NORESCO, LLC and LUMBERMENS A MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

*Pro Hac Vice:*
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
Matthew P. Sgro
msgro@brownrudnick.com
BROWN RUDNICK BERLACK ISRAELS LLP
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

**ST. PAUL FIRE & MARINE INS. CO.**
AND FIDELITY AND DEPOSIT CO.
OF MARYLAND
By its Attorney,

/s/ CharCretia Di Bartolo
CharCretia V. Di Bartolo (#5862)
HINSHAW CULBERTSON, LLP
155 South Main St., 3rd Floor
Providence, RI 02903
401-751-0842
401-273-8543 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Brian J. Lamoureux, Esq.
BROWN RUDNICK BERLACK ISRAELS LLP
121 South Main Street
Providence, RI 02903

CharCretia V. Di Bartolo, Esq.
HINSHAW & CULBERTSON, LLP
One International Place, 3rd Floor
Boston, MA 02110

/s/ Andrew J. Tine