AO 88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF **Rhode Island**

**ADP Marshall, Inc.**

V.

**Noresco, LLC and Lumbermens Mutual Casualty Company**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] **07-129-ML**

TO: **Mass. Electric Construction Company**
**c/o CT Corporation System**
**10 Weybosset Street**
**Providence, RI 02903**

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See attached Schedule A**

| PLACE | DATE AND TIME |
|---|---|
| **Brown Rudnick, LLP, One Financial Center, Boston, MA 02111, ATTN: Matthew P. Sgro, Esq.** | **Monday, July 21, 2008 at 5:00 p.m.** |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Matthew [signature] **Attorney for Defendants** | **July 1, 2008** |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Matthew P. Sgro, Brown Rudnick, LLP, One Financial Center, Boston, MA 02111, (617) 856-8570**

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

# SCHEDULE A

## Definitions

1. The terms "ADP" as used herein shall mean ADP Marshall, Inc., n/k/a Fluor NE, Inc., and its officers, directors, employees, affiliates, predecessors, successors, agents, attorneys, and other representatives.

2. The term "MECC" as used herein shall mean Mass. Electric Construction Company, and its officers, directors, employees, affiliates, predecessors, successors, agents, attorneys, and other representatives.

3. The term "Noresco" as used herein shall mean NORESCO, LLC, and its officers, directors, employees, affiliates, predecessors, successors, agents, attorneys, and other representatives.

4. The term "Project" as used herein shall mean the construction and renovation of the cogeneration facility located at the Pastore Center, Cranston, Rhode Island.

## Documents to be Produced

1. Any and all documents and/or electronically-stored data or information, including but not limited to e-mails, in your possession, custody or control regarding the terms and conditions of MECC's contract with ADP with regard to the Project.

2. Any and all documents and/or electronically-stored data or information, including but not limited to e-mails, in your possession, custody or control regarding MECC's scope of work on the Project.

3. Any and all documents and/or electronically-stored data or information, including but not limited to e-mails, in your possession, custody or control regarding delays in the construction of the Project.

4. Any and all documents and/or electronically-stored data or information, including but not limited to e-mails, in your possession, custody or control regarding Change Order Requests submitted by MECC to ADP and/or Noresco with regard to the Project.

5. Any and all documents and/or electronically-stored data or information, including but not limited to e-mails, in your possession, custody or control regarding all payments made to MECC for work it performed on the Project.

6. Any and all documents and/or electronically-stored data or information, including but not limited to e-mails, in your possession, custody or control regarding disputes between MECC and ADP and/or Noresco regarding requests for payment by MECC.

7. Any and all as-built drawings for the Project in the possession, custody or control of MECC.