**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

ADP MARSHALL, INC., n/k/a
Fluor NE, Inc.,

Plaintiff/Counterclaim-Defendant,

v.

NORESCO, LLC and LUMBERMENS
MUTUAL CASUALTY COMPANY,

Defendants/Counterclaim-Plaintiffs/
Third-Party Plaintiffs,

v.

ST. PAUL FIRE AND MARINE INSURANCE
COMPANY and FIDELITY AND DEPOSIT
COMPANY OF MARYLAND,

Third-Party Defendants.

C.A. No. 07-129-ML

**Defendants' Motion to Compel the Production of Documents and for Additional Time to Complete Plaintiff's Rule 30(b)(6) Deposition**

Pursuant to Fed. R. Civ. P. 26, 30(d), 34 and 37, the Defendants, NORESCO, LLC ("NORESCO") and Lumbermens Mutual Casualty Company ("Lumbermens"), hereby request that this Court issue an order compelling the Plaintiff to produce documents and allowing Defendants additional time to depose ADPM's Rule 30(b)(6) witness, David Benoit.

In support of this Motion, Defendants' file herewith their Memorandum in Support of Motion to Compel the Production of Documents and for Additional Time to Complete Plaintiff's Rule 30(b)(6) Deposition.

Pursuant to L.R. Cv. 7(e), Defendants hereby request oral argument in connection with this motion. Defendants anticipate oral argument will require less than one (1) hour.

**NORESCO, LLC and LUMBERMENS MUTUAL CASUALTY COMPANY,**
By their Attorneys,

/s/ Brian J. Lamoureux
William M. Dolan III (#4524)
wdolan@brownrudnick.com
Brian J. Lamoureux (#6211)
blamoureux@brownrudnick.com
**BROWN RUDNICK LLP**
121 South Main Street
Providence, RI 02903
(401) 276-2600
(401) 276-2601 Fax

Dated: August 26, 2008

*Pro Hac Vice*:
Cheryl B. Pinarchick
cpinarchick@brownrudnick.com
Matthew P. Sgro
msgro@brownrudnick.com
**BROWN RUDNICK LLP**
One Financial Center
Boston, MA 02111
(617) 856-8200
(617) 856-8201 Fax

**CERTIFICATION**

In accordance with Fed. R. Civ. P. 37(a) and LR Cr 12, counsel for the Defendants certify that they have attempted to confer in good faith with opposing counsel regarding these disputes prior to the filing of this Motion, but the matter remains unresolved.

/s/ Brian J. Lamoureux

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties below by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

Andrew J. Tine, Esq.
atine@tinelaw.com
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Fl.
Bristol, RI 02809

CharCretia V. DiBartolo, Esq.
cdibartolo@hinshawlaw.com
Hinshaw & Culbertson LLP
One International Place
Boston, MA 02110

/s/ Brian J. Lamoureux