EXHIBIT A-3

Nothing herein shall be construed as creating any contractual relationship or obligation between the State and any sub-bidder, subcontractor, supplier, or employee of the contractor or offeror.

5. COSTS OF PREPARATION - All costs associated with the preparation, development, or submission of bids or other offers will be borne by the offeror. The State will not reimburse any offeror for such costs.

6. SPECIFIED QUANTITY REQUIREMENT - Except where expressly specified to the contrary, all solicitations and contracts are predicated on a specified quantity of goods or services, or for a specified level of funding.

- a. The State reserves the right to modify the quantity, scope of service, or funding of any contract, with no penalty or charge, by written notice to the contractor, except where alternate terms have been expressly made a part o contract.
b. The State shall not accept quantities in excess of the specified quantity except where the item is normally sold by weight (where sold by weight, the State will not accept quantities greater than ten per cent [10%] of the specified quantity), or where the Request or Contract provides for awards for other than exact quantities.
c. Purchase Orders or other contracts may be increased in quantity or extended in term without subsequent solicit with the mutual consent of the contractor and the State, where determined by the Purchasing Agent to be in the State's best interest.

7. TERM AND RENEWAL - Where offers have been requested or contracts awarded for terms exceeding periods of twelve (12) months, it is mutually understood and agreed that the State's commitment is limited to a base term not to exceed twelve (12) months, subject to renewal annually at the State's sole option for successive terms as otherwise described, except where expressly specified to the contrary. Purchase orders appearing to commit to obligations of funding or terms of performance may be executed for administrative convenience, but are otherwise subject to this provision, and in such cases the State's renewal shall be deemed to be automatic, conditional on the continued availability of appropriated funds for the purpose, except as written notice of the State's intent not to renew is served.

8. DELIVERY - Delivery must be made as ordered and in accordance with the proposal. If delivery qualifications do not appear on the bidder's proposal, it will be interpreted to mean that goods are in stock and that shipment will be made within seven (7) calendar days. The decision of the Purchasing Agent, as to reasonable compliance with the delivery terms, shall be final. Burden of proof of delay in receipt of order shall rest with the contractor. No delivery charges shall be

added to invoices except when authorized on the Purchase Order.

9. FOREIGN CORPORATIONS - In accordance with Title 7 Chapter 1.1 of the General Laws of Rhode Island, no foreign corporation shall have the right to transact business in this state until it shall have procured a certificate of authority so to do from the Secretary of State.

10. PRICING - All pricing offered or extended to the State is considered to be firm and fixed unless expressly provided for to the contrary. All prices shall be quoted F.O.B. Destination with freight costs included in the unit cost to be paid by the State, except, where the Request or Contract permits, offers reflecting F.O.B. Shipping Point will be considered, and freight costs may then be prepaid and added to the invoice.

11. COLLUSION - Bidder or contractor warrants that he has not, directly or indirectly, entered into any agree participated in any collusion or otherwise taken any action in restraint of full competitive bidding. In special circumstances, an executed affidavit will be required as a part of the bid.

12. PROHIBITION AGAINST CONTINGENT FEES AND GRATUITIES - Bidder or contractor warrants that he has not paid, and agrees not to pay, any bonus, commission, fee, or gratuity to any employee or official of the State for the purpose of obtaining any contract or award issued by the State. Bidder or contractor further warrants that no commission or other payment has been or will be received from or paid to any third party contingent on the award of any contract by the State, except as shall have been expressly communicated to the State Purchasing Agent in writing prior to acceptance of the contract or award in question. Subsequent discovery by the State of non-compliance with these provisions shall constitute sufficient cause for immediate termination of all outstanding contracts and suspension or debarment of the bidder(s) or contractor (s) involved.

13. AWARDS - Awards will be made with reasonable promptness and by written notice to the successful bidder (only); bids are considered to be irrevocable for a period of sixty (60) days following the bid opening unless expressly provided for to the contrary in the Request, and may not be withdrawn during this period without the express permission of the Purchasing Agent.

- a. Awards shall be made to the bidder(s) whose offer(s) constitutes the lowest responsive price offer (or lowest responsive price offer on an evaluated basis) for the item(s) in question or for the Request as a whole, at the option of the State. The State reserves the right to determine those offers which are responsive to the Request, or which otherwise serve its best interests.

b. The State reserves the right, before making award, to initiate investigations as to whether or not the materials, equipment, supplies, qualifications or facilities offered by the bidder meet the requirements set forth in the proposal and specification, and are ample and sufficient to insure the proper performance of the contract in the event of award. If upon such examination it is found that the conditions of the proposal are not complied with or that articles or equipment proposed to be furnished do not meet the requirements called for, or that the qualifications or facilities are not satisfactory, the State may reject such a bid. It is distinctly understood, however, that nothing in the foregoing shall mean or imply that it is obligatory upon the State to make any examinations before awarding a contract; and it is further understood that if such examination is made, it in no way relieves the contractor from fulfilling all requirements and conditions of the contract.

c. Qualified or conditional offers which impose limitations of the bidder's liability or modify the requirements of the bid, offers for alternate specifications, or which are made subject to different terms and conditions than those specified by the State may, at the option of the State, be

1. rejected as being non-responsive, or
2. set aside in favor of the State's terms and conditions (with the consent of the bidder), or
3. accepted, where the State Purchasing Agent determines that such acceptance best serves the interests of the State.

- Acceptance or rejection of alternate or counter-offers by the State shall not constitute a precedent which shall be considered to be binding on successive solicitations or procurements.

d. Bids submitted in pencil, or which do not bear an original signature, in ink, by an owner or authorized agent thereof, will not be accepted.

e. Bids must be extended in the unit of measure specified in the Request. In the event of any discrepancy between unit prices and their extensions, the unit price will govern.

f. The Purchasing Agent reserves the right to determine the responsibility of any bidder for a particular procurement.

g. The Purchasing Agent reserves the right to reject any and all bids in whole or in part, to waive technical defects, irregularities, and omissions, and to give consideration to past performance of the offerors where, in his judgement the best interests of the State will be served by so doing.

h. The Purchasing Agent reserves the right to make awards by items, group of items or on the total low bid for all the items specified as indicated in the detailed specification, unless the bidder specifically indicates otherwise in his bid.

i. Preference may be given to bids on products raised or manufactured in the State, other things being equal.

j. The impact of discounted payment terms shall not be considered in

evaluating responses to any Request.
k. The Purchasing Agent reserves the right to act in the State's best interests regarding awards caused by clerical errors by the Office of Purchases.

14. SUSPENSION AND DEBARMENT - The Purchasing Agent may suspend or debar any vendor or potential bidder, for good cause shown:

- a. A debarment or suspension against a part of a corporate entity constitutes debarment or suspension of all of its divisions and all other organizational elements, except where the action has been specifically limited in scope and application, and may include all known corporate affiliates of a contractor, when such offense or act occurred in connection with the affiliate's performance of duties for or on behalf of the contractor, or with the knowledge, approval, or acquiescence of the contractor or one or more of its principals or directors (or where the contractor otherwise participated in, knew of, or had reason to know of the acts)
  b. The fraudulent, criminal or other serious improper conduct of any officer, director, shareholder, partner, employee, or any other individual associated with a contractor may be imputed to the contractor when the conduct occurred in connection with the individual's performance of duties for or on behalf of the contractor, or with the contractor's knowledge, approval or acquiescence. The contractor's acceptance of benefits derived from the conduct shall be evidence of such knowledge, approval, or acquiescence.

  c. A vendor or contractor who knowingly engages as a subcontractor for a contract awarded by the State to a vendor or contractor then under a ruling of suspension or debarment by the State shall be subject to disallowance of cost, annulment or termination of award, issuance of a stop work order, or debarment or suspension, as may be judged to be appropriate by the State Purchasing Agent.

15. PUBLIC RECORDS - Contractors and bidders are advised that all documents, correspondence, and other submissions to the Office of Purchases may be accessible as public records, pursuant to Title 38, Chapter 2 of the General Laws, absent specific notice that portions of such submittals may contain confidential or proprietary information, such that public access to those items should be withheld.

16. PRODUCT EVALUATION - In all specifications, the words "or equal" are understood after each article when manufacturer's name or catalog are referenced. If bidding on items other than those specified, the bidder must, in every instance, give the trade designation of the article, manufacturer's name and detailed specifications of the item the bidder proposes to furnish; otherwise, the bid will be construed as submitted on the identical commodity described in the detailed

specifications. The Purchasing Agent reserves the right to determine whether or not the item submitted is the approved equal the detailed specifications.

- a. Any objections to specifications must be filed by a bidder, in writing, with the Purchasing Agent at least 96 hours before the time of bid opening to enable the Office of Purchases to properly investigate the objections.
b. All standards are minimum standards except as otherwise provided for in the Request or Contract.
c. Samples must be submitted to the Office of Purchases in accordance with the terms of the proposals and detailed specifications. Samples must be furnished free of charge and must be accompanied by descriptive memorandum invoices indicating whether or not the bidder desires their return and specifying the address to which they are to be returned (at the bidder's risk and expense), provided they have not been used or made useless by tests; and absent instructions, the samples shall be considered to be abandoned. Award samples may be held for comparison with deliveries.
d. All samples submitted are subject to test by any laboratory the State Purchasing Agent may designate.

17. PRODUCT ACCEPTANCE - All merchandise offered or otherwise provided shall be new, of prime manufacture, and of first quality unless otherwise specified by the State. The State reserves the right to reject all non-conforming goods, and to cause their return for credit or replacement, at the State's option. Contract deliverables specified for procurements of services shall be construed to be work products, and subject to the provisions of this section.

- a. Failure by the State to discover latent defect(s) or concealed damage or non-conformance shall not foreclose the State's right to subsequently reject the goods in question.
b. Formal or informal acceptance by the State of non-conforming goods shall not constitute a precedent for successive receipts or procurements.
c. Where the contractor fails to promptly cure the defect or replace the goods, the State reserves the right to cancel the Purchase Order, contract with a different contractor, and to invoice the original contractor for any differential in price over the original contract price.
d. When materials, equipment or supplies are rejected, the same must be removed by the contractor from the premises of the State Agency within forty-eight (48) hours of notification. Rejected items left longer than two days will be regarded as abandoned and the State shall have the right to dispose of them as its own property.

18. PRODUCT WARRANTIES - All product or service warranties normally offered by the contractor or bidder shall accrue to the State's benefit, in addition to any special requirements which may be imposed by the State. Every unit delivered

must be guaranteed against faulty material and workmanship for a period of one year unless otherwise specified, and the State may, in the event of failure, order its replacement, repair, or return for full credit, at its sole option.

19. PAYMENT - Unless otherwise provided for by the Request or Contract, payment shall not be made until delivery has been made, or services performed, in full, and accepted. Payment shall not be due prior to thirty (30) working days following the latest of completion, acceptance, or the rendering of a properly submitted invoice.

- a. Payment terms other than the foregoing may be rejected as being non-responsive.
  b. No partial shipments will be accepted, unless provided for by the Request or Contract.
  c. Where a question of quality is involved, payment in whole or part against which to charge back any adjustment required, shall be withheld at the direction of the Purchasing Agent. In the event a cash discount is stipulated, the withholding of payments, as herein described, will not deprive the State from taking such discount.
  d. Payments for used portion of inferior delivery will be made by the State on an adjusted price basis.
  e. Payments on contracts under architectural or engineering supervision must be accompanied by a Certificate of Payment and Statement of Account signed by the architect or engineer and submitted to the Agency involved for approval.

20. THIRD PARTY PAYMENTS - The State recognizes no assigned or collateral rights to any purchase agreement except as may be expressly provided for in the bid or contract documents, and will not accede to any request for third party or joint payment(s), except as provided for in specific orders by a court of competent jurisdiction, or by express written permission of the Purchasing Agent. Where an offer is contingent upon such payment(s), the offeror is obligated to serve affirmative notice in his bid submission.

21. SET-OFF AGAINST PAYMENTS - Payments due the contractor shall be subject to reduction by the State Controller equal to the amount of unpaid and delinquent state taxes (or other just debt owed to the State), except where notice of delinquency has not been served or while the matter is pending in hearing or from any appeal therefrom.

22. CLAIMS - Any claim against a contractor may be deducted by the State from any money due him in the same or other transactions. If no deduction is made in such fashion, the contractor shall pay the State the amount of such claim on demand. Submission of a voucher and payment, thereof, by the State shall not

preclude the Purchasing Agent from demanding a price adjustment in any case when the commodity delivered is later found to deviate from the specifications and proposal.

- a. The Purchasing Agent may assess dollar damages against a vendor or contractor determined to be non-performing or otherwise in default of their contractual obligations equal to the cost of remedy incurred by the State, and make payment of such damages a condition for consideration for any subsequent award. Failure by the vendor or contractor to pay such damages shall constitute just cause for disqualification and rejection, suspension, or debarment.

23. STATE CONTROLLER'S CERTIFICATION OF FUNDING - Certification as to the availability of funds to support the procurement for the current fiscal year ending June 30th only. Where delivery or service requirements extend beyond the end of the current fiscal year, such extensions are subject to both the availability of appropriated funds and a determination of continued need.

24. UNUSED BALANCES - Unless otherwise specified, all unused Blanket Order quantities and/or unexpended funds shall be automatically canceled on the expiration of the specified term. Similarly, for orders encompassing more than one State fiscal year, unexpended balances of funding allotted for an individual fiscal year may be liquidated at the close of that fiscal year, at the State's sole option.

25. MINORITY BUSINESS ENTERPRISES - Pursuant to the provisions of Title 37 Chapter 14.1 of the General Laws, the State reserves the right to apply additional consideration to offers, and to direct awards to bidders other than the responsive bid representing the lowest price where:

- a. the offer is fully responsive to the terms and conditions of the Request, and
  b. the price offer is determined to be within a competitive range (not to exceed 5% higher than the lowest responsive price offer) for the product or service, and
  c. the firm making the offer has been certified by the R.I. Department of Economic Development to be a small business concern meeting the criteria established to be considered a Minority Business Enterprise.

Ten per cent [10%] of the dollar value of the work performed against contracts for construction exceeding $5,000 shall be performed by Minority Business Enterprises where it has been determined that subcontract opportunities exist, and where certified Minority Business Enterprises are available. A contractor may count towards its MBE, DBE, or WBE goals 60% of its expenditures for materials and supplies required under a contract and obtained from an MBE, DBE, or WBE

regular dealer, and 100% of such expenditures when obtained from an MBE, DBE, or WBE manufacturer. Awards of this type shall be subject to approval, by the Director of Administration, of a Subcontracting Plan submitted by the bidder receiving the award.

26. PREVAILING WAGE REQUIREMENT - In accordance with Title 37 Chapter 13 of the General Laws of Rhode Island, payment of the general prevailing rate of per diem wages and the general prevailing rate for regular, overtime and other working conditions existing in the locality for each craft, mechanic, teamster, or type of workman needed to execute this work is a requirement for both contractors and subcontractors for all public works.

27. EQUAL OPPORTUNITY COMPLIANCE, HANDICAPPED ACCESS AND AFFIRMATIVE ACTION - Contractors of the State are required to demonstrate the same commitment to equal opportunity as prevails under federal contracts controlled by Federal Executive Orders 11246, 11625, 11375 and 11830, and Title 28 Chapter 5.1 of the General Laws of Rhode Island. Affirmative action plans shall be submitted by the contractor for review by the State Equal Opportunity Office. A contractor's failure to abide by the rules, regulations, contract terms and compliance reporting provisions as established shall be grounds for forfeiture and penalties as shall be established, including but not limited to suspension.

28. DRUG-FREE WORKPLACE REQUIREMENT - In accordance with Executive Order No. 91-14, Contractors who do business with the State and their employees shall abide by the State's drug-free workplace policy and the contractor shall so attest by signing a certificate of compliance.

29. GOODS PRODUCED IN THE REPUBLIC OF SOUTH AFRICA - In accordance with Chapters 35-10-12 and 37-2-57 of the General Laws, goods which are known to be wholly produced in the Republic of South Africa may not be accepted for any procurement the State of Rhode Island; the offeror attests by his submission of a bid or offer, or acceptance of a purchase order or other contract, that these prohibitions do not apply to material or goods which form the basis for his offer or contract.

30. TAXES - The State of Rhode Island is exempt from payment of excise, transportation and sales tax imposed by the Federal or State Government. These taxes should not be included in the proposal price. Exemption Certificates will be furnished upon request.

31. INSURANCE - All construction contractors, independent tradesmen, or firms providing any type of maintenance, repair, or other type of service to be performed on state premises, buildings, or grounds are required to purchase and

maintain coverage with a company or companies licensed to do business in the state as follows:

- a. Comprehensive General Liability Insurance -
  - 1) Bodily Injury $1,000,000 each occurrence
    - $1,000,000 annual aggregate
  - 2) Property Damage $500,000 each occurrence
- $500,000 annual aggregate.
  - Independent Contractors
  - Contractual - including construction hold harmless and other types of contracts or agreements in effect for insured operations
  - Completed Operations
  - Personal Injury (with employee exclusion deleted)
- b. Automobile Liability Insurance -
- Combined Single Limit $1,000,000 each occurrence
  - Bodily Injury
  - Property Damage, and in addition non-owned and/or hired vehicles and equipment
- c. Workers' Compensation Insurance -
- Coverage B $100,000

The Purchasing Agent reserves the right to consider and accept alternate forms and plans of insurance or to require additional or more extensive coverage for any individual requirement. Successful bidders shall provide certificates of coverage, reflecting the State of Rhode Island as an additional insured, to the Office of Purchases, forty-eight (48) hours prior to the commencement of work, as a condition of award. Failure to comply with this provision shall result in rejection of the offeror's bid.

32. BID SURETY - When requested, a bidder must furnish a Bid Bond or Certified Check for 5% of his bid, or for the stated amount shown in the solicitation. Bid Bonds must be executed by a reliable Surety Company authorized to do business in the State of Rhode Island. Failure to provide Bid Surety with bid may be cause for rejection of bid. The Bid Surety of any three bidders in contention will be held until an award has been made according to the specifications of each proposal. All others will be returned by mail within 48 hours following the bid opening. Upon award of a contract, the remaining sureties will be returned by mail unless instructed to do otherwise.

33. PERFORMANCE AND LABOR AND PAYMENT BONDS - A performance bond and labor and payment bond of up to 100% of an award may be required by the Purchasing Agent. Bonds must meet the following requirements:

- a. Corporation: The Bond must be signed by an official of the corporation above his official title and the corporate seal must be affixed over his signature.
b. Firm or Partnership: The Bond must be signed by all of the partners and must indicate that they are "Doing Business As (name of firm)."
c. Individual: The Bond must be signed by the individual owning the business and indicate "Owner."
d. The Surety Company executing the Bond must be licensed to do business in the State of Rhode Island or Bond must be countersigned by a company so licensed.
e. The Bond must be signed by an official of the Surety Company and the corporate seal must be affixed over his signature.
f. Signatures of two witnesses for both the principal and the Surety must appear on the Bond.
g. A Power of Attorney for the official signing of the Bond for the Surety Company must be submitted with the Bond.

34. DEFAULT AND CANCELLATION - A contract may be canceled or annulled at the contractor's expense upon non-performance of contract, or breach, by the contractor, of any of his obligations. Failure of contractor to cure such non-performance or breach within ten working days after the receipt of notice, shall be sufficient cause for the cancellation of the contract in question, the cancellation of all outstanding contracts or sub-contracts held by the contractor, and the suspension or debarment of the contractor from future procurements.

- a. Failure of a contractor to deliver or perform within the time specified, or within reasonable time as interpreted by the Purchasing Agent or failure to make replacement of rejected articles, when so requested, immediately or as directed by the Purchasing Agent, will cause the Purchasing Agent to purchase in the open market to replace those rejected or not delivered. The Purchasing Agent reserves the right to authorize immediate purchase in the open market against rejections on any contract when necessary. On all such purchases, the contractor, or his surety, agrees to promptly reimburse the State for excess costs occasioned by such default. Should the cost be less, the contractor shall have no claim to the difference.
b. A contractor who fails to commence within the time specified or complete an award made for repairs, alterations, construction, or any other service will be considered in default of contract. The Purchasing Agent may contract for completion of the work with another contractor and seek recourse from the defaulting contractor or his surety.

c. If contractor consistently fails to deliver quantities or otherwise perform as specified, the Purchasing Agent reserves the right to cancel the contract and purchase the balance in the open market at the contractor's expense.

35. INDEMNITY - The contractor guarantees:

- a. To save the State, its agents and employees, harmless from any liability imposed upon the State arising from the negligence, either active or passive, of the contractor, as well as for the use of any copyrighted or uncopyrighted composition, secret process, patented or unpatented invention, article or appliance furnished or used in the performance of the contract of which the contractor is not the patentee, assignee or licensee.
b. To pay for all permits, licenses and fees and give all notices and comply with all laws, ordinances, rules and regulations of the city or town in which the installation is to be made and of the State of Rhode Island.
c. That the equipment offered is standard new equipment, latest model of regular stock product with all parts regularly used with the type of equipment offered; also, that no attachment or part has been substituted or applied contrary to manufacturer's recommendations and standard practice.

36. CONTRACTOR'S OBLIGATIONS - In addition to the specific requirements of the contract, construction and building repair contractors bear the following standard responsibilities:

- a. To furnish adequate protection from damage for all work and to repair damages of any kind, for which he or his workmen are responsible, to the building or equipment, to his own work, or to the work of other contractors;
b. To clear and remove all debris and rubbish resulting from his work from time to time, as directed or required, a completion of the work leave the premises in a neat unobstructed condition, broom clean, and in satisfactory order and repair;
c. To store equipment, supplies, and material at the site only upon approval by the State, and at his own risk;
d. To perform all work so as to cause the least inconvenience to the State, and with proper consideration for the rights of other contractors and workmen;
e. To acquaint themselves with conditions to be found at the site, and to assume responsibility for the appropriate dispatching of equipment and supervision of his employees during the conduct of the work; and
f. To ensure that his employees are instructed with respect to special regulations, policies, and procedures in effect for any State facility or site, and that they comply with such rules.

37. FORCE MAJEURE - All orders shall be filled by the contractor with

reasonable promptness, but the contractor shall not be held responsible for any losses resulting if the fulfillment of the terms of the contract shall be delayed or prevented by wars, acts of public enemies, strikes, fires, floods, acts of God, or for any other acts not within the control of the contractor and which by the exercise of reasonable diligence, the contractor is unable to prevent.

ATTACHMENT XVI NORESCO MINORITY PARTICIPATION PLAN

The *NORESCO* Minority Participation Plan was issued on January 5, 2001 in a letter to Dorinda Keene from Valerie A. Moran. That plan is attached in this section. CONTRACTOR shall comply with this plan in accordance with Section 3.13 of this Agreement.

NORESCO
Your energy solutions partner.

January 5, 2001

Ms. Dorinda Keene
State of Rhode Island
Department of Administration
Minority Business Enterprise Compliance Office
C/O Economic Development Corporation
One West Exchange Street, 5th Floor
Providence, RI 02903

Re: MBE/WBE Compliance Plan – MHRH cogeneration facility RFP #1619

Dear Ms. Keene:

Enclosed is a copy of our MBE Subcontracting Plan for the above referenced project. At this time, we request approval of this Plan. Noresco will submit amendments containing specific contractors, service providers and contract amounts to demonstrate a good faith effort at compliance with General Law 37-14.1.

Coordination of all Noresco activity will be handled by:

Valerie A. Moran
Contracts Administrator
c/o Noresco
One Research Drive, Suite 400C
Westborough, MA 01581
Phone: 508-898-8665 ext. 1028
Fax: 508-836-9988
Email: vmoran@noresco.com

We trust this meets with the needs of your agency and we look forward to a productive working relationship over the course of the project. If there are any questions please do not hesitate to contact me.

Respectfully submitted,

Valerie A. Moran

Valerie A. Moran

cc: Frank Wolak

An EQUITABLE RESOURCES Company
One Research Drive
Suite 400 C • Westborough, MA 01581
Phone: 508-614-1000 • Fax: 508-836-9988

f) any other data or analysis reasonably requested by the OWNER to be included in such report; and

g) a statement as to whether the CONTRACTOR intends to conduct additional Acceptance Tests and an estimated schedule of such testing.

2. Inspection
Upon completion of the Acceptance Tests, the OWNER and the OWNER's representatives shall have the right, but not the obligation, to inspect any portions of the Facility that the OWNER chooses, including without limitation, internal equipment and components.

ATTACHMENT VI

DRAWDOWN SCHEDULE
AND
MILESTONE SCHEDULE

PART A. DRAWDOWN SCHEDULE

Monthly Payments:

All Applications for Payment by the CONTRACTOR to NORESCO shall be based upon the accomplishment of milestones and events, each of which represents a specific percentage of the Guaranteed Maximum Price and the costs associated with the allowances. The value of each milestone and allowance and determination of attainment of each shall be as specified in Part B of this Attachment VI.

Retainage:

Any amounts permitted to be paid pursuant to this Attachment VI shall be reduced by the amount of retainage required pursuant to Section 6.4 of the Agreement.

PART B. MILESTONE SCHEDULE

1. Milestones for Preset Price = $11,312,235

| | Elements of Work | Percentage of Preset Price | | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|---|---|
| B.3 | Combustion Equipment | | | |
| B.3.a | Heat Recovery Steam Generators (HRSG) | 1.46% | 4. | HRSGs set in permanent position, verified by visual inspection. |
| B.3.b | Auxiliary Boiler No. 8 | 0.88% | 4. | Boiler No. 8 set in permanent position verified by visual inspection. |
| B.4 | Stacks | 0.35% | 7. | Installation of ductwork/breaching from gas turbines and HRSGs, verified by visual inspection. |
| | | 0.33% | 8. | Commencement of treatment of existing stack, verified by visual inspection. |

| | Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|---|
| B.5 | Gas Turbine Generator | 0.99% | 5. Installation of gas turbine generators on pedestals completed, verified by visual inspection. |
| B.6 | Balance of Equipment | 0.18% | 3. Mechanical installation of boiler feedwater pumps, verified by visual inspection. |
| | | 0.47% | 6. Mechanical installation of deaerator and condensate tank system, verified by visual inspection. |
| | | 0.23% | 9. Mechanical installation of unit substation, verified by visual inspection. |
| | | 0.23% | 12. Mechanical installation of MCCs, verified by visual inspection. |
| | | 0.12% | 15. Mechanical installation of air compressors, verified by visual inspection. |
| | | 0.29% | 21. Mechanical installation of Gas Compressor system, verified by visual inspection. |
| | | 0.35% | 24. Mechanical installation of City Water Booster Pump, verified by visual inspection. |
| | | 0.06% | 27. Mechanical installation of Water Treatment system, verified by visual inspection. |
| | | 0.23% | 30. Mechanical installation of Switchboard #4, verified by visual inspection. |
| B.7 | Construction | 0.00 | |
| B.7.a | Mobilization | 4.28% | 1. The Civil/Site Work Subcontractor mobilizes on site, verified by visual inspection. |
| B.7.b | Site Work | 0.60% | 1. Site clearing initiated. |
| | | 1.21% | 2. Rough grading of site complete. |
| | | 3.32% | 3. Foundation and underground utilities excavation complete. |
| | | 0.91% | 4. Roads and parking complete. |
| | | 0.24% | 5. Landscaping complete. |
| | | | Verification of Site Work milestones will be by visual inspection. |

| | Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|---|
| B.7.c | Foundation Work | 0.90% | 1. Building foundation forms in place. |
| | | 1.58% | 2. Building floor slab poured. |
| | | 1.35% | 3. Stack foundation poured. |
| | | 2.25% | 4. All equipment pads poured. |
| B.7.d | Structural Steel | 0.24% | 1. Award of structural steel order, verified by unpriced signed purchase order. |
| | | 0.55% | 2. Structural steel delivered to site, verified by signed delivery receipt, calculated at each payment application as a percentage of the total weight of structural steel forecasted to be delivered to the site. |
| | | 0.79% | 3. Structural steel erected, verified by visual inspection, calculated at each payment application as a percentage of the total weight of structural steel forecasted to be delivered to the site. |
| B.7.e | Mechanical and Piping | 1.95% | 1. Award of Mechanical/Piping subcontract, verified by signed unpriced purchase order. |
| | | 3.90% | 2. Start on-site installation of High Pressure Header, verified by visual inspection. |
| | | 3.90% | 3. Mechanical completion of High to Intermediate Pressure Reducing Station, verified by visual inspection. |
| | | 3.12% | 4. Start on-site installation of Intermediate Pressure Header, verified by visual inspection. |
| | | 3.12% | 5. Mechanical completion of Intermediate to Low Pressure Reducing Station, verified by visual inspection. |
| | | 3.12% | 6. Start on-site installation of Low Pressure piping, verified by visual inspection. |
| | | 3.12% | 7. Mechanical completion of Potable water piping, verified by visual inspection. |

| Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|
| | 1.56% | 8. Mechanical completion of process water treatment system, verified by visual inspection. |
| | 0.32% | 9. Mechanical completion of Fire Sprinkler piping, verified by visual inspection. |
| | 1.56% | 12. Mechanical completion of natural gas supply piping, verified by visual inspection. |
| | 1.17% | 13. Mechanical completion of compressed air piping, verified by visual inspection. |
| B.7.f Buildings | 0.92% | 1. Award of Building subcontract. |
| | 0.92% | 2. Completion of siding on new building. |
| | 0.92% | 3. Completion of roofing on new building. |
| | 0.92% | 4. Completion of interior finishing in new building. |
| | 9.00% | 5.a Mechanical completion in new building. |
| | 3.48% | 5.b Mechanical completion of HVAC and plumbing in new building. |
| | 1.00% | 6.a Commencement of asbestos removal from existing building. |
| | 3.13% | 6.b Completion of asbestos removal in the Boiler No. 7 area. |
| | 1.00% | 6.c Completion of asbestos removal in the turbine hall area. |
| | 0.92% | 7. Building subcontractor demobilizes. |
| | 2.75% | 8. Completion of renovations to existing building. |
| | 0.92% | 9. Active/Non-Active dividing wall complete. |
| | 0.92% | 10. Offices complete. |
| | | Verification will be visual inspection and comparison with approved design. |

| Elements of Work | | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|---|
| B.7.g | Control System/Electrical | 3.05% | 2. Control System installed and calibrated as evidenced by calibration logs. |
| | | 2.47% | 3. Award of Electrical subcontract, verified by signed unpriced purchase order. |
| | | 1.64% | 4. Feeders from Substation to Switchboard #4 installed, verified by visual inspection. |
| | | 1.64% | 5. Power available to Switchboard #4 verified by visual inspection. |
| | | 3.29% | 6. Power available to Motor Control Center verified by visual inspection. |
| | | 3.29% | 7. Switchgear relay testing and calibration completed as evidenced by signed test certificates. |
| | | 4.11% | 8. Electrical systems operational, as evidenced by electric utility approval to operate in parallel. |
| B.7.h | Painting/Insulation | 0.10% | 1. Award of painting subcontract, verified by signed unpriced purchase order. |
| | | 0.10% | 2. Award of insulation subcontract, verified by signed unpriced purchase order. |
| | | 0.25% | 3. Completion of painting, verified by visual inspection. |
| | | 0.19% | 4. Completion of installation of insulation, verified by visual inspection. |
| B.8 | Startup & Commissioning | 0.18% | 1. Submittal of Test protocols by CONTRACTOR to NORESCO. |
| | | 0.92% | 2. Facility passes Acceptance Tests, verified by NORESCO's acknowledgement of Certificate of Substantial Completion. |

| Elements of Work | Percentage of Preset Price | Description of Milestone and Description of Verification for Payment Method |
|---|---|---|
| | 0.28% | 4. Delivery by CONTRACTOR to NORESCO of Operation and Maintenance Manuals. |
| | 0.46% | 5. Delivery by CONTRACTOR to NORESCO of the complete set of "As Built" drawings and conformed specifications. |
| Total | 100% | |

2. Allowances = $ 1,052,870

The allowances, of a value of $1,052,870, are shown in the contract section 6.1.1.a. The allowances will be paid out based on section 6.1.1b of the contract.

3. Fixed Price = $12,365,105

The Fixed Price as described in contract section 6.1 is the combination of the Preset Price of $11,312,235 and the Allowances of $1,052,870 which equals $12,365,105

## ATTACHMENT VII PERFORMANCE AND PAYMENT BOND

The AIA performance and payment bond is attached to this section.

# *NORESCO* Subcontracting Plan

It is *NORESCO*'s policy, consistent with Chapter 37-14.1 of the General Laws of Rhode Island, that Minority Business Enterprise (MBE), Disadvantaged Business Enterprise (DBE), and Women-Owned Business Enterprise (WBE), shall mean a small business concern (SBC), owned and controlled by one or more minorities or women certified by the Rhode Island Department of Economic Development. Qualified MBE's, DBE's, and WBE's shall be provided with the maximum practicable opportunity to participate as *NORESCO*'s subcontractors, particularly in regards to contracts let by Federal, State or local agencies. As a component of this policy, *NORESCO* incorporates procedures to ensure the timely payment of amounts due its subcontractors, consistent with the terms of the specific subcontract agreement. The intent of this policy is to award appropriate subcontracts to qualified MBE's, DBE's and WBE's consistent with efficient contract performance.

*NORESCO* and its management have developed this subcontracting plan in accordance with the requirements of Chapter 37-14.1 of the General Laws of Rhode Island to guide its efforts in meeting the intent of this policy.

J. E. O'Brien
President

## Subcontracting Plan

**Article 1 - Percentage Goals**
The following goals (expressed as percentages of total planned subcontracting dollars) will be applied to the total award as may be revised as a result of contract changes. These goals include subcontracted direct costs only, and do not include subcontracted indirect costs.

1.1 Minority Business Enterprise (MBE), Disadvantaged Business Enterprise (DBE), Women-Owned Business Enterprise (WBE): Target minimum of 10% of the total contract value under this solicitation will be awarded to subcontractors that qualify as MBE's, DBE's, and/or WBE's, according to Rhode Island Department of Economic Development.

1.2 Percentage of categories to be applied to the goals shall be:

100% Contract price of qualified MBE, DBE and/or WBE subcontractors and sub-tier contractors.

60% Materials and supplies required under this contract and obtained from MBE, DBE, and/or WBE vendor.

100% Expenditures of materials and supplies required under this contract and obtained from WBE, DBE and/or WBE manufacturers.

1.3 All percentages shall be monitored and adjusted as necessary throughout the contract to reflect any changes in scope, quantity or cost of any qualified MBE, DBE and/or WBE purchases, subcontracts, or sub-tier contracts.

## Article 2 - Principal Types of Supplies and Services to be Subcontracted

2.1 *NORESCO* plans to subcontract a variety of supplies and/or services to facilitate the execution of this contract. Areas of subcontract responsibility shall include, but not be limited to, the following:

2.1.1 Geotechnical Services
2.1.2 Civil/Structural Equipment & Supplies
2.1.3 Civil/Structural Construction Services
2.1.4 Electrical Equipment and Supplies
2.1.5 Electrical Construction Services
2.1.6 Mechanical Equipment and Supplies
2.1.7 Mechanical Construction
2.1.8 Control System Components
2.1.9 Control System Installation Services
2.1.10 Professional Engineering and Architectural Services, specifically specialty services not covered in-house.
2.1.11 Waste Handling, Remediation, and Disposal Services
2.1.12 Material Handling and Rigging Services
2.1.13 Testing and Commissioning Services

2.2 Subcontracted Supplies and Services to MBE's, DBE's and/or WBE's.

2.2.1 All supplies and services described in Article 3.1 above are possible areas for subcontracting to MBE's, DBE's and/or WBE's. In the past, *NORESCO* has conducted significant portions of it's total subcontracting dollars with MBE's, DBE's and or WBE's.

## Article 3 - Methods to Identify Potential Subcontractors

3.1 Historically, *NORESCO* has used a variety of methods to identify and solicit participation for suitable potential subcontractors. In any geographic region where *NORESCO* has existing qualified subcontractors, we anticipate continuing successful subcontracting relationships. In addition, we continually attempt to include other qualified potential subcontractors. Methods that will be employed to identify potential subcontractors include:

3.1.1 Use of source lists maintained by government agencies including the Procurement Automated Source System ("PASS") of the Small Business Administration ("SBA"), the National Minority Purchasing Council Vendor Information Service, the Minority Business Development Agency of the Department of Commerce.

3.1.2 Use of source lists maintained by state agencies including those which *NORESCO* is already familiar with and utilizes on an on-going basis (i.e. *NORESCO* specifically uses the State Office of Minority and Women

Business Assistance ("SOMWBA") in the Commonwealth of Massachusetts).

3.1.3 Recommendations or lists obtained from cognizant personnel at the facility.

3.1.4 Lists available from Rhode Island Chamber of Commerce, R.I. Vendor Information Program, and local Trade Associations.

3.1.5 Firms identified through attendance at conferences and trade fairs.

3.1.6 Contact with organizations which may be familiar with suitable subcontractors such as Economic Development organizations, etc.

3.1.7 Contact with equipment vendors who may be familiar with qualified installation subcontractors.

Article 4 - Subcontracting Plan Administration

4.1 The subcontracting plan will be administered by the following individual:

Valerie Moran
Contract Administrator
*NORESCO*
1 Research Drive
Westborough, MA 01581
(508) 898-8665

4.2 The administrator's responsibilities include, but are not limited to:

4.2.1 Searching, obtaining and maintaining source lists from all appropriate agencies such as the SBA, Department of Commerce, local Chamber of Commerce, etc.

4.2.2 Participating in vendor surveys to determine capabilities.

4.2.3 Providing guidance and assistance to MBE's, DBE's and WBE's to clarify *NORESCO*'s requirements and encourage participation.

4.2.4 Assuring inclusion of MBE's, DBE's, and/or WBE's in all solicitations where appropriate.

4.2.5 Providing guidance and training to internal personnel regarding timely development and expansion of MBE's, DBE's, and/or WBE's subcontracting.

4.2.6 Monitoring attainment of proposed goals and preparing periodic reports for management review.

4.2.7 Reviewing solicitations to remove statements, clauses, etc., which may be obstacles to participation by otherwise qualified MBE's, DBE's and/or WBE's.

4.2.8 Including the applicable MBE's DBE's, and/or WBE's clauses/provisions in subcontracts where required.

4.2.9 Providing assistance, guidance and review of first tier subcontract programs to include appropriate MBE, DBE, and WBE subcontracting goals and programs to lower tier subcontractors.

4.2.10 Maintaining records of solicitations and awards to MBE's, DBE's, and/or WBE's including reasons for non-awards as appropriate.

4.2.11 Participating in and providing necessary information for participation in periodic studies and surveys regarding MBE, DBE, and WBE subcontracting.

4.2.12 Obtaining the assistance of others as necessary to perform the above duties.

## Article 5 - Assuring Equitable Opportunity to Compete for Subcontracts

5.1 Outreach efforts will be made as follows:

5.1.1 Contacts with SBA (PASS)

5.1.2 Contacts with Minority and Small Business Trade Associations

5.1.3 Contacts with business development organizations

5.1.4 Attendance at Small and Minority Business procurement conferences and trade fairs.

5.2 The following internal efforts will be made to guide and encourage internal personnel with decision making responsibility:

5.2.1 Workshops, seminars and training will be conducted on a regular basis.

5.2.2 Activities will be monitored to evaluate compliance and progress towards goals.

5.2.3 Sources lists will be maintained, updated and distributed to responsible decision makers.

5.2.4 Potential obstacles to participation by MBE's, DBE's, and/or WBE's will be reviewed, discussed and removed where appropriate.

5.3 When requested, *NORESCO* will review unsuccessful responses from MBE's, DBE's, and/or WBE's with respondent for guidance on revisions to increase likelihood for future success.

## Article 6 - Compliance by Subcontractors

6.1 *NORESCO* agrees that "Minority Business Enterprise Utilization" will be included in all subcontracts which offer further subcontracting opportunities, and that all subcontractors (except MBE's, DBE's and/or WBE's) that receive subcontracts in excess of $100,000 will be required to adopt a subcontracting plan similar to this one.

6.2 The following procedures will be followed in reviewing, approving, and monitoring such plans.

6.2.1 The subcontracting plan will be part of the agreement with the subcontractor.

6.2.2 The subcontractor will be monitored for performance.

6.2.3 *NORESCO* may terminate subcontractors that fail to perform its obligations under the subcontracting plan.

Article 7 - Surveys and Reports

7.1 *NORESCO* agrees to:

7.1.1 Cooperate with any studies or surveys related to small business subcontracting as may be required.

7.1.2 Submit periodic reports which allow the State to determine the extent of *NORESCO*'s compliance with the subcontracting plan.

7.1.3 Submit Subcontracting Report for Individual Contracts, and/or Summary Subcontract Report in accordance with the Contract requirements.

7.1.4 Ensure that its subcontractors agree to submit Forms as required.

Article 8 - Records and Documents

*NORESCO* agrees that it will maintain at least the following types of records to document compliance with this subcontracting plan.

8.1 MBE, DBE, and WBE source lists, guides and other data identifying possible MBE, DBE and WBE vendors.

8.2 Organizations contacted for sources.

8.3 Records of all subcontract solicitations indicating on each solicitation (1) whether MBE was solicited, and if not, why not; (2) whether DBE was solicited, and if not, why not, (3) whether WBE was solicited, and if not, why not, and (4) reasons for failure of solicited MBE, DBE or WBE to receive the subcontract award.

8.4 Records to support outreach efforts undertaken, including contacts with trade associations, business development organizations, and conference and trade fairs attended to help locate MBE's, DBE's and WBE's.

8.5 Records of efforts to support internal activities to guide and encourage buyers and monitoring of progress towards goals and compliance with the subcontracting plan.

8.6 Records to support award data submitted to the State to include name and address of subcontractors.

ATTACHMENT XVII SAMPLE EQUIPMENT CHECK LISTS

The CONTRACTOR is expected to follow the startup check lists and procedures provided by the *NORESCO* pre-purchase equipment vendors. In lieu of these check lists and procedures the CONTRACTOR shall follow check lists similar to those provided in this section for:

1. Pumps
2. Fans
3. Piping

# Pastore Center Cogeneration Project

## PRE-COMMISSIONING CHECKLIST
## FANS

Fan No.:________________

System:________________

Location:________________

Service:________________

P: PASTORE REPRESENTATIVE
N: NORESCO REPRESENTATIVE
Q: CHIEF QUALITY CONTROL
M: MECHANICAL REPRESENTATIVE
E: ELECTRICAL REPRESENTATIVE
I/C: INSTRUMENT/CONTROL REP.

| INSTALLATION DETAILS | P | N | Q | M | E | I/C |
|---|---|---|---|---|---|---|
| (1) VIBRATION ISOLATION DEVICES INSTALLED | | | | | | |
| (2) INSPECTION AND ACCESS DOORS ARE OPERABLE | | | | | | |
| (3) CASING UNDAMAGED | | | | | | |
| (4) INSULATION UNDAMAGED | | | | | | |
| (5) CONDENSATE DRAINAGE IS UNOBSTRUCTED | | | | | | |
| (6) FAN BELT ADJUSTED | | | | | | |
| (7) MANUFACTURER'S REQ'D MAINT. CLEARANCE PROVIDED | | | | | | |
| (8) CONTRUCTION FILTERS REMOVED AND REPLACED IF APPLICABLE | | | | | | |
| **ELECTRICAL** | | | | | | |
| (1) POWER AVAILABLE TO UNIT DISCONNECT | | | | | | |
| (2) POWER AVAILABLE TO UNIT CONTROL PANEL | | | | | | |
| (3) PROPER MOTOR ROTATION VERIFIED | | | | | | |
| (4) VERIFY POWER DISCONNECT IS LOCATED WITHIN SIGHT OF THE UNIT | | | | | | |
| **CONTROLS** | | | | | | |
| (1) DAMPERS/ACTUATORS PROPERLY INSTALLED | | | | | | |
| (2) DAMPERS/ACTUATORS OPERABLE | | | | | | |
| (3) VERIFY PROPER LOCATION AND INSTALLATION OF THERMOSTAT | | | | | | |

| COMMENTS & NOTES |
|---|
| |
| NOTE: REFER TO MANUFACTURER'S MANUALS AS REQUIRED |

# Pastore Center Cogeneration Project

## PRE-COMMISSIONING CHECKLIST
## PUMPS

System: ______________________

Location: ______________________

Service: ______________________

P: PASTORE REPRESENTATIVE
N: NORESCO REPRESENTATIVE
Q: CHIEF QUALITY CONTROL
M: MECHANICAL REPRESENTATIVE
E: ELECTRICAL REPRESENTATIVE
I/C: INSTRUMENT/CONTROL REP.

| INSTALLATION DETAILS | P | N | Q | M | E | I/C |
|---|---|---|---|---|---|---|
| (1) PUMPS GROUTED IN PLACE | | | | | | |
| (2) PUMP VIBRATION ISOLATION DEVICES FUNCTIONAL | | | | | | |
| (3) PUMP/MOTOR COUPLING ALIGNMENT VERIFIED | | | | | | |
| (4) PIPING SYSTEM INSTALLED | | | | | | |
| (5) PIPING SYSTEM PRESSURE TESTED | | | | | | |
| (6) PUMP NOT LEAKING | | | | | | |
| (7) FIELD ASSEMBLED COUPLINGS ALIGNED TO MEET MANUF. PRESCRIBED TOLERANCES | | | | | | |
| (8) PRESSURE/TEMPERATURE GAUGES INSTALLED | | | | | | |
| (9) PIPING SYSTEM CLEANED | | | | | | |
| (10) CHEMICAL WATER TREATMENT COMPLETE | | | | | | |
| **ELECTRICAL** | | | | | | |
| (1) POWER AVAILABLE TO PUMP DISCONNECT | | | | | | |
| (2) PUMP ROTATION VERIFIED | | | | | | |
| (3) CONTROL SYSTEM INTERLOCKS FUNCTIONAL | | | | | | |
| (4) VERIFY POWER DISCONNECT IS LOCATED WITHIN SIGHT OF THE UNIT IT CONTROLS | | | | | | |

**COMMENTS & NOTES**

NOTE: REFER TO MANUFACTURER'S MANUALS AS REQUIRED

# Pastore Center Cogeneration Project

## PRE-COMMISSIONING CHECKLIST
## PIPING

System:______________________

Location:______________________

Service:______________________

P: PASTORE REPRESENTATIVE
N: NORESCO REPRESENTATIVE
Q: CHIEF QUALITY CONTROL
M: MECHANICAL REPRESENTATIVE
E: ELECTRICAL REPRESENTATIVE
I/C: INSTRUMENT/CONTROL REP.

| INSTALLATION DETAILS | P | N | Q | M | E | I/C |
|---|---|---|---|---|---|---|
| (1) PIPING COMPLETE | | | | | | |
| (2) AS-BUILT SHOP DRAWINGS SUBMITTED | | | | | | |
| (3) PIPING FLUSHED AND CLEANED | | | | | | |
| (4) STRAINERS CLEANED | | | | | | |
| (5) VALVES INSTALLED AS REQUIRED | | | | | | |
| (6) HYDROSTATIC TEST COMPLETE | | | | | | |
| (7) PIPING INSULATED AS REQUIRED | | | | | | |
| (8) THERMOMETERS AND GAUGES INSTALLED AS REQUIRED | | | | | | |
| (9) VALVE OPERATION VERIFICATION | | | | | | |
| (10) AIR VENTS INSTALLED AS SPECIFIED | | | | | | |
| (11) FLEXIBLE CONNECTORS INSTALLED AS SPECIFIED | | | | | | |
| (12) VERIFY THAT PIPING HAS BEEN LABELED AND VALVES IDENTIFIED AS SPECIFIED | | | | | | |

COMMENTS & NOTES

NOTE: REFER TO MANUFACTURER'S MANUALS AS REQUIRED

## ATTACHMENT XVIII DESIGN DOCUMENTS

Refer to Attachment I for details and references to Design Documents

ATTACHMENT XX EXCLUSIONS AND CLARIFICATIONS

Revision #7 dated 3/22/02 is attached and details all applicable exclusions and clarifications. Provided by ADP Marshall.

ADP MARSHALL - A Fluor Daniel Company

*** ** ********************************************************************************

PROJECT: RHODE ISLAND DEPARTMENT OF MENTAL HEALTH, RETARDATION AND HOSPITALS
PASTORE CENTER COGENERATION PROJECT
EXCLUSIONS AND CLARIFICATIONS

LOCATION: CRANSTON, R.I.

ARCH/ENG: N.K. ENGINEERS / J.R. LORING
BID DATE: MARCH 31, 1997 - MCI COST TO ERI MARCH 29, 1997. [redacted]
SUMMARY BY: SMK / ETM
CHECKED BY : JM APPROVED BY : JM

*** ** ********************************************************************************

GENERAL REQUIREMENTS

WE HAVE NOT INCLUDED ARCHITECTURAL AND ENGINEERING SERVICES.
WE HAVE NOT INCLUDED ANY ENGINEERING SERVICES FOR THE PROCESS/SYSTEM WORK. [redacted]
WE HAVE INCLUDED PERFORMANCE & PAYMENT BOND
WE HAVE INCLUDED BUILDER'S RISK INSURANCE FOR ONE YEAR ( STARTING MARCH 1, 2002 )
WE HAVE INCLUDED AN ALLOWANCE FOR THE BUILDING PERMIT FEES
WE HAVE EXCLUDED INSPECTION & TESTING SERVICES / FEES.
[redacted]
WE HAVE EXCLUDED PROPERTY LINE SURVEY / SOIL BORING TESTING
WE HAVE EXCLUDED SALES TAX BOND
[redacted]
WE HAVE INCLUDED AN ALLOWANCE FOR TEMPORARY HEAT,ENCLOSURES & WINTER PROTECTION
WE HAVE EXCLUDED WATCHMEN & SECURITY SERVICES
WE HAVE INCLUDED A TEMPORARY CONSTRUCTION FENCE
WE HAVE INCLUDED A SIGNAGE ALLOWANCE
WE HAVE EXCLUDED OVERTIME PREMIUMS, EXCEPT AT UTILITY SHUT DOWN / TIE-IN
WE HAVE EXCLUDED SUBDIVISION APPROVALS OR ZONING VARIANCES [redacted]
WE HAVE EXCLUDED REGULATORY APPROVALS REQUIRED BY EPA, DEM,
WETLANDS, FEDERAL, STATE OR LOCAL AUTHORITIES

SITEWORK

WE HAVE EXCLUDED ROCK EXCAVATION REQUIRING DRILLING OR BLASTING
WE HAVE NOT INCLUDED GROUNDWATER PUMPING, DEWATERING & WELL POINT SYSTEMS
WE HAVE EXCLUDED EXCAVATION OR REMOVAL OF HAZARDOUS MATERIALS
WE HAVE EXCLUDED SEWERAGE EJECTOR PUMP & PIT
WE HAVE EXCLUDED ANY IMPACT FEES IMPOSED BY LOCAL UTILITIES.
WE HAVE EXCLUDED ANY ENVIRONMENTAL CONSIDERATIONS IMPOSED BY
GOVERNING AUTH. - i.e. DETENTION PONDS, SWALES, ETC. [redacted]
WE HAVE EXCLUDED ALL CURBING; CAPE CODE BERM IS INCLUDED
WE HAVE INCLUDED AN ALLOWANCE OF $15 K FOR ALL LANDSCAPING.
WE HAVE EXCLUDED PILINGS, CAISSONS OR UNDERPINNING [redacted]
WE HAVE EXCLUDED SITE FIRE LOOP & HYDRANTS
WE HAVE EXCLUDED FOUNDATION / SUB DRAIN SYSTEMS
WE HAVE EXCLUDED SANITARY LIFT STATION [redacted]
WE HAVE EXCLUDED GAS SERVICE BEFORE METER [redacted]

DEMOLITION / ABATEMENT

WE HAVE EXCLUDED ASBESTOS ABATEMENT OUTSIDE THE AREA TO REMAIN ACTIVE IN THE EXIST'G BLDG.
WE HAVE EXCLUDED ASBESTOS ABATEMENT ON U.G. PIPING; SPOT ABATEMENTS ARE INCLUDED FOR TIE-INS
WE HAVE INCLUDED A 2 HR/ FIRE WALL SEPARATING RENOVATED / ABANDONED AREAS
WE HAVE EXCLUDED ALL DEMOLITION OF ITEMS WITHIN THE ABANDONED AREAS NOT REFRENCED IN EXHIBIT I

CONCRETE

WE HAVE INCLUDED A 6 MIL VAPOR BARRIER UNDER SLAB ON GRADE
WE HAVE EXCLUDED FIBROUS REINFORCEMENT [redacted]
WE HAVE EXCLUDED ANY COLORED CONCRETE.
WE HAVE EXCLUDED SLAB ON METAL DECK ON ROOF

MASONRY

WE HAVE EXCLUDED SPECIALTY MASONRY. etc. GLASS BLOCK, SPLIT FACED, .SPLIT FACED RIBBED, COLORED
WE HAVE EXCLUDED ANY STRUCTURAL FACING TILE.
WE HAVE EXCLUDED ANY STONE, MARBLE, SLATE
WE HAVE INCLUDED A DIVIDER/LIMIT OF WORK WALL AT BOILER ROOM #3 AND TURBINE ROOM AS DEFINED ON THE GENERAL ARRANGEMENT PROVIDED BY J.R.LORING
WE HAVE EXCLUDED ANY REFURBISHING OF THE EXISTING BOILER No. 7 STACK.
WE HAVE INCLUDED AN ALLOWANCE TO COAT THE SOUTHERN STACK TO ENCASE ASBESTOS.

STRUCTURAL STEEL & MISCELLANEOUS IRON

WE HAVE EXCLUDED ANY STRUCTURAL UPGRADES TO THE EXISTING BUILDING.
WE HAVE EXCLUDED STRUCTURAL STEEL ANALYSIS OF EXISTING BUILDING
WE HAVE INCLUDED AN ALLOWANCE FOR REMOVAL & REPLACEMENT OF EXISTING METAL DECKING
WE HAVE EXCLUDED PAINTING STRUCTURAL STEEL TNEMEC-ZINC 90-97.
WE HAVE INCLUDED STANDARD RED OXIDE PAINT AS MANUFACTURED BY TNEMEC.
WE HAVE INCLUDED FIREPROOFING, AS SHOWN IN THE OFFICE AREA
WE HAVE EXCLUDED UNPINNING AND / OR SUPPLEMENTARY SUPPORT SYSTEMS
WE HAVE EXCLUDED SLAB ON METAL DECK AT THE ROOF LEVEL

EXTERIOR ENCLOSURE

WE HAVE EXCLUDED ANY ASBESTOS ABATEMENT OF THE EXISTING ROOFING SYSTEM.
WE HAVE EXCLUDED ANY HAZARDOUS MATERIALS AND/OR ASBESTOS ABATEMENT OF THE U.G. PIPING
[redacted]
WE HAVE EXCLUDED ANY ACOUSTICAL AND / OR SOUND CONTROLS
WE HAVE EXCLUDED BOXED IN / Canopies AT ALL DOORS EXCEPT CANOPY @ MAIN ENTRY DOOR
WE HAVE EXCLUDED 3" COMPOSITE WALL PANELS.

FINISHES

WE HAVE INCLUDED STANDARD ENAMEL PAINT ONLY
[redacted]
WE HAVE EXCLUDED PAINTING EXPOSED CEILINGS PER NORESCO REQUEST.
[redacted]
WE HAVE INCLUDED LEAD PAINT ABATEMENT AS PART OF THE ASBESTOS OPERATION

BUILDING SPECIALTIES

WE HAVE EXCLUDED FURNISHINGS & DRAPERIES
WE HAVE EXCLUDED TRASH COMPACTOR OR DUMPSTER
WE HAVE EXCLUDED ELEVATOR / VERTICAL TRANSPORT SYSTEM.
[redacted]
WE HAVE EXCLUDED MOVEABLE OR DEMOUNT. PTNS.
WE HAVE EXCLUDED LABORATORY EQUIPMENT
WE HAVE EXCLUDED PEDESTAL FLOOR
WE HAVE EXCLUDED MECHANICAL EQUIPT. ROOF SCREEN
[redacted]

PRE-ENGINEERED STRUCTURE

[redacted]
WE HAVE INCLUDED ROOF DESIGN BASED ON A DEFLECTION OF L/180
WE HAVE INCLUDED MEZZANINE FRAMING BASED ON A DEFLECTION OF L/180
WE HAVE INCLUDED COMPOSITE METAL WALL PANELS 2" THICK, 36" WIDE, 26 ga. INNER & OUTER PNLS.
WE HAVE INCLUDED GUTTER AND DOWNSPOUTS DRAINING TO PAVEMENT AREAS
WE HAVE INCLUDED THE STEEL FRAMING WITH A STANDARD RED OXIDE FINISH (1 MIL DFT)
[redacted]

EQUIPMENT

WE HAVE EXCLUDED OVERHEAD CRANES, HOISTS, RAILS, TRACTORS
WE HAVE EXCLUDED CONTINUOS EMISSIONS MONITORING
WE HAVE EXCLUDED CONVEYING SYSTEMS
MATERIAL HAND. EQUIPT. & STORAGE RACKS
SPECIAL PITS &/OR TRENCHES FOR OWNER'S
MAT'L HANDL'G EQUIPT.
RACK STORAGE SYSTEM
WE HAVE EXCLUDED REHAB OF EXISTING EQUIPMENT

SPRINKLERS

FIRE STORAGE TANK OR RESERVOIR IS EXCLUDED
WE HAVE INCLUDED SPRINKLERS IN OFFICE AREAS ONLY, ALL OTHER AREAS ARE EXCLUDED
STANDPIPES ARE LOCATED AS SHOWN DELUGE AND DRY SYSTEMS ARE EXCLUDED
PROCESS WASTE,FILTRATION &/OR RECLAIM. SYSTEM IS EXCLUDED
WASTE TREATMENT IS EXCLUDED
SEWERAGE EJECTOR PUMPS/PIT OR WET WELLS ARE EXCLUDED
GAS COMPANY CHARGES ARE EXCLUDED
OIL TANK SYSTEMS - FIRE PROTECTION EXTERNAL TO BUILDING ARE EXCLUDED

MECHANICAL

WE HAVE EXCLUDED FLUSHING PIPES WITH ANY MATERIALS THAT RENDER THEMSELVES AS HAZARDOUS
WASTE MATERIALS FOR BOILOUT WILL BE NEUTRUALIZED BEFORE PROPER DISPOSAL
WE HAVE EXCLUDED REFURBISHING THE EXISTING PRV'S
WE HAVE EXCLUDED MISC. REPAIRS, CONNECTIONS, & REPLACEMENT OF BOILER No. 7 PIPING.
WE HAVE INCLUDED COMPLETELY RE-INSULATING THE BOILER No. 7 ROOM AFTER ABATEMENT.
WE HAVE INCLUDED A 4" STEAM LINE TO THE EXISTING WAREHOUSE, EXCLUDING EXCAVATION & BACKFILL.
WE HAVE INCLUDED ALL DRAINAGE & UNDERGROUND WORK AT THE FUEL OIL CONTAINMENT AREA
WE HAVE INCLUDED PIPING FROM THE NEW SCOPE TO THE EXISTING MANHOLE [illegible]
WE HAVE INCLUDED PLUMBING ASSOCIATED WITH THE NEW ADDITION AND OFFICES.
WE HAVE INCLUDED FURNISHING (13) STEAM FLOW METERS and (2) STEAM PRV STATIONS.
WE HAVE INCLUDED SITE DISTRIBUTION STEAM & CONDENSATE BETWEEN THE GARAGE & LAUNDRY, PER NORESCO
WE HAVE INCLUDED CONDENSATE PUMPS and CONNECTIONS AT THE LAUNDRY & GARAGE PER NORESCO
WE HAVE INCLUDED INSTALLATION OF THE GAS TURBINE ALLOY METAL BY-PASS STACK, AS SUPPLIED BY NORESCO
[illegible]
WE HAVE INCLUDED WORK ASSOCIATED WITH THE #6 FUEL OIL SKID AND THE WORK AT THE CONTAINMENT.
WE HAVE INCLUDED WORK ASSOCIATED WITH THE CITY WATER BOOSTER PUMPS.

ELECTRICAL

WE HAVE INCLUDED ALL REQUIREMENTS PRESENTED ON THE LORING ONE-LINE DIAGRAM 58-05-E1.
ELECTRIC COMPANY CHARGES ARE EXCLUDED
[illegible]
WE HAVE EXCLUDED ANY WORK AT THE EXISTING ELECTRICAL SWITCHGEAR YARD BEYOND THE IDENTIFIED NEW WORK
WE HAVE EXCLUDED THE FURNISHING OF THE FOLLOWING ITEMS PROVIDED BY NORESCO :

2.4 kV SWITCHGEAR AND MODIFICATIONS TO EXISTING
MOTOR CONTROL CENTERS and TRANSFORMERS
REACTORS
DCS EQUIPMENT
LOAD SHED SYSTEM
POWER MONITORING SYSTEM

WE HAVE EXCLUDED THE 175 KVA EMERGENCY GENERATOR WHICH WAS DELETED.
WE HAVE INCLUDED WIRING FOR THE #6 FUEL OIL SKID, CITY WATER BOOSTER PUMPS, & THIRD REACTOR.
WE HAVE INCREASED THE 1000 KVA TRANSFORMER TO TWO (2) 2000 KVA TRANSFORMERS.
WE HAVE INCREASED THE MOTOR CONTROL CENTERS FROM ONE (1) 1200 AMP to TWO (2) AT 2500 AMP.
WE HAVE INCLUDED A 2500 AMP SECONDARY TIE AND THE WIRING FOR THE ADDITIONAL EQUIPMENT.
WE HAVE INCLUDED A 25 KVA UPS SYSTEM
WE HAVE INCLUDED THE 125V DC SYSTEM.
WE HAVE INCLUDED THE FIRE ALARM SYSTEM.
WE HAVE INCLUDED THE ALLOWANCE FOR AN INTERCOM SYSTEM.
WE HAVE EXCLUDED THE LIGHTNING PROTECTION SYSTEM EXCEPT AS NOTED FOR THE NEW STACK
WE HAVE INCLUDED THE COST ASSOCIATED WITH RELOCATING THE NECO INCOMING FEEDER.
WE HAVE INCLUDED COST FOR MISCELLANEOUS 120/208V AND 277/480V PANELS FOR GENERAL LIGHTING AND POWER.
WE HAVE INCLUDED THE COST ASSOCIATED WITH CONNECTING TO THE EXISTING GENERATOR.
WE HAVE EXCLUDED THE ELECTRICAL TIE BREAKER