# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | ) | |
| v. | ) | C.A. No.: 07-129-ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | ) | |

**PLAINTIFF'S AMENDED RULE 26(a)(1)(C) DISCLOSURES**

NOW COMES the Plaintiff, ADP Marshall, Inc., and makes its F.R.C.P. 26(a)(1)(C) disclosures. Attached hereto as Exhibit A is a computation of the damages claimed by Plaintiff, based upon the information available to it as of this date, for the claims asserted by way of its Complaint. Plaintiff reserves its right to supplement these disclosures in accordance with F.R.C.P. 26(e). The backup documentation to support these claims was previously furnished to Defendant NORESCO, LLC during the normal course of the construction project. Further, said backup documentation has been made available for inspection and copying throughout this litigation pursuant to F.R.C.P. 26 and 34.

Plaintiff,
By its attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

**CERTIFICATE OF SERVICE**

I, Andrew J. Tine, hereby certify that on August 13, 2008 a copy of the foregoing was served by email and mail on Matt Sgro, Brian J. Lamoureux and Cheryl Pinarchick, Brown Rudnick, One Financial Center, Boston, MA 02111.

ADP Marshall, Inc.'s Rule 26(a)(1)(C) Disclosures — EXHIBIT A

**Computation of Damages**

| | | |
|---|---|---|
| Contract Value | | $13,478,924.00 |
| Change Order 6 | | $130,110.00 |
| Change Order 7 | | $34,122.00 |
| Open Deviations | | $1,459,078.00 |
| Time Extension and GC's Pursuant to Dev.#378 | | Not Yet Quantified |
| Paid | | -$12,415,451.00 |
| Total | | $2,686,783.00 |
| Interest | (@12%) | To Be Determined |
| Legal Fees | | Accruing |

**Listing of Open Deviations**

| Deviation # | Amount | Withdrawn Deviation # | Amount | Reason |
|---|---|---|---|---|
| | | 24 | $21,579.00 | Rolled into Dev. #498 |
| 32 | $8,400.00 | | | |
| 37 | $22,900.00 | | | |
| 44 | $60,014.00 | | | |
| 81 | $21,606.00 | | | |
| 97 | $13,643.00 | | | |
| 106 | $15,861.00 | | | |
| 147 | $1,072.00 | | | |
| 152 | -$829.00 | | | |
| 160 | $132,122.00 | | | |
| 161 | $373,607.00 | | | |
| 173 | $18,541.00 | | | |
| | $0.00 | 186 | $92,635.00 | Rolled into Dev. #498 |
| 191 | $13,529.00 | | | |
| 201 | $1,271.00 | | | |
| 227 | $3,961.00 | | | |
| 246 | $1,960.00 | | | |
| 247 | $8,599.00 | | | |
| 269 | $1,543.00 | | | |
| 273 | $30,410.00 | | | |
| 336 | $48,156.00 | | | |
| 349 | $11,864.00 | | | |
| 351 | $37,592.00 | | | |
| 361 | $2,327.00 | | | |
| 362 | $16,286.00 | | | |
| 391 | $2,611.00 | | | |
| 398 | $46,153.00 | | | |
| 400 | $18,401.00 | | | |
| 407 | $794.00 | | | |
| 409 | $4,307.00 | | | |
| 420 | $5,207.00 | | | |
| 422 | $7,900.00 | | | |
| 429 | $3,112.00 | | | |
| 439 | $700.00 | | | |
| 444 | $24,357.00 | | | |
| 445 | $7,290.00 | | | |
| 461 | $90,274.00 | | | |
| 462 | $2,900.00 | | | |
| 465 | $121,603.00 | | | |
| 468 | $3,026.00 | | | |
| 472 | $5,560.00 | | | |
| 474 | $5,684.00 | | | |
| 482 | $2,359.00 | | | |
| 483 | $8,649.00 | | | |
| | $0.00 | 490 | $720.00 | Converted to LOA |
| 496 | $7,644.00 | | | |
| 498 | $123,060.00 | | | |
| 499 | $25,747.00 | | | |
| 500 | $27,344.00 | | | |
| 501 | $19,466.00 | | | |
| | $0.00 | 504 | $73,220.00 | Not being pursued |
| 507 | $7,840.00 | | | |
| 512 | $8,526.00 | | | |
| 530 | $6,614.00 | | | |
| 532 | $3,343.00 | | | |
| 536 | $88,400.00 | | | |
| 544 | $7,981.00 | | | |
| 545 | -$10,400.00 | | | |
| 546 | -$104,000.00 | | | |
| 547 | -$26,749.00 | | | |
| 548 | -$2,080.00 | | | |
| 551 | $56,160.00 | | | |
| 552 | $1,547.00 | | | |
| 554 | $4,363.00 | | | |
| 555 | $2,643.00 | | | |
| 556 | $16,201.00 | | | |
| | $1,459,078.00 | | | |