# EXHIBIT G

LAW OFFICES OF
ANDREW J. TINE
ATTORNEY AT LAW

Via Email Without Attachments/Hand Delivery with Attachments on May 22, 2008

May 21, 2008

Matt Sgro, Esq.
Brown Rudnick
One Financial Center
Boston, MA 02111

Re: ADP Marshall, Inc. v. NORESCO, et al.

Dear Matt:

This letter responds in part to your letter of May 19, 2008. I hope to respond to the balance of the other issues raised in your letter by your deadline of May 23, 2008, but such may run into early next week.

The protective order as modified, motion and memorandum are acceptable to me and may be filed.

Steven Bosland is at 80 Valentine Road, Northborough and a subpoena has issued for his deposition on June 11, 2008.

David Pereira is ADP Marshall, Inc.'s 30(b)6 designee. I have not had the opportunity to thoroughly test his knowledge on the numerous subjects you seek a 30(b)6 deponent with knowledge. Hopefully such can be accomplished by early next week, however, such will not change his designation since as you know there are no personnel currently employed by ADP Marshall, Inc. with in-depth knowledge of this project.

As to a review of the employee personnel files, such was requested and the information as follows was derived from same. The respective employees reasons for leaving are as noted. The project records seem to set forth Ed McNaught's tenor on the project, as NORESCO duly documented same. None of these employees were discharged for performance reasons. They all left on their own accord. No performance evaluations have been located with respect to this project.

251 THAMES STREET - BRISTOL, RHODE ISLAND 02809 - 401.396.9002 FAX 401.396.9479
484 MAIN STREET - WORCESTER, MASSACHUSETTS 01608 - 508.799.7400
DIRECT CORRESPONDENCE TO RHODE ISLAND ADDRESS

LICENSED - MASSACHUSETTS AND RHODE ISLAND

1. Ed McNaught - Separated 3-6-04 Voluntary (Seek/Accept other Employment)
266 Waseca Ave
Barrington, RI 02806

2. Kris Salamon - Separated 4-3-04 Voluntary (Seek/Accept other Employment)
8 Winter Street
Taunton, MA 02780

3. Jim Maguire - Separated 12-27-03 Voluntary (Personal Reasons)
164 Beechwood Dr,
Cranston, RI 02921

4. Michael Amalfitano - Separated 8-13-05 Voluntary (Seek/Accept other Employment)
717 Chopmist Hill Rd
North Scituate, RI 02857

As to electronic files, I questioned Ed McNaught on this topic. He indicated that he used a computer on the project and did not know where the computer ended up. Mr. McNaught further indicated to me that the practice was to print project related emails and other documents and file same accordingly. I note that the project files contain numerous emails throughout. Separately, I was able to obtain a copy of electronic files which appear to be Mr. McNaught's and/or other project manager's electronic files for the project. A CD is provided herewith with those electronic files as part of ADP Marshall's supplemental production.

As to hard copy documents, an additional box of financial related documents are being produced. You may review same at Anoka Avenue tomorrow and/or schedule a subsequent date to review and/or copy same.

As to a document retention policy, since this project was never formerly closed, the project records never entered the usual document storage retention stream, instead the project records were boxed in Pawtucket and stored in Pawtucket, prior to transfer to my office and/or back to Anoka Avenue. The document retention policy is inapplicable in this unusual set of circumstances.

We intend on supplementing answers to interrogatories and hope to do so prior to May 30, 2008. On this same note, I have not received a response to or supplemental answers to discovery as sought in my February 22, 2008 letter to you. I again request same in advance of tomorrow's deposition.

Lastly, on the topic of insurance, attached hereto are records obtained from Marsh relevant to payments made by ADP Marshall, Inc. for extended insurance.

Sincerely,

Andrew J. Tine

Enc.