# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADP MARSHALL, INC., a division of Fluor NE, Inc.,
Plaintiff,

v.

NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,
Defendants.

C.A. No.: 07-129-ML

**PLAINTIFF'S AND THIRD PARTY DEFENDANT'S RULE 26(a)(1) INITIAL DISCLOSURES**

NOW COMES the Plaintiff, ADP Marshall, Inc., and Third Party Defendants, St. Paul Fire and Marine Insurance Company and Fidelity and Deposit Company of Maryland, and make their F.R.C.P. 26(a)(1) initial disclosures.

(A) IDENTITY OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION AND RELEVANT SUBJECT MATTER

1. Ed McNaught (formerly of ADP Marshall, Inc.) – work performed by and money owed to ADP Marshall, Inc.

2. David Benoit (formerly of ADP Marshall, Inc.) – work performed by and money owed to ADP Marshall, Inc.

3. Kris Salamon (formerly of ADP Marshall, Inc.) – work performed by and money owed to ADP Marshall, Inc.

4. Jim Engle (NORESCO) – work performed by and money owed to ADP Marshall, Inc.

5. Wade Carlton (NORESCO) – work performed by and money owed to ADP Marshall, Inc.

6. S. James Busam (formerly of ADP Marshall, Inc.) – work performed by and money owed to ADP Marshall, Inc.

7. J. E. O'Brien (NORESCO) – work performed by and money owed to ADP Marshall, Inc.

8. Peter Westcott (Weststar Associates, Inc.) - work performed by Weststar and money owed to Weststar and/or ADP Marshall, Inc.

9. David A. Wild (Unique Metal Works, Inc.) - work performed by Unique and NORESCO's direct dealings with Unique

10. Michael Amalfitano (formerly of ADP Marshall, Inc.) - work performed by and money owed to ADP Marshall, Inc.

11. Brian Metcalf (formerly of ADP Marshall, Inc.) - work performed by and money owed to ADP Marshall, Inc.

12. Jim Maguire (formerly of ADP Marshall, Inc.) - work performed by and money owed to ADP Marshall, Inc.

13. Janice Narowski (formerly of ADP Marshall, Inc.) - work performed by and money owed to ADP Marshall, Inc.

14. Robert M. Bolton (Arden Engineering Constructors, LLC) - work performed by Arden and NORESCO's direct dealings with Arden

15. Lori A. Pickell (Atlantic Contracting & Specialties, Inc.) - work performed by Atlantic and NORESCO's direct dealings with Atlantic

16. William Frederking (Hydrochem Industrial Services, Inc.) – work performed by Hydrochem and NORESCO's direct dealings with Hydrochem

17. John Pignataro (formerly of ADP Marshall, Inc.) - work performed by and money owed to ADP Marshall, Inc.

18. George Emsurak (NORESCO) - work performed by and money owed to ADP Marshall, Inc.

19. Steve Bosland (NORESCO) – work performed by and money owed to ADP Marshall, Inc.

(B) A DESCRIPTION OF DOCUMENTS THAT MAY BE USED TO SUPPORT CLAIMS AND DEFENSES

1. All deviations and supporting documents for deviations.

2. All change orders, change order requests and supporting documents for same.

3. The contract documents, including the plans, as modified.

4. All payment requisitions.

5. Correspondence, including emails, between ADP Marshall, Inc. and NORESCO, LLC.

6. All subcontractor contract documents and files.

7. All requests for information.

8. All design changes.

9. All bid packages and documents.

10. All subcontractor settlements.

11. All logs and schedules of deviations, changes, change order requests, requests for information, payments, requests for payment, and plans.

12. All project and construction schedules.

13. All delay claims and notices.

14. All documents available to support ADP Marshall, Inc.'s claims for general conditions and extended overhead.

15. The project documents.

The above listed documents are located at the Law Offices of Andrew J. Tine in Bristol, Rhode Island and at a storage facility in Pawtucket, Rhode Island.

(C) COMPUTATION OF DAMAGES

This information was provided on July 19, 2007. Plaintiff and Third Party Defendants supplement that prior disclosure by stating that attorney fees incurred and to be incurred will be claimed to the extent allowable under R.I.G.L. § 9-1-45.

(D) INSURANCE AGREEMENTS

Bonds are not insurance, but to the extent such are considered insurance for purposes of this disclosure, copies of said bonds are attached to the pleadings.

Plaintiff and Third Party Defendants,
By their attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 – Fax

**CERTIFICATE OF SERVICE**

I, Andrew J. Tine, hereby certify that on July 27th, 2007 a copy of the foregoing was served by mail on Brian J. Lamoureux and Cheryl Pinarchick, Brown Rudnick, One Financial Center, Boston, MA 02111.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc., Plaintiff, | ) | |
| v. | ) | C.A. No.: 07-129-ML |
| NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY, Defendants. | ) | |

**PLAINTIFF'S RULE 26(a)(1)(C) DISCLOSURES**

NOW COMES the Plaintiff, ADP Marshall, Inc., and makes its F.R.C.P. 26(a)(1)(C) disclosures. Attached hereto as Exhibit A is a computation of the damages claimed by Plaintiff, based upon the information available to it as of this date, for the claims asserted by way of its Complaint. Plaintiff reserves its right to supplement these disclosures in accordance with F.R.C.P. 26(e). The backup documentation to support these claims was previously furnished to Defendant NORESCO, LLC during the normal course of the construction project, but to the extent the inspection and copying of documents used by Plaintiff to calculate these damages is requested by Defendant, said documents will be produced in accordance with F.R.C.P. 26 and 34.

Plaintiff,
By its attorneys,

Andrew J. Tine (#6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

# CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that on July 17, 2007 a copy of the foregoing was served by mail on Brian J. Lamoureux and Cheryl Pinarchick, Brown Rudnick, One Financial Center, Boston, MA 02111.

Computation of Damages

| | | | |
|---|---|---|---|
| Contract Value | | $13,478,924.00 | |
| Change Order 6 | | $130,110.00 | See Attached Ex. 1. |
| Change Order 7 | | $34,122.00 | See Attached Ex. 2. |
| Open Deviations | | $1,647,214.00 | |
| Time Extension and GC's Pursuant to Dev.#378 | | Not Yet Quantified | |
| Paid | | -$12,415,451.00 | |
| Total | | **$2,874,919.00** | |
| Interest | (@12%) | To Be Determined | |

Listing of Open Deviations

| Deviation # | Amount |
|---|---|
| 160 | $132,122.00 |
| 161 | $373,607.00 |
| 461 | $90,274.00 |
| 465 | $121,603.00 |
| 536 | $88,400.00 |
| 551 | $56,160.00 |
| 422 | $7,900.00 |
| 482 | $2,359.00 |
| 499 | $25,747.00 |
| 544 | $7,981.00 |
| 545 | -$10,400.00 |
| 546 | -$104,000.00 |
| 547 | -$26,749.00 |
| 548 | -$2,080.00 |
| 349 | $11,884.00 |
| 351 | $37,592.00 |
| 445 | $7,290.00 |
| 474 | $5,684.00 |
| 483 | $8,649.00 |
| 500 | $27,344.00 |
| 504 | $73,220.00 |
| 336 | $48,156.00 |
| 468 | $3,028.00 |
| 152 | -$829.00 |
| 400 | $18,401.00 |
| 24 | $21,579.00 |
| 32 | $8,400.00 |
| 37 | $22,900.00 |
| 186 | $92,635.00 |
| 246 | $1,980.00 |
| 247 | $8,599.00 |
| 498 | $123,060.00 |
| 501 | $19,488.00 |
| 147 | $1,072.00 |
| 201 | $1,271.00 |
| 429 | $3,112.00 |
| 490 | $702.00 |
| 496 | $7,644.00 |
| 512 | $8,526.00 |
| 554 | $4,383.00 |
| 391 | $2,611.00 |
| 398 | $46,153.00 |
| 444 | $24,357.00 |
| 472 | $5,580.00 |
| 507 | $7,840.00 |
| 532 | $3,343.00 |
| 555 | $2,643.00 |
| 556 | $16,201.00 |
| 409 | $4,307.00 |
| 420 | $5,207.00 |
| 552 | $1,547.00 |
| 439 | $700.00 |
| 44 | $50,014.00 |
| 81 | $21,608.00 |
| 191 | $13,529.00 |
| 269 | $1,543.00 |
| 273 | $30,410.00 |
| 407 | $794.00 |
| 106 | $15,861.00 |
| 173 | $18,541.00 |
| 227 | $3,961.00 |
| 361 | $2,327.00 |
| 462 | $2,900.00 |
| 530 | $6,614.00 |
| 383 | $16,286.00 |
| 97 | $13,643.00 |
| | **$1,647,214.00** |

EXHIBIT #1

## NORESCO Change Order #6

| | |
|---|---|
| COR # 325/R1 / Deviation No. 0489 | $19,641 |
| COR # 315 / Deviation No. 0480 | $7,862 |
| COR # 316 / Deviation No. 0447 | $4,069 |
| COR # 333 / Deviation No. 0477 | $3,789 |
| COR # 339/R1 / Deviation No. 0454 | $3,330 |
| COR # 344 / Deviation No. 0464 | $672 |
| COR # 355/R1 / Deviation No. 0376 | $7,851 |
| COR # 371/R1 / Deviation No. 0449 | $23,377 |
| COR # 083/R1 / Deviation No. 0142 | $3,859 |
| COR # 105/R2 / Deviation No. 0190 | $10,952 |
| COR # 228/R1 / Deviation No. 0306 | $6,635 |
| COR # 345 / Deviation No. 0389 | $885 |
| COR # 365 / Deviation No. 0416 | $13,839 |
| COR # 340 / Deviation No. 0427 | $1,338 |
| COR # 312 / Deviation No. 0428 | $1,296 |
| COR # 358 / Deviation No. 0455 | $3,441 |
| COR # 372 / Deviation No. 0457 | $4,520 |
| COR # 373/R1 / Deviation No. 0458 | $1,969 |
| COR # 374 / Deviation No. 0492 | $4,664 |
| COR # 352 / Deviation No. 0497 | $996 |
| COR # 376 / Deviation No. 0506 | $677 |
| COR # 393 / Deviation No. 0516 | $1,541 |
| COR # 413 / Deviation No. 0520 | ($19,013) |
| COR # 406 / Deviation No. 0528 | $8,880 |
| COR # 405 / Deviation No. 0537 | $1,471 |
| COR # 407 / Deviation No. 0538 | $2,100 |
| COR # 244/R1 / Deviation No. 0356 | $3,452 |
| COR # 304 / Deviation No. 0453 | ($6,964) |
| COR # 335 / Deviation No. 0467 | $485 |
| COR # 337 / Deviation No. 0459 | $3,213 |
| COR # 343 / Deviation No. 0366 | $3,857 |
| COR # 363 / Deviation No. 0408 | $2,626 |

| | |
|---|---|
| COR # 369 / Deviation No. 0410 | $637 |
| COR # 370 / Deviation No. 0446 | $1,215 |
| COR # 431 / Deviation No. 0539 | $948 |
| C.O. #6 Subtotal: | $130,110 |

# EXHIBIT #2

## Proposed Change Order #7 (All Deviations Approved

| | |
|---|---|
| COR#314/Deviation No. 476 | $743 |
| COR#86R2/Deviation No. 163 | $12,379 |
| COR#265R2/Deviation No. 316 | $10,578 |
| COR#244R1/Deviation No. 356 | $3,452 |
| COR#338/Deviation No. 456 | $1,966 |
| COR#336/Deviation No. 466 | $1,350 |
| COR#383/Deviation No. 515 | $3,654 |
| C.O. #7 Subtotal: | $34,122 |