# EXHIBIT S

BROWNRUDNICK

MATTHEW P. SGRO
Counselor at Law
direct dial: 617-856-8570
msgro@brownrudnick.com

One
Financial
Center
Boston
Massachusetts
02111
*tel* 617.856.8200
*fax* 617.856.8201

July 28, 2008

VIA E-MAIL AND FIRST-CLASS MAIL

Andrew J. Tine, Esq.
251 Thames Street
Bristol, RI 02809

**RE: ADP Marshall, Inc. v. NORESCO, et al**

Dear Andrew:

Enclosed please find Notices of Deposition for Ed McNaught and Doug Coppi, reflecting the deposition dates we have discussed.

Additionally, with regard to the discussion Friday concerning the Rule 30(b)(6) depositions of ADP Marshall and Noresco, Noresco will agree to make Mr. Carleton available for further examination if ADP Marshall will likewise agree to make Mr. Benoit available. Please provide dates on which Mr. Benoit is available. Given the number of depositions that remain to be completed before the end of discovery, we need to finalize the schedule as soon as possible.

Very truly yours,

**BROWN RUDNICK LLP**

Matthew P. Sgro

cc: CharCretia Di Bartolo, Esq.
Cheryl B. Pinarchick, Esq.

# 1585082 - 080908/0004

brownrudnick.com