# EXHIBIT T

LAW OFFICES OF

# ANDREW J. TINE

ATTORNEY AT LAW

Via Email and US Mail

August 13, 2008

Matt Sgro, Esq.
Cheryl Pinarchick, Esq.
Brian Lamoureux, Esq.
Brown Rudnick
One Financial Center
Boston, MA 02111

Re: ADP Marshall, Inc. n/k/a Fluor NE, Inc. v. NORESCO, LLC et al.

Dear Counsel:

Please find enclosed Plaintiff's Amended Rule 26(a)(1)(C) Disclosures.

Separately, pursuant to my discussion with Cheryl, ADP Marshall, Inc. objects to producing its second Rule 30(b)(6) designee, Mr. David Benoit, for a second day of questioning. I understand that NORESCO has offered in return to allow Mr. Wade Carlton, NORESCO's 30(b)(6) deponent, to be deposed for a second day, however, given the present time constraints and other pending depositions and the fact that Fluor has already produced two 30(b)(6) designees for two 7 hour days of questioning, we think Fluor has satisfied its obligations in this regard. ADP Marshall, Inc. is also frustrated that NORESCO chose to spend half the morning hours on questioning Mr. David Benoit with respect to other projects and other litigation of Fluor. This unproductive use of time contributed greatly to NORESCO's inability to complete the questioning of Mr. Benoit on substantive topics related to this litigation.

Very truly yours,

Andrew J. Tine

Enc.

251 THAMES STREET - BRISTOL, RHODE ISLAND 02809 - 401.396.9002 FAX 401.396.9479

484 MAIN STREET - WORCESTER, MASSACHUSETTS 01608 - 508.799.7400
DIRECT CORRESPONDENCE TO RHODE ISLAND ADDRESS

LICENSED - MASSACHUSETTS AND RHODE ISLAND