**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,<br><br>Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Third-Party Defendants. | C.A. No.: 07-129 ML |

**PLAINTIFF'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 37(c)**

Now comes the Plaintiff, ADP Marshall, Inc., and hereby moves this Honorable Court to issue sanctions against Defendant Noresco, LLC pursuant to Federal Rules of Civil Procedure Rule 37(c) for said Defendant's failure to provide mandatory disclosures as provided for by Federal Rules of Civil Procedure Rule 26, *inter alia*, computations of claimed categorical damages and documents supporting such calculations. A Memorandum of Law in Support of this Motion is attached herewith.

WHEREFORE, the Plaintiff, ADP Marshall, Inc., hereby moves this Honorable Court to issue Federal Rules of Civil Procedure Rule 37(c) sanctions against Defendant Noresco, LLC barring the Defendants from asserting its Labor Management Claim,

currently valued at $509,814, at trial, and further, any and all other sanctions the Court deems just and proper.

Respectfully submitted,

Andrew J. Tine (RI Bar # 6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

**CERTIFICATE OF SERVICE/FILING**

I, Andrew J. Tine, hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system on this 3rd day of September, 2008: