**Andrew J. Tine**

**From:** Sgro, Matthew P. [MSgro@brownrudnick.com]
**Sent:** Thursday, July 19, 2007 5:23 PM
**To:** atine@tinelaw.com
**Cc:** Pinarchick, Cheryl B.
**Subject:** ADP v. Noresco - Noresco Damages
**Attachments:** DOCS_B-#1508860-v1-ADP_Noresco_-_Noresco_damages.PDF

Dear Andrew:

Attached please find Noresco's Rule 26(a)(1)(C) disclosure.

This disclosure is based upon Noresco's knowledge, information and belief as of July 19, 2007. Noresco reserves the right to supplement and/or amend this disclosure should further information become available over the course of this litigation.

It is my understanding that the parties will exchange full Rule 26(a)(1) disclosures on July 27, 2007. If your understanding differs, please contact me.

BROWNRUDNICK
**Matthew P. Sgro**
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
Tel 617-856-8570
Fax 617-289-0488
Email msgro@brownrudnick.com
Website www.brownrudnick.com

***********************************************************************************

IRS Circular 230 Disclosure: To ensure compliance with U.S. Treasury Regulations governing tax practice, we inform you that:

Any U.S. tax advice contained in this communication (including attachments) was not written to be used for and cannot be used for (i) purposes of avoiding any tax related penalties that may be imposed under Federal tax laws, or (ii) the promotion, marketing or recommending to another party of any transaction or matter addressed herein.

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick Berlack Israels, LLP, (617) 856-8200 (if dialing from outside the US, 001-617-856-8200) and purge the communication immediately without making any copy or distribution.

***********************************************************************************

This footnote also confirms that this email message has been swept by MAILsweeper to enhance content security.

www.mimesweeper.com

**NORESCO - DAMAGES ANALYSIS**

| Damages | Contractor/Vendor | | Amount | TOTAL |
|---|---|---|---|---|
| Windows in Existing Plant | General Glass | | $ 85,000 | |
| Insulation HRSG Breeching<br>Insulation of Pegging Steam Line | Anchor Insulation | | $ 33,000 | |
| Air Intake Duct on Turbine | SS Fabricators | | $ 87,000 | |
| Rental of Boiler to Support Asbestos Remediation Work | Acme Boiler | | $ 29,000 | |
| Rental of Boiler based upon Failure to Achieve Mechanical Readiness [1] | Acme Boiler | | $ 235,200 | |
| Attorney's Fees and Costs [2] | | | $ 290,510 | |
| | | Sub Total | $ 759,710 | |
| Payments To Subtier Subcontractors [3] | | | | |
| Northeast Steel | | | $ 33,000 | |
| PCU | | | $ 20,000 | |
| Iannuccillo | | | $ 145,000 | |
| Arden | | | $ 576,000 | |
| | | Sub Total | $ 774,000 | |
| | | TOTAL | | $ 1,533,710 |
| Liquidated Damages | | | $ 759,000 | |
| Noresco Internal Labor For Project Management [4] | | | $ 613,000 | |
| | | TOTAL | | $ 2,905,710 |
| Punchlist Items to be Completed | | | To be determined | |
| Interest and Additional Attorney's Fees and Costs | | | To be determined | |

FOOTNOTES:
[1] $33,600/month for 7 months
[2] Fees incurred to date as a result of ADP's failure to indemnify NORESCO for subtier claims. Fees are continuing to accrue.
[3] Payments to date. Subject to change based upon any resolution of Weststar litigation.
[4] Calculated to date. Subject to change as completion of the Project continues.