UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ADP MARSHALL, INC., a division of Fluor NE, Inc.,
Plaintiff,

v.

NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,
Defendants.

C.A. No.: 07-129 ML

**ADP MARSHALL, INC.'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANT NORESCO, LLC**

Plaintiff ADP Marshall, Inc. hereby propounds to Defendant NORESCO, LLC ("NORESCO") the following requests in accordance with Rule 34 for response within 30 days at the Law Offices of Andrew J. Tine, 251 Thames Street, Bristol, RI. The word "documents" as used herein shall have the broadest meaning ascribable to it under the F.R.C.P., including but not limited to all correspondence, memos, spreadsheets, faxes, letters, contracts, slips, invoices, bills, reports, ledgers, electronic files, emails, and other writings. The word "concerning" as used herein shall mean evidencing, relating, referring or concerning, to the broadest extent possible. The word "project" means the Pastore Cogeneration Facility located in Cranston, RI which is the subject of the complaint in this lawsuit.

**REQUESTS**

1. All documents and things utilized by or referred to by NORESCO in preparing its damages disclosure attached hereto as Exhibit A.

2. All documents and things concerning the damage item described as "Windows in Existing Plant" set forth in Exhibit A hereto.

3. All documents and things concerning the damage item described as "Insulation HRSG Breeching" and "Insulation of Pegging Steam Line" set forth in Exhibit A hereto.

4. All documents and things concerning the damage item described as "Air Intake Duct on Turbine" set forth in Exhibit A hereto.

5. All documents and things concerning the damage item described as "Rental of Boiler based upon Failure to Achieve Mechanical Readiness" set forth in Exhibit A hereto.

6. All documents and things concerning the damage item described as "Rental of Boiler to Support Asbestos Remediation Work" set forth in Exhibit A hereto.

7. All documents and things concerning the damage item described as "Attorney's Fees and Costs" set forth in Exhibit A hereto.

8. All documents and things concerning the damage item described as "Payments to Subtier Subcontractors" set forth in Exhibit A hereto.

9. All documents and things concerning the damage item described as "Liquidated Damages" set forth in Exhibit A hereto.

10. All documents and things concerning the damage item described as "Noresco Internal Labor For Project Management" set forth in Exhibit A hereto.

11. All documents and things concerning the damage item described as "Punchlist Items to be Completed" set forth in Exhibit A hereto.

12. All documents and things concerning delays to completion of the project that were exclusively the fault and/or cause of ADP Marshall, Inc. or its subcontractors.

13. All documents and things concerning the assessment of liquidated damages by NORESCO against ADP Marshall, Inc.

14. All documents and things concerning the assessment of liquidated damages by the State of Rhode Island against NORESCO.

15. All documents summarizing all payments by the State of Rhode Island to NORESCO in relation to work performed by ADP Marshall, Inc.

16. All documents concerning a critical path methodology schedule analysis for the project.

17. All documents concerning unapproved ADP Marshall, Inc. deviations submitted by NORESCO to the State of Rhode Island for approval and/or payments.

18. All documents submitted by NORESCO to the State of Rhode Island and any of its subdivisions concerning the progress and/or schedule of the project.

19. All documents and things contained in or compromising the personnel file of each and every person employed by NORESCO in relation to the project.

20. All photographs or videos of work NORESCO claims ADP Marshall, Inc. failed to complete as part of its contractual obligations on the project.

Plaintiff,
ADP Marshall, Inc.,
By its attorneys,

Andrew J. Tine (RI Bar #6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, R.I. 02809
401-396-9002

## CERTIFICATE OF SERVICE

I, Andrew J. Tine, hereby certify that I served the foregoing upon Matt Sgro, Esq. and Brian J. Lamoureux, Esq. this 28th day of December 2007, via U.S. Mail, postage prepaid.

Exhibit A

## NORESCO - DAMAGES ANALYSIS

| Damages | Contractor/Vendor | | Amount | TOTAL |
|---|---|---|---|---|
| Windows in Existing Plant | General Glass | | $ 85,000 | |
| Insulation HRSG Breeching<br>Insulation of Pegging Steam Line | Anchor Insulation | | $ 33,000 | |
| Air Intake Duct on Turbine | SS Fabricators | | $ 87,000 | |
| Rental of Boiler to Support Asbestos Remediation Work | Acme Boiler | | $ 29,000 | |
| Rental of Boiler based upon Failure to Achieve Mechanical Readiness [1] | Acme Boiler | | $ 235,200 | |
| Attorney's Fees and Costs [2] | | | $ 290,510 | |
| | | Sub Total | $ 759,710 | |
| Payments To Subtier Subcontractors [3] | | | | |
| Northeast Steel | | | $ 33,000 | |
| PCU | | | $ 20,000 | |
| Iannuccillo | | | $ 145,000 | |
| Arden | | | $ 576,000 | |
| | | Sub Total | $ 774,000 | |
| | | TOTAL | | $ 1,533,710 |
| Liquidated Damages | | | $ 759,000 | |
| Noresco Internal Labor For Project Management [4] | | | $ 613,000 | |
| | | TOTAL | | $ 2,905,710 |
| Punchlist Items to be Completed | | | To be determined | |
| Interest and Additional Attorney's Fees and Costs | | | To be determined | |

FOOTNOTES:
[1] $33,600/month for 7 months
[2] Fees incurred to date as a result of ADP's failure to indemnify NORESCO for subtier claims. Fees are continuing to accrue.
[3] Payments to date. Subject to change based upon any resolution of Weststar litigation.
[4] Calculated to date. Subject to change as completion of the Project continues.