## 2003 Calculations

| Name | Rate | Fringe | # of Hours | Total Amount | % Attributable to ADP | Total Attributable to ADP |
|---|---|---|---|---|---|---|
| Bosland, Steven | $ 82.03 | 46.85% | 1201.5 | $115,783 | 80% | 92,626.37 |
| Carleton, Wade | $ 106.90 | 46.85% | 1530 | $120,088 | 50% | 60,044.13 |
| Emsurak, George | $ 112.97 | 46.85% | 347 | $57,565 | 100% | 57,564.63 |
| Engle, James | $ 112.97 | 46.85% | 937 | $46,030 | 50% | 23,014.82 |
| Feeney, Anne | $ 30.54 | 46.85% | 1237 | $13,870 | 25% | 3,467.53 |
| MacKinnon, Theresa | $ 73.08 | 46.85% | 60.5 | $5,194 | 80% | 4,155.38 |
| Mattern, Kenneth | $ 108.72 | 46.85% | 2 | $255 | 80% | 204.36 |
| Moran, Valerie | $ 31.77 | 46.85% | 23.5 | $877 | 80% | 701.69 |
| O'Brien, Joseph | $ 176.50 | 46.85% | 2 | $415 | 80% | 331.76 |
| Pimentel, Robert | $ 55.85 | 46.85% | 16 | $984 | 75% | 738.12 |
| Provencher, Michael | $ 134.14 | 46.85% | 0 | $0 | 80% | - |
| | | | | | | **$ 242,848.80** |

## 2004 Calculations

| Name | Rate | Fringe | # of Hours | Total Amount | % Attributable to ADP | Total Attributable to ADP |
|---|---|---|---|---|---|---|
| Bosland, Steven | $ - | 47.44% | 0 | $0 | **80%** | - |
| Carleton, Wade | $ 107.33 | 47.44% | 756.5 | $119,710 | **50%** | 59,855.05 |
| Emsurak, George | $ 113.42 | 47.44% | 80 | $13,378 | 100% | 13,378.24 |
| Engle, James | $ 113.42 | 47.44% | 0 | $0 | 50% | - |
| Feeney, Anne | $ 31.28 | 47.44% | 1246.7 | $57,492 | 25% | 14,372.89 |
| MacKinnon, Theresa | $ 75.13 | 47.44% | 232.25 | $25,725 | 80% | 20,580.38 |
| Mattern, Kenneth | $ 111.66 | 47.44% | 79 | $13,006 | 80% | 10,404.74 |
| Moran, Valerie | $ 38.55 | 47.44% | 96.5 | $5,486 | 80% | 4,388.41 |
| O'Brien, Joseph | $ 177.21 | 47.44% | 3 | $784 | 80% | 627.06 |
| Pimentel, Robert | $ 56.91 | 47.44% | 1504 | $126,208 | 75% | 94,656.12 |
| Provencher, Michael | $ 134.68 | 47.44% | 9 | $1,787 | 80% | 1,429.73 |
| | | | | | | **$ 219,692.62** |

## 2005 Calculations

| Name | Rate | Fringe | # of Hours | Total Amount | % Attributable to ADP | Total Attributable to ADP |
|---|---|---|---|---|---|---|
| Bosland, Steven | $ - | 47.44% | 0 | $0 | **80%** | - |
| Carleton, Wade | $ 111.62 | 47.44% | 70 | $11,520 | **50%** | 5,759.92 |
| Emsurak, George | $ - | 47.44% | 0 | $0 | 100% | - |
| Engle, James | $ - | 47.44% | 0 | $0 | 50% | - |
| Feeney, Anne | $ 31.91 | 47.44% | 140.75 | $6,621 | 25% | 1,655.33 |
| MacKinnon, Theresa | $ 76.63 | 47.44% | 220 | $24,857 | 80% | 19,885.56 |
| Mattern, Kenneth | $ 113.90 | 47.44% | 42 | $7,053 | 80% | 5,642.46 |
| Moran, Valerie | $ 40.25 | 47.44% | 16.5 | $979 | 80% | 783.37 |
| O'Brien, Joseph | $ 177.21 | 47.44% | 4 | $1,045 | 80% | 836.08 |
| Pimentel, Robert | $ - | 47.44% | 92 | $0 | 75% | - |
| Provencher, Michael | $ 134.68 | 47.44% | 0 | $0 | 80% | - |
| | | | | | | **$ 34,562.72** |

## 2006 Calculations

| Name | Rate | Fringe | # of Hours | Total Amount | % Attributable to ADP | Total Attributable to ADP |
|---|---|---|---|---|---|---|
| Bosland, Steven | $ - | 52.34% | 0 | $0 | **80%** | - |
| Carleton, Wade | $ 115.33 | 52.34% | 15 | $2,635 | **50%** | 1,317.69 |
| Emsurak, George | $ - | 52.34% | 0 | $0 | 100% | - |
| Engle, James | $ - | 52.34% | 0 | $0 | 50% | - |
| Feeney, Anne | $ 33.96 | 52.34% | 14 | $724 | 25% | 181.05 |
| MacKinnon, Theresa | $ 114.26 | 52.34% | 7.5 | $1,305 | 80% | 1,044.34 |
| Mattern, Kenneth | $ 117.68 | 52.34% | 0 | $0 | 80% | - |
| Moran, Valerie | $ 46.32 | 52.34% | 0 | $0 | 80% | - |
| O'Brien, Joseph | $ - | 52.34% | 0 | $0 | 80% | - |
| Pimentel, Robert | $ - | 52.34% | 0 | $0 | 75% | - |
| Provencher, Michael | $ - | 52.34% | 0 | $0 | 80% | - |
| | | | | | | **$ 2,543.07** |

## 2007 Calculations

| Name | Rate | Fringe | # of Hours | Total Amount | % Attributable to ADP | Total Attributable to ADP |
|---|---|---|---|---|---|---|
| Bosland, Steven | $ - | 52.34% | 0 | $0 | 80% | - |
| Carleton, Wade | $ 118.79 | 52.34% | 44 | $7,962 | 50% | 3,981.13 |
| Emsurak, George | $ - | 52.34% | 0 | $0 | 100% | - |
| Engle, James | $ - | 52.34% | 0 | $0 | 50% | - |
| Feeney, Anne | $ 34.97 | 52.34% | 98.5 | $5,248 | 25% | 1,312.02 |
| MacKinnon, Theresa | $ 114.26 | 52.34% | 35 | $6,092 | 80% | 4,873.57 |
| Mattern, Kenneth | $ - | 52.34% | 0 | $0 | 80% | - |
| Moran, Valerie | $ 47.94 | 52.34% | 0 | $0 | 80% | - |
| O'Brien, Joseph | $ - | 52.34% | 0 | $0 | 80% | - |
| Pimentel, Robert | $ - | 52.34% | 0 | $0 | 75% | - |
| Provencher, Michael | $ - | 52.34% | 0 | $0 | 80% | - |
| | | | | | | **$ 10,166.72** |

## Annual Amount Attributable to ADP

| 2003 | 2004 | 2005 | 2006 | 2007 | TOTAL |
|---|---|---|---|---|---|
| $ 242,848.80 | $ 219,692.62 | $ 34,562.72 | $ 2,543.07 | $ 10,166.72 | $ 509,813.93 |