LAW OFFICES OF
# ANDREW J. TINE
ATTORNEY AT LAW

Via Email and US Mail

July 14, 2008

Matthew Sgro, Esq.
Brown Rudnick Berlack Israels, LLP
121 South Main Street
Providence, RI 02903

Re: ADP Marshall, Inc. v. NORESCO et al.

Dear Matt:

This letter responds to yours dated June 24, 2008, and follows up on other outstanding discovery issues.

I received one disk from your office with documents bates labeled 1 through 53163, thus the confusion as to why I asserted no "Wade Carlton" emails were produced. You reference a disk in your email with bates numbers 53164-79026. I request a copy of this second disk which was never produced.

You next claim that "NORESCO performed a diligent search of its electronic files and determined that all non-email documents related to the Project were contained in its project files – including the change order spreadsheet." Such a claim is ridiculous. We both know that such a confirmation is not possible given the volume of files. Your representation as to NORESCO's diligent search asserts that they looked at every electronic file and located it in the hard copy production. This is physically impossible. As such, as I requested on Friday, please let me know the timeframe for NORESCO's production of its electronic files. NORESCO was adamant that it needed Fluor's electronic files and such have been produced. We likewise are entitled to such production from NORESCO and demand same.

As a follow up to my June 20th letter, I still seek: 1) an updated accounting of the project which would show profit/loss to date; 2) the last known address of all former employees of NORESCO for which damages are being sought for internal labor costs; 3) the backup documents to support the internal labor management costs; and 4) NORESCO's supplemental answers to interrogatories (interrogatories no.'s 12, 16, 17, 18 and 20).

251 THAMES STREET - BRISTOL, RHODE ISLAND 02809 - 401.396.9002 FAX 401.396.9479
484 MAIN STREET - WORCESTER, MASSACHUSETTS 01608 - 508.799.7400
DIRECT CORRESPONDENCE TO RHODE ISLAND ADDRESS

LICENSED - MASSACHUSETTS AND RHODE ISLAND

All of the above documents and supplemental information is needed as soon as possible. We will move to compel if such is not provided in a reasonable timeframe. Please let me know when I should expect same.

Sincerely,

Andrew J. Tine