LAW OFFICES OF
ANDREW J. TINE
ATTORNEY AT LAW

Via Email and US Mail

August 6, 2008

Matthew Sgro, Esq.
Brown Rudnick Berlack Israels, LLP
121 South Main Street
Providence, RI 02903

Re: ADP Marshall, Inc. v. NORESCO et al.; Weststar

Dear Matt:

This letter is a follow up to my July 14th letter and a response to your July 17th letter.

1. Please send me a copy of the disk with Wade Carlton's emails. I believe it contains bates no.'s 53164-79026. I would like a copy by the end of the week. Obviously I will reimburse you for making a copy of said disk.

2. You missed the point on electronic files. I never claimed to have "verified" that all electronic files were in the hard copy production. NORESCO made this ridiculous assertion in your June 24th letter. Putting that aside, I would like a date certain by which I will receive said files. I clearly need them by the end of the month. It seems as though it has been over a month since I requested said files, apart from the discovery requests that requested same at a much earlier date.

3. I would like the supplemental answer to interrogatory no. 12 prior to Theresa McKinnon's deposition, currently scheduled for August 12th. This would seem to be a very simple accounting system run.

4. As to the profit and loss document requested, Mr. Carlton indicated that this document existed. This is also a simple request. Obviously NORESCO maintains a profit and loss report for this project. I request the complete report in advance of Theresa McKinnon's deposition.

5. I would like the backup support for Noresco's internal labor management claim prior to Theresa McKinnon's deposition. Without said information in hand prior to this deposition, ADP Marshall will be prejudiced by Noresco's attempt to present said claim at trial.

251 THAMES STREET - BRISTOL, RHODE ISLAND 02809 - 401.396.9002 FAX 401.396.9479
484 MAIN STREET - WORCESTER, MASSACHUSETTS 01608 - 508.799.7400
DIRECT CORRESPONDENCE TO RHODE ISLAND ADDRESS

LICENSED - MASSACHUSETTS AND RHODE ISLAND

6. As part of the electronic production, I am still seeking the electronic files sent from Wade Carlton to Veritas for their use in compiling the expert report. These are not privileged and he obviously has same readily available.

7. In response to your inquiry regarding the "format" of electronic files produced by ADP Marshall, please see the attached email.

For clarity, the documents needed in advance of Theresa McKinnon's deposition are required by at least Monday, August 11, 2008. I need time to review these documents to determine if any questioning of Attorney McKinnon is appropriate in regard to same.

Sincerely,

Andrew J. Tine

cc: Charcretia DiBartolo, Esq. (Via Email)