## Andrew J. Tine

**From:** Andrew J. Tine [atine@tinelaw.com]
**Sent:** Tuesday, August 26, 2008 9:47 AM
**To:** 'Sgro, Matthew P.'
**Cc:** 'Pinarchick, Cheryl B.'
**Subject:** ADPM v. NORESCO - Discovery Issues

Matt:

A few things I would like to discuss today to avoid having to move to compel same.

1) Updated interrogatory responses as to payments made by NORESCO to ADPM (the sheets attached to your letter do not suffice);
2) The electronic spreadsheet that Wade Carlton sent to Veritas;
3) NORESCO's electronic production;
4) The two email CDs with privilege log;
5) The backup for the management labor claim; and
6) The current profit and loss statement referred to by Wade Carlton during his deposition.

I will move to compel (and possibly for sanctions or other relief) by weeks end if we cannot come to agreement on these items. I request a commitment that this information will be in my hands by weeks end. I have been requesting these items for a long time and I have received various representations as to when and what is coming. Discovery ends 9/15 and I have been at a disadvantage without this information.

I will see you at Noon in Boston.

Thanks,

Andrew J. Tine
(401) 396-9002