Staring 1/6/1996 to Ending 12/31/2006

| Weekend | Project # | Project Name | Sub # | Sub Name | Employee | | Title | CH/NC | Task | Hours |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2000 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Carleton | Wade | Vice President Construction | CH | 564010.0114 Installation Labor (Noresco Crew) | 2 |
| 1/7/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pimentel | Robert | Senior Project Manager | CH | 564010.0114 Installation Labor (Noresco Crew) | 10 |
| 1/7/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 21 |
| 1/7/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 85 | PDC PH1 | Worsfold | Elaine | Administrative Coordinator | CH | 802010.0119 Project/Proposal Admin. (internal Labor) | 1 |
| 1/14/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 27 |
| 1/14/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 85 | PDC PH1 | Worsfold | Elaine | Administrative Coordinator | CH | 802010.0119 Project/Proposal Admin. (internal Labor) | 3.5 |
| 1/14/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pimentel | Robert | Senior Project Manager | CH | 564010.0114 Installation Labor (Noresco Crew) | 5 |
| 1/21/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 85 | PDC PH1 | Worsfold | Elaine | Administrative Coordinator | CH | 802010.0119 Project/Proposal Admin. (internal Labor) | 4.5 |
| 1/21/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 85 | PDC PH1 | Pellegrini | Casidio | Senior Energy Engineer | CH | 802010.0115 Project Development (internal labor) | 23 |
| 1/28/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 37 |
| 1/28/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 85 | PDC PH1 | Worsfold | Elaine | Administrative Coordinator | CH | 802010.0119 Project/Proposal Admin. (internal Labor) | 10 |
| 2/4/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 32 |
| 2/4/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 85 | PDC PH1 | Worsfold | Elaine | Administrative Coordinator | CH | 802010.0119 Project/Proposal Admin. (internal Labor) | 3 |
| 2/4/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Franco | Antonio | Director - Electrical Engineering | CH | 564010.0114 Installation Labor (Noresco Crew) | 8 |
| 2/11/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 28 |
| 2/18/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 32 |
| 2/25/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pimentel | Robert | Senior Project Manager | CH | 564010.0114 Installation Labor (Noresco Crew) | 13 |
| 2/25/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 18 |
| 2/25/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 1 |
| 3/4/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 98 | Gen. Admin & Labor | Worsfold | Elaine | Administrative Coordinator | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 3/4/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 3 |
| 3/4/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 0.75 |
| 3/4/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 2 |
| 3/11/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 40 |
| 3/11/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 1.75 |
| 3/11/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 15.25 |
| 3/18/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 14.25 |
| 3/18/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 3.25 |
| 3/18/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Wolak | Frank | Vice President - Business Development | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 3/18/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 17 |
| 3/18/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 8 |
| 3/25/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 36 |
| 3/25/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 7 |
| 3/25/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Wolak | Frank | Vice President - Business Development | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 3/25/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 1.25 |
| 4/1/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Wolak | Frank | Vice President - Business Development | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 4/1/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 85 | PDC PH1 | O'Brien | Joseph | President | CH | 802010.0119 Project/Proposal Admin. (internal Labor) | 8 |
| 4/1/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Doe | Andrew | Associate Energy Engineer | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 4/1/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 5.75 |
| 4/1/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 10 | Internal Engineering | Pellegrini | Casidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 36 |
| 4/8/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Wolak | Frank | Vice President - Business Development | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 4/8/2001 | 900066 | JOHN O. PASTORE (HOWARD) CENTER | 99 | Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 7 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4/8/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 51 |
| 4/8/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Mattern | Kenneth | Director - Legal Services | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 1 |
| 4/8/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 1 |
| 4/8/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 85 PDC PH1 | Blauvelt | Peter | Director- Business Development | CH | 802010.0115 Project Development (internal labor) | 11 |
| 4/15/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 8 |
| 4/15/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 85 PDC PH1 | Blauvelt | Peter | Director- Business Development | CH | 802010.0115 Project Development (internal labor) | 4 |
| 4/15/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 2.25 |
| 4/15/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Wolak | Frank | Vice President - Business Development | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 4/15/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 32 |
| 4/22/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 85 PDC PH1 | Blauvelt | Peter | Director- Business Development | CH | 802010.0115 Project Development (internal labor) | 8 |
| 4/22/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Wolak | Frank | Vice President - Business Development | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 4/22/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 35 |
| 4/29/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 40 |
| 4/29/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 8 |
| 4/29/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Flanagan | Amy | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 3 |
| 4/29/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 16 |
| 4/29/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 85 PDC PH1 | Blauvelt | Peter | Director- Business Development | CH | 802010.0115 Project Development (internal labor) | 10 |
| 5/6/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 85 PDC PH1 | Blauvelt | Peter | Director- Business Development | CH | 802010.0115 Project Development (internal labor) | 8 |
| 5/6/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 22 |
| 5/6/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 2 |
| 5/6/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 32 |
| 5/13/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 24 |
| 5/13/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 40 |
| 5/13/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Cushing | Katie | Lead Administrative Assistant | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 1.5 |
| 5/13/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 85 PDC PH1 | Blauvelt | Peter | Director- Business Development | CH | 802010.0115 Project Development (internal labor) | 12 |
| 5/20/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 40 |
| 5/20/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 13 |
| 5/20/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 4 |
| 5/20/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 7 |
| 5/20/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 22 |
| 5/20/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Doe | Andrew | Associate Energy Engineer | CH | 564010.0112 Project Management (internal Labor) | 6 |
| 5/27/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 1.75 |
| 5/27/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 15.25 |
| 5/27/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 26 |
| 5/27/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 40 |
| 5/27/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | NC | 564010.0114 Installation Labor (Noresco Crew) | 11 |
| 5/27/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Blauvelt | Peter | Director- Business Development | CH | 564010.0112 Project Management (internal Labor) | 33 |
| 5/27/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Cushing | Katie | Lead Administrative Assistant | CH | 564010.0113 Audit, Design & Engr. (internal Labor) | 1 |
| 6/3/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Norton | Lynda | Senior Secretary | CH | 564010.0119 Project/Proposal Admin. (internal Labor) | 19 |
| 6/3/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Blauvelt | Peter | Director- Business Development | CH | 564010.0112 Project Management (internal Labor) | 2 |
| 6/3/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (internal Labor) | 11 |
| 6/3/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | NC | 564010.0112 Project Management (internal Labor) | 5 |
| 6/3/2001 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 10 Internal Engineering | Pellegrini | Cesidio | Senior Energy Engineer | CH | 564010.0114 Installation Labor (Noresco Crew) | 32 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Thomas | Lawrence | Asset Manager | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 5 |
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 0.5 |
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Olejniczak | Joy | Contract Analyst II | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 2 |
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Emsurak | George | Vice President of Technical Services | CH | 564010.0112 Project Management (Internal Labor) | 2 |
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Engle | James | Manager - Construction | CH | 564010.0112 Project Management (Internal Labor) | 40 |
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 35.5 |
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Engle | James | Manager - Construction | NC | 564010.0112 Project Management (Internal Labor) | 6 |
| 10/26/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | NC | 564010.0119 Project/Proposal Admin. (Internal Labor) | 5.5 |
| 11/2/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | NC | 564010.0119 Project/Proposal Admin. (Internal Labor) | 5 |
| 11/2/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Emsurak | George | Vice President of Technical Services | CH | 564010.0112 Project Management (Internal Labor) | 13 |
| 11/2/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Bosland | Steven | Director - Engineering | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 40 |
| 11/2/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Dexter | Lisa | Executive Assistant | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 2 |
| 11/2/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 36.5 |
| 11/9/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Bosland | Steven | Director - Engineering | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 20.5 |
| 11/9/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Dexter | Lisa | Executive Assistant | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 2.5 |
| 11/9/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 38.5 |
| 11/9/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Emsurak | George | Vice President of Technical Services | CH | 564010.0112 Project Management (Internal Labor) | 16 |
| 11/9/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Feeney | Anne | Senior Program Coordinator | NC | 564010.0119 Project/Proposal Admin. (Internal Labor) | 7 |
| 11/9/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 0.75 |
| 11/16/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | NC | 564010.0112 Project Management (Internal Labor) | 26 |
| 11/16/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Emsurak | George | Vice President of Technical Services | CH | 564010.0112 Project Management (Internal Labor) | 20 |
| 11/16/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Bosland | Steven | Director - Engineering | NC | 564010.0113 Audit, Design & Engr. (Internal Labor) | 4 |
| 11/16/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (Internal Labor) | 40 |
| 11/16/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Bosland | Steven | Director - Engineering | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 40 |
| 11/23/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Emsurak | George | Vice President of Technical Services | CH | 564010.0112 Project Management (Internal Labor) | 12 |
| 11/23/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Bosland | Steven | Director - Engineering | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 33.5 |
| 11/23/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | NC | 564010.0112 Project Management (Internal Labor) | 37 |
| 11/23/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Dexter | Lisa | Executive Assistant | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 1 |
| 11/23/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (Internal Labor) | 40 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Bosland | Steven | Director - Engineering | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 24 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (Internal Labor) | 8 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 70 O&M Ongoing | Reynolds | Mark | Senior Plant Operator | CH | 790710.0119 Power Plant & Or Proj/Prop Admin. (Internal Labor) | 36 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Ray | Cheryl | Plant Operator II | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 31 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Thomas | Lawrence | Asset Manager | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 2 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 70 O&M Ongoing | Ramirez | Carlos | Senior Plant Operator | CH | 790710.0119 Power Plant & Or Proj/Prop Admin. (Internal Labor) | 22 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Barry | Randolph | Sr Plant Operator | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 12 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 70 O&M Ongoing | Quirk | John | Safety Coordinator | CH | 790710.0119 Power Plant & Or Proj/Prop Admin. (Internal Labor) | 8 |
| 11/30/2003 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Moran | Valerie | Senior Project Analyst | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 0.25 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3/26/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | Feeney | Anne | Senior Program Coordinator | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 2 |
| 4/2/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | Feeney | Anne | Senior Program Coordinator | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 2 |
| 4/30/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (Internal Labor) | 3 |
| 5/7/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (Internal Labor) | 2 |
| 6/4/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Zeytoonian | Lisa | Contract Specialist | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 1 |
| 6/18/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | MacKinnon | Theresa | Director - Legal Services | CH | 564010.0112 Project Management (Internal Labor) | 1.5 |
| 6/25/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Haskell | Mark | Senior Energy Engineer | NC | 564010.0113 Audit, Design & Engr. (Internal Labor) | 2 |
| 6/25/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Zeytoonian | Lisa | Contract Specialist | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 0.5 |
| 6/25/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Haskell | Mark | Senior Energy Engineer | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 8 |
| 6/25/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (Internal Labor) | 1 |
| 6/25/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | Carleton | Wade | Vice President Construction | NC | 564010.0112 Project Management (Internal Labor) | 1 |
| 7/2/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Haskell | Mark | Senior Energy Engineer | NC | 564010.0113 Audit, Design & Engr. (Internal Labor) | 2 |
| 7/2/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Haskell | Mark | Senior Energy Engineer | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 16 |
| 7/16/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Haskell | Mark | Senior Energy Engineer | CH | 564010.0113 Audit, Design & Engr. (Internal Labor) | 1 |
| 7/16/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Haskell | Mark | Senior Energy Engineer | NC | 564010.0113 Audit, Design & Engr. (Internal Labor) | 2 |
| 7/16/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 70 O&M Ongoing | Hutchins | Scott | Director - Engineering | CH | 790710.0112 Project Management (Internal Labor) | 6 |
| 7/23/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 70 O&M Ongoing | Hutchins | Scott | Director - Engineering | CH | 790710.0112 Project Management (Internal Labor) | 4 |
| 8/13/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Payson | Kimberly | Safety Coordinator | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 4 |
| 10/1/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | MacKinnon | Theresa | Director - Legal Services | CH | 564010.0112 Project Management (Internal Labor) | 3 |
| 12/3/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 45 Legal Expenditure | Carleton | Wade | Vice President Construction | CH | 564010.0112 Project Management (Internal Labor) | 1 |
| 12/3/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Taylor | Erle | Contract Specialist | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 0.25 |
| 12/10/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Taylor | Erle | Contract Specialist | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 1 |
| 12/24/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 99 Gen. Admin & Labor | Taylor | Erle | Contract Specialist | CH | 564010.0119 Project/Proposal Admin. (Internal Labor) | 3.25 |
| 12/24/2006 | 900066 JOHN O. PASTORE (HOWARD) CENTER | 60 Punchlist Cleanup | Carleton | Wade | Vice President Construction | CH | 564010.0114 Installation Labor (Noresco Crew) | 5 |