**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| ADP MARSHALL, INC., a division of Fluor NE, Inc.,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>NORESCO, LLC and LUMBERMEN'S MUTUAL CASUALTY COMPANY,<br><br>Defendants/Counterclaim-Plaintiffs/ Third-Party Plaintiffs,<br><br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY and FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Third-Party Defendants. | ) | C.A. No.: 07-129 ML |

**ASSENTED TO MOTION TO CONTINUE HEARING ON MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PLAINTIFF**

Now comes the Plaintiff, ADP Marshall, Inc. ("ADPM"), and moves this Honorable Court for a continuance of the hearing on Defendants' Motion to Compel (Docket Entry 51) due to a conflict of Plaintiff on the scheduled hearing date. Plaintiff files this motion to continue with the assent of Defendants and seeks rescheduling of said hearing to October 8th or 9th.

Plaintiff's counsel has a longstanding out-of-state engagement on October 2, 2008.

WHEREFORE, the Plaintiff, ADP Marshall, Inc., hereby moves this Honorable Court to continue the scheduled hearing on Defendants' motion to compel (Docket Entry 51).

Respectfully submitted,

Andrew J. Tine (RI Bar # 6756)
Law Offices of Andrew J. Tine
251 Thames Street, 2nd Floor
Bristol, RI 02809
(401) 396-9002 – Tel.
(401) 396-9479 - Fax

**CERTIFICATE OF SERVICE/FILING**

I, Andrew J. Tine, hereby certify that a true and correct copy of the foregoing has been filed via the Court's electronic filing system on this 14 day of September, 2008: